UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| SEAN SHANAPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S CORPORATION, MICHELLE GASS, JILL TIMM, MICHAEL BENDER, PETER BONEPARTH, YAEL COSSET, CHRISTINE DAY, H. CHARLES FLOYD, MARGARET JENKINS, THOMAS KINGSBURY, ROBBIN MITCHELL, JONAS PRISING, JOHN E. SCHLIFSKE, ADRIANNE SHAPIRA, and STEPHANIE A. STREETER,<br><br>Defendants. | No.: 2:22-cv-01016-LA<br><br>DECLARATION OF MATTHEW L. TUCCILLO: (1) IN SUPPORT OF THE MOTION OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; AND (2) IN OPPOSITION TO THE COMPETING MOTION OF THOMAS FRAME |

I, Matthew L. Tuccillo, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of the Nova Scotia Health Employees' Pension Plan ("NSHEPP") and proposed Lead Counsel for the putative Class in this litigation.

2.      I am a member in good standing of the Bars of the States of New York and Connecticut and the Commonwealth of Massachusetts.  I am also a member in good standing of the Bar of the Supreme Court of the United States, the Bars of the Second and Ninth Circuit Courts of Appeal, and the Bars of this Court and the United States District Courts for the District of Connecticut, Northern District of Illinois, District of Massachusetts, Southern and Eastern Districts of New York, and Southern District of Texas.

3. I make this Declaration: (1) in support of NSHEPP's motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for appointment as Lead Plaintiff in the above-captioned securities class action and approval of NSHEPP's selection of Pomerantz as Lead Counsel for the Class; and (2) in opposition to the competing motion of Thomas Frame ("Frame").

4. Attached hereto as the exhibits indicated are true and correct copies of the following:

> Exhibit A: Letter sent by Pomerantz, on behalf of NSHEPP, to Kahn Swick & Foti, LLC ("KSF"), counsel for movant Frame, dated November 11, 2022; and
>
> Exhibit B: Letter sent by KSF, on behalf of movant Frame, to Pomerantz, dated November 21, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on November 22, 2022.

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo

2