# EXHIBIT A



**Matthew L. Tuccillo**
Partner

November 11, 2022

**VIA EMAIL**

Kim E. Miller, Esq.
Kahn Swick & Foti, LLC
250 Park Avenue, 7th Floor
New York, New York 10177

      RE:   *Shanaphy v. Kohl's Corporation et al.*, No. 2:22-cv-01016 (E.D. Wis.)

Counsel,

Pomerantz LLP represents the Nova Scotia Health Employees' Pension Plan ("NSHEPP"), which is a lead plaintiff movant pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") in the above-referenced lawsuit (the "Action"). We write on NSHEPP's behalf to raise inquiries and potential concerns regarding your client, Mr. Thomas Frame, who likewise seeks a lead plaintiff appointment.

The transaction schedule submitted with Mr. Frame's Certification lists transactions in Kohl's Corporation ("Kohl's") stock in five separate accounts, purportedly comprising "all of the transactions of [Mr. Frame] in Kohl's Corporation securities during the Class Period" in the Action. *See* Dkt. No. 13-1 at *2-*3. Certain of these accounts (Accounts #2, #3, and #4) list transactions in fractional shares of Kohl's stock, whereas others (Accounts #1 and #5) list only transactions in whole shares. The nature and ownership of the accounts is not disclosed. Mr. Frame's Certification is devoid of any prior lead plaintiff motions in the last three years.

To assess Mr. Frame's adequacy and typicality as a class representative within the meaning of Fed. R. Civ. P. 23 and the propriety of his potential appointment as a PSLRA lead plaintiff, we hereby request that you please provide the following information:

1. Please confirm whether Mr. Frame himself is the beneficial owner of all five accounts listed on his Certification (Dkt. No. 13-1) and if not, please disclose the beneficial owners of each account;

2. Please explain why certain of the accounts listed in Mr. Frame's Certification reflect transactions in fractional shares of Kohl's stock, whereas others reflect transactions only in whole shares;

3. Please disclose if any of the accounts are owned jointly or otherwise by another party or entity, whether family members, charitable entities, etc.;

4.  Please explain whether the accounts are held with the same or differing brokerage firms; and

5.  Please disclose the duration of your representation of Mr. Frame.


We ask that you please respond to these inquiries by no later than 12:00 p.m. EST on November 15, 2022.  Thank you for your prompt attention to this matter.

Very truly yours,

Matthew L. Tuccillo, Esq.

Cc:     Pomerantz attorney distribution