# EXHIBIT B



1100 Poydras Street, Suite 3200
New Orleans, LA 70163

TEL +1 504.455.1400
FAX +1 504.455.1498
KSFcounsel.com

**NEW ORLEANS**
NEW YORK
NEW JERSEY
SAN FRANCISCO

Matthew P. Woodard
Associate – Admitted in LA
Direct: 504.648.0172
matthew.woodard@ksfcounsel.com

November 21, 2022

*via e-mail*

Matthew L. Tuccillo, Esq.
Pomerantz LLP
600 Third Avenue
New York, NY 10016
Tel: (212) 661-1100
mltuccillo@pomlaw.com

      **Re:**     ***Shanaphy v. Kohl's Corp. et al.*, No. 2:22-cv-01016 (E.D. Wis.)**

Dear Matthew:

I am in receipt of your November 11, 2022, correspondence to Kim Miller regarding KSF's client, presumptive lead plaintiff Mr. Thomas Frame.

As you know, discovery regarding the adequacy of a presumptive lead plaintiff is not allowable under 15 U.S.C. § 78u-4(a)(3)(B)(iv) unless a competing lead plaintiff movant "first demonstrates a reasonable basis for a finding that the presumptively most adequate plaintiff is incapable of adequately representing the class." While you have not demonstrated such a basis, we nevertheless respond to your request in light of the congenial relationship between our firms, and in the hopes you will agree to concede that your client cannot rebut the presumption in favor of Mr. Frame.

Mr. Frame and/or his immediate family members are the beneficial owners of each of the five accounts listed on his certification and Mr. Frame has full authority with respect to each of the five accounts, which are held at three brokerage firms. Some of the accounts include fractional shares of Kohl's common stock because Mr. Frame, like many other class members, participated in Dividend Reinvestment Plans ("DRIPs") during the Class Period. In the interest of efficiency, I hope that you and your client concede that you cannot rebut the presumption in favor of Mr. Frame, and that neither our firms nor the Court will need to spend unnecessary time and resources on this matter.

Very truly yours,

Matthew P. Woodard

Kahn Swick & Foti LLC, A Louisiana Limited Liability Company · New Orleans · New York · New Jersey
Kahn Swick & Foti LLP · San Francisco

Case 2:22-cv-01016-LA     Filed 11/22/22     Page 2 of 2     Document 25-2