UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| SEAN SHANAPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>           v.<br><br><br>KOHL'S CORPORATION, MICHELLE GASS, JILL TIMM, MICHAEL BENDER, PETER BONEPARTH, YAEL COSSET, CHRISTINE DAY, H. CHARLES FLOYD, MARGARET JENKINS, THOMAS KINGSBURY, ROBBIN MITCHELL, JONAS PRISING, JOHN E. SCHLIFSKE, ADRIANNE SHAPIRA, and STEPHANIE A. STREETER,<br><br>            Defendants. | No.: 2:22-cv-01016-LA<br><br><u>Class action</u><br><br><br>**<u>ORAL ARGUMENT REQUESTED</u>** |

**NOTICE OF MOTION OF LEAD PLAINTIFF MOVANT
THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN
FOR RECONSIDERATION OF THE COURT'S MAY 23, 2023 ORDER
APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Nova Scotia Health Employees' Pension Plan ("NSHEPP"), by and through its counsel, will and does hereby move this Court, pursuant to Federal Rule of Civil Procedure 54(b), as well as the common law and the Court's inherent authority, for reconsideration of the Court's Order, entered May 23, 2023 (Dkt. No. 33), appointing Thomas Frame as Lead Plaintiff in the above-captioned action and approving his selection of Kahn Swick & Foti, LLC as Lead Counsel.

NSHEPP respectfully requests that the Court reconsider the Order and either appoint NSHEPP to serve as Lead Plaintiff, with its choice of counsel Pomerantz LLP to serve as Lead Counsel, or, alternatively, that the Court permit NSHEPP to conduct discovery pursuant to the PSLRA,15 U.S.C. § 78u-4(a)(3)(B)(iv), into competing movant Mr. Frame, to be followed by further briefing on the lead plaintiff motions and oral argument.

In support of this motion, NSHEPP respectfully refers the Court to the Memorandum submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

NSHEPP respectfully requests that oral argument be set for this motion on an expedited basis, subject to the Court's availability, on June 14, 15, or 16, 2023, or, alternatively, at the Court's earliest convenience.

2

Dated:   June 9, 2023

<div style="margin-left: 50%;">

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo
(New York State Bar Number 5008750)
J. Alexander Hood II
(New York State Bar Number 5030838)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
mltuccillo@pomlaw.com
ahood@pomlaw.com

*Counsel for the Nova Scotia Health Employees'
Pension Plan and Proposed Lead Counsel for
the Class*

</div>

3