UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| SEAN SHANAPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>KOHL'S CORPORATION, MICHELLE GASS, JILL TIMM, MICHAEL BENDER, PETER BONEPARTH, YAEL COSSET, CHRISTINE DAY, H. CHARLES FLOYD, MARGARET JENKINS, THOMAS KINGSBURY, ROBBIN MITCHELL, JONAS PRISING, JOHN E. SCHLIFSKE, ADRIANNE SHAPIRA, and STEPHANIE A. STREETER,<br><br>      Defendants. | No.: 2:22-cv-01016-LA<br><br>[PROPOSED] ORDER GRANTING MOTION OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN FOR RECONSIDERATION OF THE COURT'S MAY 23, 2023 ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL |

WHEREAS, the Court has considered the motion of the Nova Scotia Health Employees' Pension Plan for reconsideration of the Court's Order of May 23, 2023 appointing lead plaintiff and approving selection of counsel in the above-captioned action,

IT IS HEREBY ORDERED THAT:

1.      The motion is GRANTED.

2.      The Order dated May 23, 2023 appointing Thomas Frame as lead plaintiff and approving his selection of counsel in the above-captioned action is hereby vacated.

3.      NSHEPP is hereby appointed to serve as Lead Plaintiff pursuant to the PSLRA, and its choice of counsel, Pomerantz LLP, is hereby appointed to serve as Lead Counsel. Written opinion to follow.

SO ORDERED.

Dated: _____
      Milwaukee, Wisconsin

                                        _____
HONORABLE LYNN ADELMAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF WISCONSIN