UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| SEAN SHANAPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>               v.<br><br>KOHL'S CORPORATION, MICHELLE GASS, JILL TIMM, MICHAEL BENDER, PETER BONEPARTH, YAEL COSSET, CHRISTINE DAY, H. CHARLES FLOYD, MARGARET JENKINS, THOMAS KINGSBURY, ROBBIN MITCHELL, JONAS PRISING, JOHN E. SCHLIFSKE, ADRIANNE SHAPIRA, and STEPHANIE A. STREETER,<br><br>               Defendants. | No.: 2:22-cv-01016-LA<br><br>Class action<br><br><br>**ORAL ARGUMENT REQUESTED** |

**OPPOSITION OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN TO JOINT MOTION FOR STIPULATED SCHEDULING ORDER RELATED TO AMENDED COMPLAINT (ECF 38)**

1

Lead plaintiff movant the Nova Scotia Health Employees' Pension Plan ("NSHEPP") respectfully states its opposition to the Joint Motion for Stipulated Scheduling Order Related to Amended Complaint filed by Lead Plaintiff Thomas Frame and the above-captioned Defendants (together, the "Moving Parties") on June 27, 2023 (the "Scheduling Motion") (ECF 38).

NHSEPP respectfully submits that entry of any scheduling order is premature until after the Court has adjudicated NSHEPP's pending motion for reconsideration of the Court's Order, entered May 23, 2023 (Dkt. No. 33), which denied NSHEPP's lead plaintiff motion (ECF 17) and granted the competing motion of Mr. Frame (ECF 11) (the "Reconsideration Motion") (ECF 35). As set forth more fully in NSHEPP's memorandum of law in support of its Reconsideration Motion (*see generally* ECF 36), the Court's Order was premised upon several errors caused by misrepresentations in Mr. Frame's lead plaintiff motion papers, and granting the relief that NSHEPP seeks—namely, appointment of NSHEPP as lead plaintiff outright, or alternatively, discovery into Mr. Frame followed by additional briefing—would either remove Mr. Frame as the lead plaintiff of this action or subject his application for lead plaintiff appointment to further review. Under either outcome, entry of a schedule for the filing of an Amended Complaint at this stage would be premature because, until NSHEPP's Reconsideration Motion is adjudicated, it is unclear whether Mr. Frame will continue to represent the putative Class as Lead Plaintiff in this litigation. Prior to the Court's confirmation of Mr. Frame's status as Lead Plaintiff, NSHEPP most respectfully submits that the Court should not bind the Class in this action to a schedule set by Mr. Frame and his counsel.

Accordingly, NSHEPP respectfully submits that the Court should deny the Scheduling Motion, without prejudice, pending resolution of NSHEPP's Reconsideration Motion.

Dated: June 29, 2023

Respectfully submitted,

**POMERANTZ LLP**

*/s/ J. Alexander Hood II*

J. Alexander Hood II
(New York State Bar Number 5030838)
Matthew L. Tuccillo
(New York State Bar Number 5008750)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com
mltuccillo@pomlaw.com

*Counsel for the Nova Scotia Health Employees'*
*Pension Plan and Proposed Lead Counsel for*
*the Class*

3