# EXHIBIT 2

# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF
## <u>PURSUANT TO FEDERAL SECURITIES LAWS</u>

I, Thomas Frame, individually, and as President of Vienna Forest, LP ("Vienna Forest"), make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995, and certify that:

1.      I am duly authorized to institute legal action on behalf of Vienna Forest including legal action against Stem, Inc. ("Stem" or the "Company"), and other defendants.

2.      I have reviewed the complaint against Stem in this action, adopt its allegations, and authorize its filing and the filing of a Lead Plaintiff motion on behalf of myself and Vienna Forest.

3.      The Stem securities that are the subject of this action were not purchased or sold at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I and Vienna Forest are willing to serve as representative parties on behalf of a class of investors who purchased or otherwise acquired Stem securities during the Class Period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      To the best of my knowledge, the attached sheet(s) list(s) all of my and Vienna Forest's transactions in Stem securities during the Class Period as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have sought to serve as a representative party on behalf of a class under the federal securities laws in the following case: *Shanaphy v. Kohl's Corporation et al.*, No. 2:22-cv-01016 (E.D. Wis.).

7.      I and Vienna Forest will not accept any payment for serving as representative parties on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed _____7/11/2023_____
                        **(Date)**

DocuSigned by:

_Thomas Frame_

811ED11DC139439...

**Thomas Frame, President of Vienna Forest, LP**

Thomas Frame

**(Print Name)**

**Transactions in Stem, Inc. f/k/a Star Peak Energy Transition Corp.
(STEM)**

### Vienna Forest LP

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/5/2021 | Bought | 2,000 | $33.91 |
| 2/5/2021 | Bought | 3,500 | $34.15 |
| 2/23/2021 | Bought | 87 | $34.85 |
| 3/2/2021 | Bought | 3,077 | $32.25 |
| 3/3/2021 | Bought | 865 | $28.95 |
| 11/17/2021 | Bought | 1,333 | $21.58 |
| 12/3/2021 | Bought | 4,000 | $17.77 |

### Thomas Frame

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/4/2021 | Bought | 3,000 | $34.65 |