# EXHIBIT 3

# EXHIBIT C

## Financial Interest Analysis

**Company Name:**     Stem, Inc. f/k/a Star Peak Energy Transition Corp.
**Ticker:**     STEM
**Class Period:**     December 4, 2020 to April 3, 2023

**Name:**     Vienna Forest LP

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/5/2021 | 2,000 | $33.91 | -$67,820.00 | | $0.0000 | -$67,820.00 |
| 2/5/2021 | 3,500 | $34.15 | -$119,525.00 | | $0.0000 | -$119,525.00 |
| 2/23/2021 | 87 | $34.85 | -$3,031.95 | | $0.0000 | -$3,031.95 |
| 3/2/2021 | 3,077 | $32.25 | -$99,233.25 | | $0.0000 | -$99,233.25 |
| 3/3/2021 | 865 | $28.95 | -$25,041.75 | | $0.0000 | -$25,041.75 |
| 11/17/2021 | 1,333 | $21.58 | -$28,766.14 | | $0.0000 | -$28,766.14 |
| 12/3/2021 | 4,000 | $17.77 | -$71,080.00 | | $0.0000 | -$71,080.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **14,862** | | | | **Subtotal:** | **-$414,498.09** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$73,530.35** |
| | | | $4.9475 | 14,862 | **Total:** | **-$340,967.74** |

**Name:**     Thomas Frame

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 2/4/2021 | 3,000 | $34.65 | -$103,950.00 | | $0.0000 | -$103,950.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **3,000** | | | | **Subtotal:** | **-$103,950.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$14,842.62** |
| | | | $4.9475 | 3,000 | **Total:** | **-$89,107.38** |

<u>Notes</u>
The 90-Day Average Price used in this loss chart is the average closing price between April 4, 2023 to July 2, 2023.

| Financial Interest Summary | |
|---|---|
| Vienna Forest LP | -$340,967.74 |
| Thomas Frame | -$89,107.38 |
| **Total** | **-$430,075.11** |