# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**THOMAS FRAME and SEAN SHANAPHY**
*Individually and on Behalf of All Others*
*Similarly Situated*,

        **Plaintiff,**

   **v.**                                **Case No. 22-cv-1016**

**Kohls Corporation, et al.,**

        **Defendants.**

---

## <u>ORDER</u>

    **IT IS ORDERED** that a telephonic status conference will be held on **August 31, 2023 at 10:00 a.m.**  The court will initiate the call.  Counsel must email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide contact information.

    Dated at Milwaukee, Wisconsin, this 21st day of August, 2023.

                                        /s/Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge