# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | |
|---|---|
| SEAN SHANAPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>            v.<br><br><br><br>KOHL'S CORPORATION, MICHELLE GASS, JILL TIMM, MICHAEL BENDER, PETER BONEPARTH, YAEL COSSET, CHRISTINE DAY, H. CHARLES FLOYD, MARGARET JENKINS, THOMAS KINGSBURY, ROBBIN MITCHELL, JONAS PRISING, JOHN E. SCHLIFSKE, ADRIANNE SHAPIRA, and STEPHANIE A. STREETER,<br><br>            Defendants. | No.: 2:22-cv-01016-LA<br><br>SECOND NOTICE OF POST-MOTION FACTS SUPPORTING NSHEPP'S MOTION FOR RECONSIDERATION (ECF 35) |

Lead Plaintiff movant the Nova Scotia Health Employees' Pension Plan ("NSHEPP"), by and through its undersigned counsel, respectfully submits this Second Notice in further support of its fully briefed motion for reconsideration ("Reconsideration Motion") (ECF 35), with respect to which the Court held oral argument on August 31, 2023.

As NSHEPP briefed, the Court's duty under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(aa)-(cc), is to appoint the "most adequate plaintiff" to lead this complex securities fraud class action lawsuit. *See* ECF 36 at 2, 11-12, 15-17; ECF 40 at 8-9 (Reconsideration Motion briefing). *See also* ECF 18 at 6, 9-10; ECF 24 at 1-2, 13-15; ECF 29 at 5 (lead plaintiff briefing). NSHEPP has respectfully briefed and argued its position that the Court erred by failing to recognize NSHEPP as the "most adequate plaintiff" within the PSLRA's meaning, due not only to its uncontested trading losses of $170,836, but also its preferred status as an institutional investor, specifically a sophisticated $8 billion pension fund, with significant prior securities litigation experience. *See* ECF 36 at 2, 6, 11-12; ECF 40 at 8-9 (Reconsideration Motion briefing). *See also* ECF 18 at 2; ECF 24 at 3, 6, 9-12 (lead plaintiff briefing). Among the securities litigations that NSHEPP listed was *In re Emergent Biosolutions Inc. Securities Litigation*, 8:21-cv-00955 (D. Md.) ("*Emergent*"), a securities fraud class action lawsuit in which NSHEPP serves as court-appointed PSLRA co-lead plaintiff. *Id.*

After this Court held oral argument on NSHEPP's Reconsideration Motion, the court overseeing the *Emergent* litigation entered its Order, appended hereto as Exhibit 4,[1] largely ***denying*** the motion to dismiss NSHEPP's robust 223-page amended complaint in a securities fraud lawsuit arising from Emergent's critical COVID-19 vaccine manufacturing failures. This post-briefing, post-hearing factual development materially strengthens NSHEPP's argument that the Court erred in failing to recognize it as being the "most adequate plaintiff," based on its

---

[1] To avoid confusion, NSHEPP continues the exhibit numbering of its Notice (ECF 41), filed July 14, 2023.

extensive experience in successfully overseeing complex securities litigation past motions to dismiss in the *BP* opt out lawsuit (three motions to dismiss), the *McDermott* securities class action (two motions to dismiss), and now the *Emergent* securities class action (one motion to dismiss). That is particularly so given the Court's initial decision (ECF 33) to grant the competing motion of Mr. Thomas Frame – a retail investor with $37,035 in individual trading losses, *zero* prior securities litigation experience, and a record of repeatedly misstating and misapplying the very federal securities statutes at issue in this lawsuit – which the Reconsideration Motion respectfully submits was erroneous.

For these additional reasons, NSHEPP respectfully submits that its Reconsideration Motion (ECF 35) should be granted.

Dated: October 4, 2023

<div style="margin-left:50%">

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo
(New York State Bar Number 5008750)
Jeremy A. Lieberman
(New York State Bar Number 4161352)
J. Alexander Hood II
(New York State Bar Number 5030838)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
mltuccillo@pomlaw.com
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for the Nova Scotia Health Employees'
Pension Plan and Proposed Lead Counsel for
the Class*

</div>

2