**Shanaphy v. Kohl's Corporation, et al.**, No. 2:22-cv-01016-LA

**APPENDIX A TO DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF FEDERAL SECURITIES LAWS**

| | Source | AC Citation | Challenged Statement[1] | Statement Category |
|---|---|---|---|---|
| 1. | August 19, 2021 Press Release (Kohl's) | ¶ 110 | "Our performance in the second quarter marked another important step in further establishing Kohl's as the leading destination for the active and casual lifestyle. We delivered record second quarter earnings with sales and margins materially exceeding expectations. As pleased as we are with *our ongoing strategic progress*, much of our opportunity is still ahead of us." | Strategic Plan |
| 2. | August 19, 2021 Earnings Call (Gass) | ¶ 111 | "We delivered record Q2 earnings of $2.48 per diluted share as both sales and margins, materially exceeded our expectations." | Strategic Plan |
| 3. | August 19, 2021 Earnings Call (Gass) | ¶ 111 | "This underscores our confidence in the future and commitment to creating shareholder value, and we still ended in a very strong cash position of $2.6 billion. As pleased as we are with our *ongoing strategic progress*, much of our opportunity is still ahead of us." | Strategic Plan |
| 4. | August 19, 2021 Earnings Call (Gass) | ¶ 111 | "*Since launching our strategy last October*, our organization is executing a clear plan to build sales momentum with an intense focus on improving our profitability." | Strategic Plan |
| 5. | August 19, 2021 Earnings Call (Gass) | ¶ 111 | "As evident in our results, *we are already seeing the benefits of our strategic efforts*, which have positioned us to achieve many of our 2023 goals this year, well ahead of plan." | Strategic Plan |

---

[1] Quotations listed here are taken directly from the Amended Complaint. Any emphasis is added by Plaintiffs.

|  | Source | AC Citation | Challenged Statement[1] | Statement Category |
|---|---|---|---|---|
| 6. | August 19, 2021 Earnings Call (Gass) | ¶ 111 | "*Our strategy is working* and the favorable industry environment has only amplified our performance." | Strategic Plan |
| 7. | August 19, 2021 Earnings Call (Gass) | ¶ 111 | "We debuted our strategy last October in the midst of the pandemic, recognizing a significant opportunity to transform the business and drive more sustainable and profitable growth well into the future. . . . *Everything that we envisioned with this new strategy is playing out as planned*, and in many cases, sooner than we expected. We are now at an important milestone in our strategic journey." | Strategic Plan |
| 8. | August 19, 2021 Earnings Call (Timm) | ¶ 111 | "I want to start by echoing, the results are truly reflective of our strategy work." | Strategic Plan |
| 9. | August 19, 2021 Earnings Call (Timm) | ¶ 111 | "*[E]xecuting against our strategy*, we have structurally improved our margin efficiency and are confident in our ability to sustain the recent improvement." | Strategic Plan |
| 10. | August 19, 2021 Earnings Call (Timm) | ¶ 111 | "In summary, we are really pleased with our second-quarter results and *the progress we are making with our strategy*. Our efforts are gaining traction." | Strategic Plan |
| 11. | August 19, 2021 Earnings Call (Timm) | ¶ 111 | "[W]e did take advantage of a great market, but I think *the big thing is our strategies are working*." | Strategic Plan |
| 12. | November 18, 2021 Press Release (Gass) | ¶ 117 | "*Our strategic effort* to transform Kohl's into the leading destination for the active and casual lifestyle *continues to gain traction*. We delivered another outstanding performance in the third quarter, continuing our momentum from the first half of the year" | Strategic Plan |

2

| | Source | AC Citation | Challenged Statement[1] | Statement Category |
|---|---|---|---|---|
| 13. | November 18, 2021 Press Release (Gass) | ¶ 117 | "[W]e can be more pleased with the progress that we made *against our strategy* this year. Obviously, this performance in 2021 exceeded our expectations. And I didn't point out, our guidance really puts us in a place that we're going to exceed our 2023 goals this year. *We believe our business has momentum*. We have a lot of really great new initiatives that just literally set the end of Q3, and we're going to continue to build on that which gives us really great confidence on us being able to *continue on this strategic mission* of repositioning ourselves to grow more profitably going forward. So, you have our commitment for growth." | Strategic Plan |
| 14. | November 18, 2021 Press Release (Gass) | ¶ 117 | "[W]e've got terrific response from our customers. And we saw it across the board, but in particular, we're excited that *a lot of our key strategies*, where we leaned in, especially on inventory like active, they are really responding." | Strategic Plan |
| 15. | November 18, 2021 Press Release (Timm) | ¶ 117 | "[W]e are really pleased with our third quarter results and *the progress we're making against our strategy*. As you've heard today, our business has clear momentum, and we look to build on it as we close 2021 and enter the New Year" | Strategic Plan |
| 16. | November 18, 2021 Press Release (Timm) | ¶ 117 | "Michelle and I and the leadership team have *incredible confidence in our strategy*." | Strategic Plan |
| 17. | November 18, 2021 Press Release (Gass) | ¶ 119 | "[W]e *planned inventory to be down this year as compared to 2019, aligned with our strategy* to drive margins and turnover." | Strategic Plan |
| 18. | November 18, 2021 Press Release (Timm) | ¶ 119 | "We're in the midst of a transformation here. And so, when we exited 10 brands, that took a lot of inventory out of the ecosystem." | Strategic Plan |

3

| | Source | AC Citation | Challenged Statement[1] | Statement Category |
|---|---|---|---|---|
| 19. | November 18, 2021 Press Release (Gass) | ¶ 119 | "[W]omen's is clearly very important to us. *We embarked in the biggest, boldest transformation* as Jill was just saying, we plan the year down. So, inventory being down 25% for the entire business, women's more so than that. *With the strategy to chase*, as we saw, really what were going to be the outstanding winners, we got lots of them." | Strategic Plan |
| 20. | March 31, 2022 Published Letter, (Kohl's) **14a-9 Proxy Material** | ¶ 121 | "Since announcing our new strategy in October 2020, Kohl's has made substantial progress in transforming our business, achieving record earnings per share in 2021. Total shareholder returns ("TSR") have been 146% from October 19, 2020 through January 21, 2022, significantly outperforming the SPDR S&P Retail ETF and the S&P 500." | Strategic Plan |
| 21. | April 21, 2022 Presentation (Kohl's) **14a-9 Proxy Material** | ¶ 124 | "Our *transformative strategy set in October 2020 delivered record EPS and margin improvement in 2021*." | Strategic Plan |
| 22. | January 18, 2022 Press Release (Kohl's) | ¶ 129 | "We have continued to engage with Macellum since the settlement and are disappointed with the path they have taken and the *unfounded speculation* in their announcement and letter." | Valuation or Potential Sale of the Company |

4

| | Source | AC Citation | Challenged Statement[1] | Statement Category |
|---|---|---|---|---|
| 23. | January 24, 2022 Press Release (Kohl's) | ¶ 131 | "Kohl's . . . today confirmed that it has received letters expressing interest in acquiring the Company. The Kohl's Board of Directors will determine the course of action that it believes is in the best interests of the Company and its shareholders. Shareholders are not required to take any action at this time. Kohl's does not intend to further comment publicly on these matters unless it determines it is in the best interests of shareholders to do so." | Valuation or Potential Sale of the Company |
| 24. | February 4, 2022 Press Release, filed with the SEC on Form 8-K (Kohl's) | ¶ 132 | "the valuations indicated in the current expressions of interest which it has received **do not adequately reflect the Company's value** in light of its future growth and cash flow generation." | Valuation or Potential Sale of the Company |
| 25. | February 4, 2022 Press Release, filed with the SEC on Form 8-K (Kohl's) | ¶ 134 | "The Board has designated its Finance Committee to lead the ongoing review of any expressions of interest . . . The Company and the Board have also engaged financial advisors, including Goldman Sachs and PJT Partners, and have asked Goldman Sachs to engage with interested parties." | Valuation or Potential Sale of the Company |
| 26. | February 4, 2022 Press Release, filed with the SEC on Form 8-K (Kohl's) | ¶ 134 | "The rights plan has been adopted in order to ensure that the Board of Directors can conduct an orderly review of expressions of interest, including potential further engagement with interested parties. The rights plan **does not preclude the Board from considering an offer that recognizes the value of the Company**." | Valuation or Potential Sale of the Company |

5

|  | Source | AC Citation | Challenged Statement[1] | Statement Category |
|---|---|---|---|---|
| 27. | March 1, 2022 Earnings Call (Gass) | ¶ 137 | "As we announced on February 4, the company retained Goldman Sachs to engage with interested parties. That effort continues and has included engaging with unsolicited bidders as well as proactive outreach. Engagement with those parties is ongoing. Our proxy, when filed, will provide more detail. The Board is committed to fulfilling its fiduciary duties and will choose the path it believes will maximize the value to shareholders. So contrary to what others might say, the Board's approach is robust and intentional. We won't be commenting further on this topic during today's call." | Valuation or Potential Sale of the Company |
| 28. | March 19, 2022 Earnings Call (Gass) | ¶ 137 | "At this point, we have formally communicated to the multiple parties in our process the specific procedures for the submission of actionable bids due in the coming weeks. We continue with our detailed diligence phase and are pleased with the number of parties who recognize the value of our business and plan. We will update the market when it's appropriate to do so." | Valuation or Potential Sale of the Company |
| 29. | March 21, 2022 Press Release, filed with the SEC on Form 8-K (Kohl's) | ¶ 137 | "The Board acknowledged receipt of multiple preliminary indications of interest. The proposals received are non-binding and without committed financing. The Board has authorized Goldman Sachs to coordinate with select bidders who have submitted indications of interest to assist with further due diligence so that they have the opportunity to refine and improve their proposals and include committed financing and binding documentation." | Valuation or Potential Sale of the Company |

6

| | Source | AC Citation | Challenged Statement[1] | Statement Category |
|---|---|---|---|---|
| 30. | April 29, 2022 Letter (Boneparth) **14a-9 Proxy Material** | ¶ 137 | "I believe it's crucial that you understand the effort your Board has put into overseeing Kohl's strategy . . . following the receipt of unsolicited bids earlier this year, your Board has designated its Finance Committee to lead a robust and intentional process to explore strategic alternatives to maximize value with the assistance of Goldman Sachs. I can attest to the fact that this is a thorough, disciplined process. . . this Board has been conducting a robust and thorough process and keeping this Board in place will ensure the process is not disrupted or hindered." | Valuation or Potential Sale of the Company |
| 31. | June 6, 2022 Press Release, filed with the SEC on Form 8-K (Kohl's) | ¶ 137 | "Kohl's . . . announced today that following the receipt of final proposals, the Kohl's Board of Directors has entered into exclusive negotiations with Franchise Group, Inc. ("FRG"), a holding company of a collection of market leading and emerging brands, for a period of three weeks in relation to FRG's proposal to acquire the Company for $60.00 per share. The purpose of the exclusive period is to allow FRG and its financing partners to finalize due diligence and financing arrangements and for the parties to complete the negotiation of binding documentation." | Valuation or Potential Sale of the Company |
| 32. | April 13, 2022 Transcript of Video (Gass) **14a-9 Proxy Material** | ¶ 142 | "Before we get into the details of all of this, let me just make one thing really clear – **we are a very healthy company. We have a great strategy in place**, we just posted record results for 2021, and we are in the midst of scaling one of the biggest and most transformational initiatives that this company has ever had, with Sephora." | April/May 2022 Statements About Performance |

7

| | Source | AC Citation | Challenged Statement[1] | Statement Category |
|---|---|---|---|---|
| 33. | April 13, 2022 Transcript of Video (Gass)<br><br>**14a-9 Proxy Material** | ¶ 142 | "The board is doing its job in representing our shareholders to evaluate alternatives and other options – and all of those explorations are being held up against the current strategy that we're executing. ***The plan we're executing is very powerful and it will deliver substantial value to our shareholders*** – so that's a high bar that the board is looking at when evaluating these alternatives." | April/May 2022 Statements About Performance |
| 34. | April 21, 2022 Presentation (Kohl's)<br><br>**14a-9 Proxy Material** | ¶ 144 | [Initiatives that were part of the Strategic Plan] were "Driving ***sustainable*** Low-Single-Digits % Sales Growth" and would "support sales growth ***in 2022*** and beyond." | April/May 2022 Statements About Performance |
| 35. | April 21, 2022 Presentation(Kohl's)<br><br>**14a-9 Proxy Material** | ¶ 144 | Kohl's had "Fundamental business model improvements in place, driving a ***consistent*** 7% to 8% operating margin." | April/May 2022 Statements About Performance |
| 36. | April 21, 2022 Presentation(Kohl's)<br><br>**14a-9 Proxy Material** | ¶ 144 | "Kohl's is well-positioned to deliver ***continued robust EPS growth***…Combination of ***sales growth*** and solid margins, coupled with commitment to share repurchases, drives ***mid-to-high single digits % EPS growth***." | April/May 2022 Statements About Performance |
| 37. | April 21, 2022 Presentation (Kohl's)<br><br>**14a-9 Proxy Material** | ¶ 144 | "We are confident in our ability to navigate ongoing margin pressure from cost inflation, higher freight expense, wage investments, and increasing digital penetration." | April/May 2022 Statements About Performance |

8

|  | Source | AC Citation | Challenged Statement[1] | Statement Category |
|---|---|---|---|---|
| 38. | April 29, 2022 Letter (Boneparth)<br><br>**14a-9 Proxy Material** | ¶ 146 | "We are also ***continuing to deliver on the strategy*** we unveiled in October 2020, which helped us ***achieve record EPS last year*** and allowed us to double our annual dividend to $2 per share for 2022." | April/May 2022 Statements About Performance |
| 39. | May 11, 2022 Press Release (Boneparth) | ¶ 148 | "We are especially thankful to Kohl's associates, who have ***continued to execute on our strategy*** and focus on customers during this process. Kohl's has ***a bright future ahead***." | April/May 2022 Statements About Performance |

9