# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| SEAN SHANAPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   v.<br><br>KOHL'S CORPORATION, MICHELLE GASS, JILL TIMM, MICHAEL BENDER, PETER BONEPARTH, YAEL COSSET, CHRISTINE DAY, H. CHARLES FLOYD, ROBBIN MITCHELL, JONAS PRISING, JOHN E. SCHLIFSKE, ADRIANNE SHAPIRA, and STEPHANIE A. STREETER,<br><br>      Defendants. | Case No. 2:22-cv-01016-LA |

**DECLARATION OF JORDAN D. COOK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR <u>VIOLATIONS OF FEDERAL SECURITIES LAWS</u>**

I, Jordan D. Cook, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am an associate at Latham & Watkins LLP and counsel for Defendants Kohl's Corporation ("Kohl's"), Michelle Gass, Jill Timm, Michael Bender, Peter Boneparth, Yael Cosset, Christine Day, H. Charles Floyd, Robbin Mitchell, Jonas Prising, John E. Schlifske, Adrianne Shapira, and Stephanie A. Streeter (together, "Defendants") in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently thereto.

2. I submit this Declaration, together with the attached exhibits, in support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of Federal Securities Laws ("Motion"). As explained in Defendants' Motion to Consider Documents Under the Incorporation-by-Reference Doctrine or Judicial Notice and supporting Memorandum of Law filed herewith, the attached Exhibits A through U may be considered in connection with Defendants' Motion, as they are incorporated by reference, properly subject to judicial notice, or both.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts of Kohl's Form 10-K for the fiscal year ended January 30, 2021, filed with the Securities and Exchange Commission ("SEC") on March 18, 2021, which is publicly available at www.sec.gov/edgar, and is incorporated by reference in the Amended Complaint.

4. Attached hereto as Exhibit B is a true and correct copy of Kohl's Form 8-K, filed with the SEC on October 20, 2020, including Exhibit 99.1 entitled, "Investor Presentation," which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraphs 4, 29, 30, 67, 109, 110, 111, 112, 114, 116, 117, 118, 119, 121, 122, 124, 126, 127, 142, 143, 146, 148, 149, 150, 186, 189, and 193 of the Amended Complaint.

5. Attached hereto as Exhibit C is a true and correct copy of excerpts of Kohl's Form DEFC14A, filed with the SEC on March 17, 2022, which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraphs 55, 122, 176, 181, and 190 of the Amended Complaint.

6. Attached hereto as <u>Exhibit D</u> is a true and correct copy of Kohl's Form 8-K, filed with the SEC on February 22, 2021, including Exhibit 99.1 entitled, "Kohl's Comments on Investor Statement and Director Nominations," which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraph 33 of the Amended Complaint.

7. Attached hereto as <u>Exhibit E</u> is a true and correct copy of Kohl's Form 8-K, filed with the SEC on April 14, 2021, including Exhibit 99.1 entitled, "Kohl's and Investor Group Reach Agreement," which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraph 36 of the Amended Complaint.

8. Attached hereto as <u>Exhibit F</u> is a true and correct copy of Kohl's press release entitled "Kohl's Comments on Macellum's Statement and Reaffirms Strategic Progress," published on January 18, 2022, which is publicly available at https://corporate.kohls.com, and is incorporated by reference in paragraphs 3, 43, 47, 129, 131, and 155 of the Amended Complaint.

9. Attached hereto as <u>Exhibit G</u> is a true and correct copy of Kohl's press release entitled "Kohl's Confirms Receipt of Expressions of Interest," published on January 24, 2022, which is publicly available at https://corporate.kohls.com, and is incorporated by reference in paragraphs 47, 131, and 155 of the Amended Complaint.

10. Attached hereto as <u>Exhibit H</u> is a true and correct copy of Kohl's Form 8-K, filed with the SEC on February 4, 2022, including Exhibit 99.1 entitled, "Kohl's Board of Directors Provides Update on Review of Unsolicited Expressions of Interest," which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraphs 51, 52, 127, 132, 134, and 173 of the Amended Complaint.

11. Attached hereto as <u>Exhibit I</u> is a true and correct copy of Kohl's Form DEFA14A, filed with the SEC on February 10, 2022, including a press release entitled, "Kohl's Responds to Director Nominations from Macellum Advisors; Company Reaffirms Commitment to Maximize Value for All Shareholders," which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraph 173 of the Amended Complaint.

3

12.     Attached hereto as <u>Exhibit J</u> is a true and correct copy of Kohl's Form 8-K, filed with the SEC on March 1, 2022, including Exhibit 99.1 entitled, "Kohl's Reports Fourth Quarter and Full Year Fiscal 2021 Financial Results," which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraph 62 of the Amended Complaint.

13.     Attached hereto as <u>Exhibit K</u> is a true and correct copy of Kohl's Form 8-K, filed with the SEC on March 21, 2022, including Exhibit 99.1 entitled, "Kohl's Provides Update on Ongoing Review of Expressions of Interest," which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraphs 66, 137, and 173 of the Amended Complaint.

14.     Attached hereto as <u>Exhibit L</u> is a true and correct copy of Kohl's Form DEFA14A, filed with the SEC on April 21, 2022, including an investor presentation entitled, "The Right Team to Maximize Shareholder Value," which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraphs 124, 144, 173, and 193 of the Amended Complaint.

15.     Attached hereto as <u>Exhibit M</u> is a true and correct copy of Kohl's Form 8-K, filed with the SEC on May 19, 2022, including Exhibit 99.1 entitled, "Kohl's Reports First Quarter Fiscal 2022 Financial Results," which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraph 80 of the Amended Complaint.

16.     Attached hereto as <u>Exhibit N</u> is a true and correct copy of Kohl's Form 8-K, filed with the SEC on June 6, 2022, including Exhibit 99.1 entitled,  "Kohl's Board of Directors Enters into Three-Week Exclusive Negotiations with Franchise Group," which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraphs 88, 137, and 162 of the Amended Complaint.

17.     Attached hereto as <u>Exhibit O</u> is a true and correct copy of Kohl's Form 8-K, filed with the SEC on July 1, 2022, including Exhibit 99.1 entitled, "Kohl's Concludes Strategic Review Process," which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraphs 94, 101, 140, 164, and 195 of the Amended Complaint.

18.     Attached hereto as <u>Exhibit P</u> is a true and correct copy of the transcript of Kohl's earnings call for the first quarter of fiscal year 2022 held on May 19, 2022, which is publicly

available at https://seekingalpha.com, and is incorporated by reference in paragraphs 67, 81, 82, 139, 158, 182, and 197 of the Amended Complaint.

19. Attached hereto as <u>Exhibit Q</u> is a true and correct copy of Kohl's Form 8-K filed with the SEC on May 19, 2022, including Exhibit 99.1 entitled, "Kohl's Reports First Quarter Fiscal 2022 Financial Results," which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraph 80, 83, 156 of the Amended Complaint.

20. Attached hereto as <u>Exhibit R</u> is a true and correct copy of Kohl's Form DEFA14A, filed with the SEC on March 31, 2022, including a letter to shareholders, entitled, "Kohl's Sends Letter to Shareholders Highlighting Board Leadership and Robust Process," which is publicly available at www.sec.gov/edgar, and is incorporated by reference in paragraphs 67, 121, 122, and 123 of the Amended Complaint.

21. Attached hereto as <u>Exhibit S</u> is a true and correct copy of Kohl's Form 8-K filed with the SEC on May 19, 2020, including Exhibit 99.1 entitled, "Kohl's Corporation Reports Financial Results," which is publicly available at www.sec.gov/edgar.

22. Attached hereto as <u>Exhibit T</u> is a true and correct copy of Kohl's Form 8-K filed with the SEC on May 20, 2021, including Exhibit 99.1 entitled, "Kohl's Reports First Quarter Fiscal 2021 Financial Results," which is publicly available at www.sec.gov/edgar.

23. Attached hereto as <u>Exhibit U</u> is a true and correct copy of Kohl's press release entitled, "Kohl's Announces Locations of 250 New Sephora at Kohl's Opening This Year," published on March 22, 2023, which is publicly available at https://corporate.kohls.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2023 in Ladera Ranch, California.

Jordan D. Cook

5