# EXHIBIT E

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): April 13, 2021**

# KOHL'S CORPORATION

**(Exact name of registrant as specified in its charter)**

| **Wisconsin** | **001-11084** | **39-1630919** |
|---|---|---|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

**N56 W17000 Ridgewood Drive**
**Menomonee Falls, Wisconsin**      **53051**
**(Address of principal executive offices)**      **(Zip Code)**

**Registrant's telephone number, including area code: (262) 703-7000**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, $.01 par value** | **KSS** | **New York Stock Exchange** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 1.01**     **Entry into a Material Definitive Agreement**

On April 13, 2021, Kohl's Corporation (the "Company") entered into a Settlement Agreement (the "Settlement Agreement") by and among the Company, Macellum Badger Fund, LP and certain of its affiliates set forth therein ("Macellum"), Legion Partners Holdings, LLC and certain of its affiliates set forth therein ("Legion"), 4010 Partners, LP and certain of its affiliates set forth therein ("4010"), and Ancora Advisors, LLC and certain of its affiliates set forth therein ("Ancora" and, together with Macellum, Legion, and 4010, the "Investor Group"). Item 5.02 of this Current Report on Form 8-K contains a description of the material terms of the Settlement Agreement, which description is incorporated by reference in this Item 1.01.

**Item 5.02**     **Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers**

In accordance with the terms of the Settlement Agreement, as promptly as practical after the completion of the 2021 Annual Meeting of Shareholders of the Company, which is scheduled to take place on May 12, 2021, the Board of Directors (the "Board") of the Company will increase the size of the Board from 12 to 15 directors and appoint independent directors Margaret Jenkins and Thomas Kingsbury, as well as Christine Day, an additional independent director identified by the Company and agreed to by the Investor Group (together, the "New Directors") to fill the newly created vacancies. The term of each of the New Directors will continue until the Company's 2022 Annual Meeting of Shareholders (the "2022 Annual Meeting") or until such person's earlier death, resignation, disqualification or removal. The Settlement Agreement further provides that between the effective date of the Settlement Agreement and the appointment of the New Directors, Ms. Jenkins and Mr. Kingsbury shall be observers to the Board with the right to attend and reasonably participate, but not vote, at all meetings of the Board.

As non-management directors of the Company, each of the New Directors will participate in the Company's Non-Employee Director Compensation Program, as described in Exhibit 10.16 of the Company's Annual Report on Form 10-K for the fiscal year ended January 30, 2021. Pursuant to the Company's Non-Employee Director Compensation Program, the New Directors are expected to receive an equity award on June 15, 2021. This award, which will be comprised of restricted shares, will have a "grant date fair value" of approximately $125,000, calculated in accordance with FASB ASC Topic 718. The restricted shares will vest on the first anniversary of the date of grant.

The New Directors do not have any family relationship with any officer or director of the Company. Other than as provided under the Settlement Agreement, there are no arrangements or understandings pursuant to which any of the New Directors was elected as a director, and the New Directors have not been involved in any related transactions or relationships with the Company as defined in Item 404(a) of Regulation S-K.

In connection with the Settlement Agreement, (i) current director Steven Burd notified the Company that he intends to retire from the Board no later than August 31, 2021 and (ii) current director Frank Sica notified the Company that he intends to retire and not stand for re-election to the Board at the 2022 Annual Meeting. Mr. Burd's and Mr. Sica's decisions were not due to any disagreements with the Company on any matter relating to the Company's operations, policies or practices.

The Settlement Agreement also provides for the Board to take all necessary actions after the execution of the Settlement Agreement to make the existing ad hoc Finance Committee a standing committee of the Board, which will include Mr. Kingsbury upon his appointment to the Board. The purpose of the Finance Committee will include assisting the Board on its oversight of capital allocation decisions made by the Company. The Settlement Agreement also provides that the Board shall determine appropriate Board committee assignments for the New Directors taking into account the composition of the Board, committee assignments and the needs and independence and eligibility requirements of the committees.

The Settlement Agreement further provides that, following the date of the Settlement Agreement and prior to the earlier of the expiration of the Standstill Period (as defined below), if a New Director is unable to serve as an independent director for any reason, the Company and the Investor Group shall have the right to propose privately to the Company a recommended replacement director nominee who meets the requirements to qualify as independent, who is unaffiliated with the Investor Group and who is not a Remaining Investor Nominee (as defined in the Settlement Agreement).

Also in accordance with the terms of the Settlement Agreement, the Board approved an amendment to the Company's existing share repurchase program approved by the Board in March 2006 to permit the continued repurchase of common stock in an amount up to an aggregate purchase price of $2,000,000,000. As of April 9, 2021, approximately $697,000,000 remained available under the program.

Under the Settlement Agreement, the Investor Group also agreed to abide by certain voting commitments, customary standstill obligations, and mutual non-disparagement provisions until thirty (30) days prior to the deadline for the submission of shareholder nominations of directors for the Company's 2022 Annual Meeting (the "Standstill Period"), or such later date as may be agreed by both the Company and the Investor Group. The scope of these commitments, obligations, provisions and other terms are set forth in full in the Settlement Agreement.

The foregoing description of the Settlement Agreement is qualified in its entirety by reference to the full text thereof, a copy of which is attached hereto as Exhibit 10.1 and incorporated herein by reference.

**Item 8.01        Other Events**

As described in Item 5.02 of this Current Report on Form 8-K, the Board approved an amendment to the Company's existing share repurchase program to permit the continued repurchase of common stock in an amount up to an aggregate purchase price of $2,000,000,000. The description of the amendment in Item 5.02 is incorporated by reference in this Item 8.01.

The Company issued a press release on April 14, 2021 announcing the execution of the Settlement Agreement, the appointments of the New Directors and related information. A copy of this press release is attached hereto as Exhibit 99.1 and incorporated by reference herein.

**Item 9.01        Financial Statements and Exhibits**

| Exhibit No. | Description |
| --- | --- |
| 10.1 | Settlement Agreement, dated as of April 13, 2021, by and among Kohl's Corporation, Macellum Badger Fund, LP and the other persons and entities listed on Schedule A thereto Legion Partners Holdings, LLC and the other persons and entities listed on Schedule B thereto, 4010 Partners, LP and the other persons and entities listed on Schedule C thereto, and Ancora Advisors, LLC and the other persons and entities listed on Schedule D thereto. |
| 99.1 | Press Release of Kohl's Corporation issued on April 14, 2021. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: April 13, 2021

KOHL'S CORPORATION

By: /s/ Jason J. Kelroy

Jason J. Kelroy
Senior Executive Vice President,
General Counsel and Corporate Secretary

**Exhibit 99.1**

**Kohl's and Investor Group Reach Agreement**

- *Margaret Jenkins, Thomas Kingsbury and Former lululemon athletica CEO Christine Day to join Kohl's Board as independent directors*

- *New directors bring strong retail, apparel and leadership expertise to support transformational strategy and continued momentum*

- *Board expands existing share repurchase authorization to $2 billion*

MENOMONEE FALLS, Wis. – April 14, 2021 – Kohl's Corporation (NYSE: KSS) ("Kohl's" or the "Company") today announced that it has entered into a settlement agreement with Macellum Advisors GP, LLC, Ancora Holdings, Inc., Legion Partners Asset Management, LLC, and 4010 Capital, LLC (collectively, the "Investor Group"), which collectively own 9.3% of Kohl's outstanding common stock, including options.

As part of the agreement, two new independent directors nominated by the Investor Group, Margaret Jenkins and Thomas Kingsbury, will join the Kohl's Board of Directors (the "Board"), as of the close of the 2021 Annual Meeting of Shareholders. An additional independent director identified by Kohl's, and agreed to by the Investor Group, Christine Day, will join the Board at the same time.

"We are pleased to further strengthen our Board with the addition of Christine, Margaret and Tom as part of our continued refreshment process" said Kohl's Chairman Frank Sica. "Today's agreement reflects our Board's ongoing dialogue with our shareholders and our commitment to maximizing long-term value for all stakeholders. We welcome the new directors and look forward to their perspectives as we continue to execute Kohl's growth strategy."

Kohl's CEO Michelle Gass said, "I look forward to working with our newly expanded Board to further advance our transformative strategy and deliver results for shareholders. Amidst ongoing industry disruption and evolving consumer trends, we are uniquely positioned to build on our momentum and accelerate growth and profitability."

The Investor Group stated: "These new directors are all proven leaders in retail who will add valuable expertise to the Board. We are pleased to have been able to reach this constructive resolution with the Company, and we are confident these changes will help further our shared goal of creating long-term value for shareholders. We are excited for the future at Kohl's."

Additionally, the Company announced that it received notice from Steve Burd that he will retire from the Board at the end of August 2021, and from Frank Sica that he will retire from the Board next year in connection with the Company's 2022 Annual Meeting of Shareholders.

Also, as part of the agreement:

- The Board's existing ad hoc finance committee will become a standing Finance Committee of the Board, which Thomas Kingsbury will join. The purpose of the Committee will include assisting the Board on its oversight of capital allocation decisions made by the Company.

- The Board expanded its existing share repurchase authorization to $2 billion. Similar to past practices, the authorization may be utilized to repurchase shares at the Company's discretion, subject to market conditions and other factors.

The Investor Group will not be submitting WHITE Proxy Cards for tabulation for the 2021 Annual Meeting of Shareholders and encourages stockholders to submit a BLUE proxy card in support of the Board's recommendations on each proposal. All votes previously submitted on WHITE proxy cards (whether with respect to withdrawn directors or other agenda matters) will be disregarded in entirety.

The Investor Group has also agreed to abide by certain customary standstill provisions until 30 days prior to the close of the nomination window for the Company's 2022 Annual Meeting of Shareholders.

The complete agreement will be filed by the Company with the U.S. Securities and Exchange Commission ("SEC") as an exhibit to the Current Report on Form 8-K.

**About the New Directors**

**Christine Day** brings extensive expertise in retail, including experience in athleisure. Ms. Day is co-founder and the Executive Chairman of The House of LR&C, a new concept in retail with a focus on fashion and sustainability and doing good, and currently serves on the board of directors of Performance Kitchen. From 2008 to 2013, Ms. Day served as the CEO of lululemon athletica, where she was a key driver in the company's significant growth in sales from less than $300 million to $1.5 billion and grew stores from less than 100 to 250. Prior to lululemon she spent more than 20 years at the Starbucks Corporation, in a variety of leadership positions including most recently as President of the Asia Pacific Group.

**Margaret Jenkins** has extensive background in retail and consumer marketing management and advertising. Ms. Jenkins has served as a director for clothing retailer Citi Trends Inc. as well as for PVH Corp., an international apparel manufacturer and retailer. She has also served as Chief Marketing Officer of restaurant corporations Denny's Corporation and El Pollo Loco. Ms. Jenkins also held several management positions with Taco Bell Corp. and PepsiCo International Foodservice. Ms. Jenkins is Chair of the Board of Directors of Prisma Health – Upstate, one of the largest healthcare providers in the Southeast.

**Thomas A. Kingsbury** brings more than 40 years of experience in the retail industry. Mr. Kingsbury serves as an independent director at Big Lots, Inc, BJ'S Wholesale Club Holdings, Inc., and at Tractor Supply Co. Most recently, he served as the President and CEO of Burlington Stores, Inc. from 2008 until his retirement in September 2019. Mr. Kingsbury also served as a member of the board of directors of Burlington Stores from 2008 until February 2020, including as Chairman from May 2014 to September 2019 and as Executive Chairman from September 2019 to February 2020. Prior to Burlington Stores, Kingsbury held various leadership positions at retail companies including Kohl's and The May Department Stores Company.

**Cautionary Statement Regarding Forward-Looking Information**

This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The Company intends forward-looking terminology such as "believes," "expects," "may," "will," "should," "anticipates," "strategy," "preliminary," "plans," or similar expressions to identify forward-looking statements. Such statements are subject to certain risks and uncertainties, which could cause the Company's actual results to differ materially from those anticipated by the forward-looking statements. These risks and uncertainties include, but are not limited to, our ability to execute on and realize the benefits of our strategic plan, market conditions beyond our control, including the ongoing and evolving impact of the COVID-19 pandemic, that may negatively impact our stock price vis-à-vis industry analyst expectations and the risks described more fully in Item 1A in the Company's Annual Report on Form 10-K, which is expressly incorporated herein by reference, and other factors as may periodically be described in the Company's filings with the SEC. Forward-looking statements relate to the date initially made, and Kohl's undertakes no obligation to update them.

**About Kohl's**

Kohl's (NYSE: KSS) is a leading omnichannel retailer. With more than 1,100 stores in 49 states and the online convenience of Kohls.com and the Kohl's App, Kohl's offers amazing national and exclusive brands at incredible savings for families nationwide. Kohl's is uniquely positioned to deliver against its strategy and its vision to be the most trusted retailer of choice for the active and casual lifestyle. Kohl's is committed to progress in its diversity and inclusion pledges, and the company's environmental, social and corporate governance (ESG) stewardship. For a list of store locations or to shop online, visit Kohls.com. For more information about Kohl's impact in the community or how to join our winning team, visit Corporate.Kohls.com or follow @KohlsNews on Twitter.

**Contacts**

Investor Relations:

Mark Rupe, (262) 703-1266, mark.rupe@kohls.com

Media:

Jen Johnson, (262) 703-5241, jen.johnson@kohls.com
Lex Suvanto, (646) 775-8337, lex.suvanto@edelman.com