# EXHIBIT L

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

## SCHEDULE 14A INFORMATION

**PROXY STATEMENT PURSUANT TO SECTION 14(a) OF THE
SECURITIES EXCHANGE ACT OF 1934
(AMENDMENT NO.___)**

---

Filed by the Registrant  ☒

Filed by a Party other than the Registrant  ☐

Check the appropriate box:

☐    Preliminary Proxy Statement

☐    **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☐    Definitive Proxy Statement

☒    Definitive Additional Materials

☐    Soliciting Material Pursuant to §240.14a-12

# KOHL'S CORPORATION
**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement if other than the Registrant)**

Payment of Filing Fee (Check all boxes that apply):

☒    No fee required

☐    Fee paid previously with preliminary materials

☐    Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

THE FOLLOWING IS A PRESENTATION RELEASED BY THE COMPANY ON APRIL 21, 2022








# KOHL'S

## The Right Team to Maximize Shareholder Value

April 2022






## Cautionary Statement Regarding Forward-Looking Information

This communication contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The Company intends forward-looking terminology such as "believes," "expects," "may," "will," "should," "anticipates," "plans," or similar expressions to identify forward-looking statements. Such statements, including statements regarding the outcome and timing of the strategic alternatives review process, are subject to certain risks and uncertainties, which could cause the Company's actual results to differ materially from those anticipated by the forward-looking statements, and there can be no guarantee that the process will result in an agreement to sell the Company or that any such agreement will ultimately be consummated. These risks and uncertainties include, but are not limited to, risks described more fully in Item 1A in the Company's Annual Report on Form 10-K, which are expressly incorporated herein by reference, and other factors as may periodically be described in the Company's filings with the SEC. Forward-looking statements relate to the date initially made, and Kohl's undertakes no obligation to update them.

## Non-GAAP Financial Measures

In addition, this presentation contains non-GAAP financial measures, including Adjusted EPS and Adjusted EBITDA. Reconciliations of all non-GAAP measures to the most directly comparable GAAP measures are included in the Appendix of this presentation.

Kohl's has neither sought nor obtained the consent from any third party to use any statements or information contained in this presentation that have been obtained or derived from statements made or published by such third parties. Any such statements or information should not be viewed as indicating the support of such third parties for the views expressed herein.

# Executive Summary

## World-Class Board and Management Team Committed to Maximizing Value for Shareholders

**I. Successfully executing a compelling strategy driving significant, sustainable value**

- Transformative strategy set in October 2020 that in 2021 delivered record EPS and margin improvement alongside significant capital return to shareholders
- Several building blocks to drive top-line growth including Sephora partnership, enhanced brand portfolio and omnichannel strategy
- Financial framework driven by sustainable formula of low-single-digits % top line growth, a solid operating margin of 7% to 8% and mid-to-high single digits % EPS growth leading to strong cash flow generation
- Disciplined capital allocation strategy that prioritizes investment in high ROI growth driving initiatives, while also returning significant capital to shareholders through dividends and share repurchases; in March 2022, the Board approved a 100% increase in the dividend and new $3B share repurchase authorization

**II. Our strong, thoughtfully refreshed Board has positioned Kohl's to drive shareholder value**

- Board has proactively added the right capabilities and skill sets to accelerate Kohl's transformation into the most trusted retailer of choice for the Active and Casual lifestyle
- Our directors bring highly relevant experience from top roles at leading retail companies such as lululemon, Walmart, Burlington, and Kroger, as well as deep experience in M&A, technology and operations
- Recent refreshment with 6 new independent directors in the last 3 years, including 3 added as part of 2021 settlement agreement with Disbanded Investor Group[1]

**III. Board is running a robust process to explore all strategic alternatives to maximize value**

- Our engaged Board is thoroughly testing Kohl's standalone strategic plan against potential alternatives and has designated its Finance Committee to lead the ongoing review of expressions of interest
- Board engaged Goldman Sachs to conduct a broad and public process to explore strategic alternatives
- While preliminary, non-binding proposals have been received, continuing bidders have been directed to prepare final offers accompanied by committed financing and binding documentation
- Board is focused on a proposal for Kohl's that appropriately reflects the company's future prospects and substantial asset value

**IV. Macellum has presented an empty agenda and an inexperienced, unqualified slate**

- In spite of our Board's open invitation and over a year of good-faith engagement, Macellum has presented no value-additive ideas
- Macellum's actions and inconsistent claims demonstrate a focus on short-term gains at the expense of long-term value
- Six of ten Macellum nominees have never served on a public company board, and none have served on a retail company board of comparable size to Kohl's
- Several Macellum nominees are directly associated with bankruptcies or have overseen significant value destruction

KOHL'S    (1) Disbanded Investor Group defined as Macellum Advisors GP, LLC, Ancora Holdings, Inc., Legion Partners Asset Management, LLC, and 4010 Capital, LLC.

# We are successfully executing on a compelling strategy driving significant, sustainable value

# Kohl's has built a powerful foundation for growth ...



**Customers**

| | |
|---|---|
| **65M+** | Active Customers |
| **30M+** | Loyalty Members |

**Accessible and Aspirational Brand Portfolio**

Nike · Levi's · Under Armour · Sonoma Goods for Life · Jumping Beans · Kohl's + Sephora · Vans · Columbia · LC Lauren Conrad · Simply Vera Vera Wang

**Stores**

| | |
|---|---|
| **1,165** | Stores in 49 states |
| **200** | Stores with Sephora |
| **~95%** | Of stores generated $1M+ in 4-wall cash flow |
| **80%** | Of Americans live within 15 miles of a Kohl's store |
| **~40%** | Of digital sales fulfilled by stores |

**Digital**

| | |
|---|---|
| **32%** | Digital sales penetration |
| **1.7B** | Website visits |
| **18M** | Active App users |
| **+13%** | Digital sales CAGR over the last 5 years |

+13% CAGR

Digital Sales Growth

| 2017 | 2021 |
|---|---|
| 35% | 60% |
| 65% | 40% |

■ Desktop Penetration ■ Mobile/App Penetration

# While growing the right way



**KOHL'S ♡ Cares**
for People and Planet

| Culture | Community | Climate |
|---|---|---|
| **100,000**<br>Associates | **$815M+**<br>donations through Kohl's Cares | **Net Zero by 2050**<br>committed to reducing GHG emissions |
| **8**<br>Business Resource Groups | **5.5M+**<br>volunteer hours served by Kohl's associates | **165**<br>solar and wind locations |
| **D&I Framework**<br>introduced in 2020 | **Tripling Spend**<br>among diverse suppliers by 2025 | **146**<br>EV charging locations |

# We are completely transforming Kohl's — from a department store to a focused lifestyle concept



**5-Year Total Shareholder Return[1]: 76%**

2017 ————————————————————————————————— 2022 →

**SEPT. 2017**

**Board proactively led thoughtful succession plan**

**Michelle Gass**
Chief Executive Officer

SEPT. 2017: Named CEO-elect
MAY 2018: Assumed CEO role

**30 years of retail experience**
- **Kohl's:** CEO since May 2018
- Leadership and experience across marketing, merchandising, global strategy, and operations at top consumer brands

**MAR. 2020**

**Adapted for COVID-19**

Invested in digital capabilities and restructured business to reduce costs

**2019-2021**

**Significant Board Refreshment**

Added 3 directors bringing deep skill sets in digital, omnichannel, retail, and apparel

**OCT. 2020**

**Introduced New Strategy**

New strategy to evolve into active & casual destination
- Expand operating margin
- Grow Active to 30%+ of sales
- Reignite growth in Women's
- Build a sizable beauty business

**DEC. 2020**

**Kohl's and Sephora Announce Major Long-Term Strategic Partnership**

**APR. 2021**

**Continued Significant Board Refreshment**

Added 3 directors following settlement [2]

**FALL 2021**

**Building beauty with Sephora**

Opened 200 Sephora stores and launched online experience

**MAR. 2022**

**FY 2021 Results & Investor Day**

- Delivered record EPS
- Achieved operating margin goal 2 years early
- New sales and EPS growth targets
- Growing Sephora sales to $2B
- Investing in omnichannel, Active and Women's

# The macro environment has brought significant changes to the retail industry









# Kohl's is positioning the business for sustainable sales and earnings growth supported by investments that reinforce our strategy



## Investments in Omnichannel

- **Transforming off-mall store base into omnichannel hub as a key competitive advantage** with omnichannel shoppers at least 4x more productive than store-only or digital-only shoppers
- **Elevating the store experience** with ease, shopability, brand portfolio and innovative services (e.g. Amazon Returns) to support shift in consumer preferences
- **Investing in omni capabilities** such as buy online pickup in store, buy online ship to store, drive up, self-service, and more



## Enhancing Kohl's Product Differentiation

- **Successful launch of Sephora** to position Kohl's as a leading beauty destination, while driving traffic and new customer acquisition
- **Balanced portfolio of national and private brands** to drive traffic, provide value, and build customer loyalty
- **Introduced iconic national brands** including Calvin Klein, Tommy Hilfiger and Eddie Bauer
- **Investment in Active & Casual** allows Kohl's to benefit from secular trend with goal of Active growing to 30% of sales



## Driving Engagement Through Loyalty & Value

- **Kohl's has built an industry leading loyalty program**
- **Kohl's Cash** is a key value differentiator for all customers
- **Strong loyalty program of 30M+ members** (who spend 2x more than non-loyalty customers)
- **Kohl's Card**, our private label credit card, provides more opportunities for customers to save with our Kohl's Card customers spending 6x-12x more than non-loyalty customers



## Data Drives Better Decision Making

- **Investing in data** to drive better product purchasing decisions and localized store assortments
- **Leveraging customer information** to increase personalization in our marketing efforts by targeting customer preferences and enhancing customer value
- **Utilizing technology** to acquire new customers and accelerate hyper-localization efforts across the business

# Amidst the macroeconomic headwinds, Kohl's has outperformed its peers



**5 Year TSR**

| KSS (HUSP) | KSS (Actual) | Direct Peers | Off-Price | Other Retail |
|---|---|---|---|---|
| 72% | 76% | 7% | 72% | (15%) |

Source: Thomson Eikon as of 11-Apr-022.
Note: TSR assumes dividends reinvested in all companies.
HUSP calculated as Kohl's stock price prior to announcement of Acacia's initial bid ($46.84) multiplied by the median of the performance of Direct Peers (M/JWN/DDS) from the undisturbed date to 11-Apr-22.
Direct Peers comprised of M, JWN, and DDS. Off-Price includes TJX, ROST, and BURL. Other Retail includes other retailers in the Company's TSR Group (e.g. ANF, AEO, BBBY, BBY, CRI, CHS, PLCE, DBI, DKS, EXPR, FL, GPS, HD, PVH, TGT).

# Kohl's EBITDA margin is well above the broader peer average

**2017A–2022E Average EBITDA Margin[1]**



(1) FY2017-FY2022E, excluding FY2020 due to COVID. 2022E based on consensus average as of 11-Apr-2022.
(2) Direct Peers comprised of M, JWN, and DDS. Off-Price includes TJX, ROST, and BURL. Other Retail includes other retailers in the Company's TSR Group (e.g. ANF, AEO, BBBY, BBY, CRI, CHS, PLCE, DBI, DKS, EXPR, FL, GPS, HD, PVH, TGT).

# Kohl's EPS has improved meaningfully under current leadership, exceeding peers



**2017A–2022E**
EPS CAGR[1]

- Kohl's — 11.6%
- Direct Peers — 3.2%
- Off-Price — 9.9%
- Other Retail — 7.3%

KOHL'S

Direct Peers comprised of M, JWN, and DDS. Off-Price includes TJX, ROST, and BURL. Other Retail includes other retailers in the Company's TSR Group (e.g. ANF, AEO, BBBY, BBY, CRI, CHS, PLCE, DBI, DKS, EXPR, FL, GPS, HD, PVH, TGT).
(1) Based on consensus medians for 2022E as of 11-Apr-2022.

# In fact, Kohl's is better positioned today relative to where expectations were pre-COVID



**EBITDA**

25% Increase

$2,016

$2,518

Pre-COVID 2021 Analyst Consensus Estimate

2021 Actual



**EPS**

59% Increase

$4.62

$7.33

Pre-COVID 2021 Analyst Consensus Estimate

2021 Actual[1]

KOHL'S

Source: IBES as of 10-Mar-2022.
Note: Pre-COVID reflects analyst consensus FY21E estimates as of 31-Jan-2020.
1. 2021 adjusted diluted earnings per share. See Appendix for Non-GAAP reconciliation

# Kohl's announced record 2021 EPS

## Strong momentum driving top-line growth

- Strength in our Active business, which grew more than 40% in 2021
- Sephora driving new traffic with mid-single digits % lift to store sales where Sephora launched

## Fundamentally restructured business to enhance profitability

- All-time record adjusted diluted EPS[1] of $7.33 in 2021 (31% higher than 2018)
- Operating margin of 8.6% in 2021 (exceeding target of 7-8% two years ahead of plan)
- Achieved 10-year high in inventory turns

## Strong financial health enabling investment in the business

- Delivered operating cash flow of $2.3B in 2021
- $1.6B in cash and cash equivalents on balance sheet at year end
- Maintained Investment Grade rating for more than two decades

## Returning significant capital to shareholders

- Returned $1.5B of capital to shareholders in 2021
- Board approved 100% increase in dividend following return to normalized operating environment, which equates to an annual dividend of $2.00 per share
- Board approved new $3B share repurchase authorization, with plan to repurchase at least $1B in shares in 2022

### Analyst Commentary

"**We believe management is on the right track given agile strategies** including the **Sephora** partnership, continued focus on the **active** segment, and new **brand rejuvenation**, particularly in women's apparel."

*- Cowen, January 24, 2022*

"It's clear to us that the company has a much stronger and more sophisticated understanding of the importance of using data and AI to better predict inventory and promotions, is leveraging Sephora to broaden the customer base, and is further **building on the omnichannel foundation to drive higher profitability**."

*- Evercore, March 7, 2022*

"Overall, we reiterate our Buy rating on KSS given the company's **margin-enhancing initiatives and differentiated top-line drivers** vs. department store peers. In addition, **buyback activity supported by strong cash flow generation**, should be additive to the company's bottom line (KSS expects to buy back at least $1B in shares this year)."

*- Deutsche Bank, March 7, 2022*

1. 2021 adjusted diluted earnings per share. See Appendix for Non-GAAP reconciliation

14



**Our Strategy**
*Introduced Oct. 2020*

# The most trusted retailer of choice for the Active and Casual lifestyle

| Drive Top Line Growth | | | Expand Operating Margin | Disciplined Capital Management | Strong Organizational Core |
|---|---|---|---|---|---|
| Destination for Active & Casual Lifestyle | Leading with Loyalty & Value | Differentiated Omnichannel Experience | Operating Margin Goal of 7% to 8% | Maintain Strong Balance Sheet | Agile, Accountable & Inclusive Culture |

## Creating Long-term Shareholder Value

 Return to growth    ↑ Expand operating margin

Ⓢ Solid cash flow generation     Maintain strong balance sheet    $ Return capital to shareholders

KOHL'S

# Committed to Creating Value



| Kohl's Financial Framework | | |
|---|---|---|
| SALES GROWTH | OPERATING MARGIN | EPS GROWTH [1] |
| Low-Single Digits % | 7% to 8% | Mid-to-High Single Digits % |



### Capital Allocation Principles

Strong Balance Sheet

Invest in Growth

Significant Capital Returns

1 Mid-to-High single digits EPS growth off of FY22 base

# Multiple initiatives to support sales growth



### Destination for the Active & Casual Lifestyle

- Fuel growth in Active to at least 30% of sales, driven by key national brands (Nike, Under Armour, and Adidas)
- Reignite growth in Women's
  - Lead in Women's casual apparel
  - Lean into adjacent categories (dresses, swim)
  - Amplify inclusivity
- Strong, differentiated brand and category portfolio
  - Scale new, traffic driving brands
  - Deliver through quality private brands
  - Pipeline of newness and discovery



### Grow Sephora to a $2 Billion Business

- Sephora at Kohl's will become a leading beauty destination as we expand to 850 stores by 2023 (600 open by Fall 2022)
- Mid-single digits % sales lift to overall store sales in Sephora at Kohl's locations
- Sephora is driving new, younger and more diverse customers to Kohl's (25% of Sephora customers are new to Kohl's)
- Drive innovation across partnership (cross company BOPUS, impulse merchandising)



### Leading with Loyalty & Value

- Kohl's Cash: Iconic and differentiated loyalty device that provides a fly-wheel effect on customer return visits
- Kohl's Rewards: 30M+ loyalty members spend 2x more than non-loyalty members
- Kohl's Card: Industry-leading private label credit card
  - Enhancing rewards to get 50% more on every purchase (7.5%)
  - Launching co-branded card
- Loyalty platform drives enhanced personalized marketing and efficiencies



### Differentiated Omnichannel Experience

- Planning to open 100+ new smaller format stores in next four years, expanding reach with $500M+ sales opportunity
- Expanding omni capabilities in stores (e.g. self-service BOPUS in all stores in 2022, piloting self-service returns in 100 stores, and testing self-service checkout)
- Enhancing digital experience to drive growth
  - Expanded online assortment
  - Kohl's Media Network

**Driving Sustainable Low-Single-Digits % Sales Growth**

# Multiple initiatives to support sales growth in 2022 and beyond...



KOHL'S

1. Sephora sales goal of $2 billion by 2025 from a base of less than $200 million in 2021.
2. New store sales opportunity of $500 million plus as company opens 100 or more new smaller format stores during 2022-2025
3. Other initiatives include Women's growth as well as digital and loyalty, distinct from sales generated in new stores.
4. Displacement includes pre-Sephora beauty business at Kohl's (800 sq. ft. in-store and online), as well as additional square footage in stores impacted by launch of 2,500 sq. ft. Sephora shops (e.g. fine jewelry, men's dress, and accessories)
5. 2026 referenced to capture the majority of the key sales initiatives as outlined in the company's recent investor day presentation. Chart assumes mid-point of 2022 sales guidance of 2-3%, as well as mid-point of long-term sales guidance of low-single digits % for 2023-2026.

# Grow Sephora to a $2 billion business



- Sephora becomes Kohl's exclusive beauty partner online and in at least 850 stores

- 200 Sephora shops opened in 2021 and opening an additional 400 in 2022 and 250 in 2023

- Innovating and testing to drive engagement including cross-company BOPUS, impulse merchandising, and Men's offering

- Partnership structured to drive joint success with equal share in the operating profit

- Very productive category (sales goal implies store sales per sq. ft $700-$800 and ~20% digital penetration)

- Significant return on investment (capex per store of ~$850k) with expected payback period of less than 3.5 years

**Mid-single digits %**
sales lift to overall store sales where we have launched

**Attracting new, younger customers**
25% of Sephora customers are new to Kohl's

**50% of Sephora baskets**
have an additional category purchased

**Highly accretive to operating margin**

# New store expansion opportunity allows Kohl's to expand reach

**$500M+**
sales opportunity

**Smaller Format**
primarily 35k sq ft

**5 stores**
opening in 2022

Tacoma, WA
Morgantown, WV
Lenox, MA
San Angelo, TX
Bonney Lake, WA

**15%+**
targeted return



**New Store Economics**

- 100+ new small store openings planned in the next four years allowing Kohl's to reach smaller markets
- Testing new experiences, including more localized assortments and Sephora at Kohl's in smaller stores
- Expansion follows successful pilot of 20+ smaller stores
- Avg. fulfilled sales per store of $5M
- Avg. 4-wall cash flow of ~$1.0M per store
- Solid targeted return on investment (capex per store of ~$5M) with expected payback period of 5 years

# Fundamental business model improvements in place, driving a consistent 7% to 8% operating margin



**Gross Margin Drivers**

| Inventory Management | • Drive inventory turn of 4.0x+<br>• Dynamic inventory allocation<br>• Strategic focus on more productive categories |
| Sourcing Cost Savings | • Continue to leverage our centralized sourcing and direct factory negotiations<br>• Developing strategies to further reduce reliance on third party agents |
| Optimizing Price / Promotion Strategies | • Simplified pricing while reducing promoted offers<br>• Greater deployment of targeted and personalized offers |

**Gross Margin 36% to 37%**

**+**

**SG&A Expense Management Initiatives**

| Transform labor across stores and fulfillment centers to mitigate wage inflation | • Scale self-service across chain<br>• Drive productivity across fulfillment centers |
| Build on initial success in improving marketing efficiency | • Goal to lower spend ratio to 4.0% of sales or below<br>• Reduced marketing expenses by more than $130M since 2019 |
| Focused on maintaining technology efficiency | • Reduced technology expenses by more than $100M since 2019<br>• Rebalanced technology staff with more internal labor |

**SG&A Expense Ratio 27% to 28%**

**We are confident in our ability to navigate ongoing margin pressure from cost inflation, higher freight expense, wage investments, and increasing digital penetration**

# Kohl's is well-positioned to deliver continued robust EPS growth



$4.86 — 2019 Actual[1]

$7.33 — 2021 Actual[1]

$7.00 to $7.50 — 2022 Guidance[2]

Mid-to-High Single Digits Growth % — Future[3]

Combination of sales growth and solid margins, coupled with commitment to share repurchases, drives mid-to-high single digits % EPS growth

Source: Company Guidance
(1) Adjusted diluted earnings per share is a non-GAAP financial measure. See appendix for Non-GAAP Reconciliation.
(2) 2022 guidance issued on March 1, 2022.
(3) Mid-to-High single digits % EPS growth off of FY22 base

# Significant cash flow generation allows investment in high ROI growth initiatives...

| Strong Expected Cash Flow ... | ... Which Goes Towards Impactful Organic Investments |
|---|---|

**Operating Cash Flow**

## ~$5.5B+
2022-2024E

**[1] Sephora Opportunity**
- $2B sales opportunity
- Will be in 850+ locations by 2023
- Drives overall traffic and new customer acquisition

**[2] New Store Expansion**
- $500M+ sales opportunity
- 100+ smaller format stores in next four years
- Injecting localization and new initiatives to broaden reach

**Free Cash Flow**

## ~$2.5B
2022-2024E

**[3] Technology**
- Kohl's Media Network
- Store automation
- Localization
- Personalization

**[4] Enhancing Supply Chain**
- Distribution network optimization
- Strategic sourcing opportunities
- Improved inventory management

**We have developed a powerful data analytics engine which will enable us to invest our substantial cash flow in the highest-growth opportunities**

# ...And commitment to returning capital to shareholders



**$2.3B+ of Expected Share Repurchases in 2021 and 2022**

**Doubled the Annual Dividend in 2022**



($ in mm)

$1.35B

$1.0B+



($ per share)

$2.00

$1.00

- Repurchased **$12.8B** in shares since 2007, reducing share count by nearly 60%
- Announced $3B share repurchase authorization in 2022
- **Plan to repurchase at least $1B shares in fiscal 2022,** with $500M expected to be repurchased in Q2 2022

- Distributed $3.3B in dividends since 2011
- Announced 100% increase in dividend per share in 2022
- Remain committed to **growing our dividend over time**

**We returned over $1.5 billion to shareholders last year, more than all of our direct peers combined[1]**

# Our strong, thoughtfully refreshed Board has positioned Kohl's to drive shareholder value

# The right Board to drive Kohl's strategy and shareholder value

## Deep Retail Experience and Strong Qualifications

| | |
|---|---|
| Retail or Consumer-Facing Industry Experience | **13/13** directors |
| Technology, E-Commerce or Digital Experience | **10/13** directors |
| Mergers and Acquisitions Experience | **10/13** directors |
| Public Company Board Experience (other than Kohl's) | **11/13** directors |

### 46% Women

- Women
- Men

7 | 6

### 23% Racially Diverse

- Racially Diverse
- Other

3 | 10

### Balanced Tenure Mix

- 0-5 years
- 6-10 years
- 11+ years

3 | 2 | 8

## Proactive and thoughtful Board refreshment

- 6 new directors (46% of Board) added in last 3 years
  - All 6 directors have deep retail or consumer-facing industry experience
  - 4 directors additive to the Board's racial and/or gender diversity
  - 3 directors added as part of settlement agreement with Disbanded Investor Group in April 2021

## Enhanced Board and committee structure to align with Kohl's evolving strategy

- Peter Boneparth to become Chair at 2022 Annual Meeting
- Created strong Finance Committee to oversee capital allocation decisions
- Expanded scope of Nominating & ESG Committee to capture ESG risks and opportunities

## Firm commitment to maximizing shareholder value

- Strong Board oversight of management's strategy development and execution
  - Board's deep industry expertise is crucial to guiding success on strategic initiatives
- Finance Committee tasked to lead ongoing review of expressions of interest
  - Committee entirely composed of independent directors, most with extensive M&A expertise, dedicated to running a thorough, impartial process
  - At the direction of the Board and Finance Committee, financial advisors made outbound calls to various financial sponsors, strategic buyers, and real-estate focused investors, engaging with over 25 parties
  - Committed to maximizing the long-term value of the Company and will continue to pursue all reasonable opportunities to drive value, consistent with its fiduciary obligations

# Refreshed Board expertise and capability to align with Kohl's growth strategy

**Our strategy is driving sustainable and profitable growth to create strong returns for shareholders**



**BUSINESS EVOLUTION**

**MAY 2018**
**Michelle Gass**
Assumed CEO role and joined Board

**JUL. 2019**
**Amazon Partnership**
Innovative customer returns program

**OCT. 2020**
**New Strategy**
Focus on driving top-line growth and expanding operating margin to 7% to 8%

**DEC. 2020**
**Sephora Partnership**
Transforming Kohl's into a leading beauty destination with 850 Sephora at Kohl's shops by Spring 2023

**FALL 2021**
**New Brand Assortment**
New key brand partnerships including Calvin Klein, Eddie Bauer and Tommy Hilfiger, and the launch of private label brand FLX

TOMMY HILFIGER    FLX
Calvin Klein    Eddie Bauer

**MARCH 2022**
**Investor Day**
Presented renewed strategy and financial targets, continued Sephora roll-out, and capital allocation plans

2018 ——————————————————————————————————— 2022

**BOARD EVOLUTION**

| JUL. 2019 | FEB. 2020 | FEB. 2021 | MAY 2021 | | |
|---|---|---|---|---|---|

**Michael Bender**
President and CEO, Eyemart Express
Notable Experience:
• E-Commerce
• M&A
• Retail:
Walmart
EYEMART EXPRESS   VICTORIA'S SECRET

**Yael Cosset**
Senior VP and CIO, Kroger
Notable Experience:
• Tech, E-Comm & Digital
• M&A
• Retail:
Kroger

**Robbin Mitchell**
Senior Advisor, Boston Consulting Group
Notable Experience:
• Brand Management
• Operations Management
• Retail:
RALPH LAUREN
TOMMY HILFIGER
CLUB MONACO

**Christine Day**
CEO, The House of LR&C
Notable Experience:
• Former public company CEO
• Operations
• Retail:
lululemon   LUVO

**Margaret Jenkins**
Former SVP, Chief Marketing Officer, Denny's
Notable Experience:
• Marketing
• M&A
• Consumer Goods:
Denny's   TACO BELL

**Thomas Kingsbury**
Former President & CEO, Burlington Stores
Notable Experience:
• Former public company CEO
• E-Commerce
• Retail:
Burlington
KOHL'S   may

**Proactive refreshment to ensure the Board has the right skills and perspectives, with a focus on experience in retail and consumer industries and e-commerce and digital capabilities**

# Kohl's has a strong and diverse Board of Directors

| Incoming Chair; Nominating & ESG Committee Chair since 2017 | CEO and Director since 2018 | Incoming Chair of the Nominating & ESG Committee | Compensation Committee Chair since 2019 | Finance Committee Chair since 2021 | Audit Committee Chair since 2017 |
|---|---|---|---|---|---|
| **Peter Boneparth** *Former Senior Advisor, The Blackstone Group* | **Michelle Gass** *CEO, Kohl's* | **Michael Bender** *President and CEO, Eyemart Express* | **Jonas Prising** *Chair and CEO, ManpowerGroup* | **John Schlifske** *Chair and CEO, Northwestern Mutual* | **Stephanie Streeter** *Former CEO, Libbey* |
|  |  |  |  |  |  |
| • 30+ years experience leading deals of $25B+ in total transaction value<br>• 5 years as CEO of Jones Apparel Group | • 30+ years experience in retail and consumer goods<br>• 16+ years leadership at Starbucks across marketing, merchandising, strategy, and operations | • 16+ years in senior executive roles<br>• 4 years as CEO of Eyemart Express<br>• Led integration of Jet.com at Walmart | • 8 years as CEO of ManpowerGroup<br>• 10+ years international retail and product development experience | • 12 years as CEO of Northwestern Mutual<br>• 40+ M&A transactions completed under his leadership | • 11 total years as a CEO at Libbey and Banta<br>• Led sale of Banta as Chair and CEO, and acquisition of Cooper as Finance Chair of Goodyear |

| | | | | | |
|---|---|---|---|---|---|
| **Yael Cosset** *Senior VP and CIO, Kroger* | **Christine Day** *CEO, The House of LR&C* | **H. Charles Floyd** *Global President of Operations, Hyatt* | **Margaret Jenkins** *Former Senior VP, Chief Marketing Officer, Denny's* | **Thomas Kingsbury** *Former President and CEO, Burlington Stores* | **Robbin Mitchell** *Senior Advisor, The Boston Consulting Group* | **Adrianne Shapira** *Managing Director, Eurazeo Brands* |
|  |  |  |  |  |  |  |
| • 5 years in senior executive roles at Kroger<br>• Named one of "10 people transforming retail" for innovative use of data | • Co-founded The House of LR&C<br>• 6 years as CEO of lululemon<br>• 20+ years in leadership roles at Starbucks | • 15+ years in senior executive positions at Hyatt<br>• Key leader in creation of 7 Hyatt brands and several acquisitions | • 30+ years experience in consumer goods<br>• 8+ years on board of PVH, including oversight of two key acquisitions | • 40+ years of retail experience<br>• 11 years as CEO of Burlington Stores<br>• Former Senior Executive VP at Kohl's | • 20+ years experience in apparel industry<br>• Served in senior executive roles at 3 apparel companies | • 20+ years executive experience in retail investing and operations<br>• 13 years as an analyst in retail sector |

# Deep, relevant experience and complementary skill sets strengthen our Board



**100%**

Directors with deep retail or consumer-facing industry experience

**Experience Highlights**

Walmart · lululemon · Burlington · Jones Apparel Group · Pepsico · Hyatt · Starbucks · Kroger · Tommy Hilfiger · Ralph Lauren



**77%**

Directors with technology, e-commerce or digital experience

**Experience Highlights**

**SVP and CIO at Kroger**

Leads Technology function and digital strategy

**Former COO of Global e-Commerce at Walmart**

Bridged the gap between digital and physical capabilities



**77%**

Directors with experience leading and executing strategic M&A

**Experience Highlights**

Jet — Walmart's $3B acquisition of Jet.com

Tommy Hilfiger / Warnaco — PVH's acquisition of Tommy Hilfiger ($3B) and Warnaco ($2.9B)

Russell Investments — Northwestern Mutual's $2.7B sale of Russell Investments

Cooper Tires — Goodyear's $3.2B acquisition of Cooper

**Billions of Dollars in Transaction Value Advised on**

BCG · Blackstone · eurazeo · Irving Place Capital

# Deep, relevant experience and complementary skill sets strengthen our Board (cont'd)

| Skill or Expertise | Bender | Boneparth | Cosset | Day | Floyd | Gass | Jenkins | Kingsbury | Mitchell | Prising | Schlifske | Shapira | Streeter |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current or Former Public Company CEO | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | | ✓ |
| Senior Leadership Experience | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Public Company Board Experience (other than Kohl's) | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ |
| Board Diversity (Gender or Racial/Ethnic Diversity) | ✓ | | | ✓ | | ✓ | ✓ | | ✓ | | | ✓ | ✓ |
| Retail or Consumer-Facing Industries | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Finance, Accounting or Financial Reporting Experience | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ |
| Technology, E-Commerce or Digital Experience | ✓ | | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Mergers and Acquisitions Experience | ✓ | ✓ | ✓ | | ✓ | | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ |
| Marketing, Public Relations or Brand Management Experience | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| Operations Management Experience | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Human Capital, Culture or Compensation Experience | ✓ | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | | ✓ |

# Our board is committed to exploring all avenues to maximize shareholder value

| | | |
|---|---|---|
| **Deliberate Process for Interested Parties** | ✓ | • Retained Goldman Sachs to lead engagement with interested parties, including making outbound calls<br>• Engaged with over 25 financial and strategic bidders<br>• Coordinating with select bidders who have submitted indications of interest to facilitate further due diligence |
| **Exploration of Alternatives to Drive Shareholder Value** | ✓ | • Utilized sale-leaseback transactions in the past when an efficient use of capital (most recently in May 2020)<br>• Reviewed feasibility and impact of a potential e-commerce separation in 2021 |
| **Significant and Continued Capital Return to Shareholders** | ✓ | • Repurchased $1.35B of shares in 2021; authorized $3B share repurchase program in February 2022, with plans to repurchase $1B+ in 2022<br>• In February 2022, approved 100% increase of annual dividend to $2.00/share |
| **Deeply Engaged in Conversations with All Shareholders** | ✓ | • Fostered constructive dialogue through meetings with many of our shareholders, including Macellum |

III.

# Our board is running a robust process to explore all strategic alternatives to maximize value

# Our M&A process is being overseen by an independent committee of highly experienced directors



**John Schlifske**
*Chair and CEO, Northwestern Mutual*

- **40+ M&A transactions completed under his leadership at Northwestern Mutual** including Northwestern Mutual's sale of Russell Investments and divestiture of Robert W. Baird



**Peter Boneparth**
*Former Senior Advisor, The Blackstone Group*

- **Extensive deal expertise from 30+ years** in law, investment banking and private equity
- **Has advised on $25B+ in transaction value** over his career



**Thomas Kingsbury**
*Former President and CEO, Burlington Stores*

- **40+ years senior retail leadership experience**
- Served as CEO of Burlington Stores for 11 years, driving a successful turnaround and growing it into a Fortune 500 company



**Adrianne Shapira**
*Managing Director, Eurazeo Brands*

- 20+ years executive experience in retail investing and operations
- **Leads Eurazeo Brands' North America effort investing in consumer brands**

## Key Focus Areas

- Oversee Kohl's financial condition, existing debt and financing activities, and capital allocation decisions
- Review expressions of interest from third parties

## Recent Developments

- Established as part of the 2021 Settlement Agreement with the Disbanded Investor Group
- Beginning in early 2022, designated to lead review of expressions of interest and instructed financial advisors to engage interested parties
- Advisors made outbound calls to various financial sponsors, strategic buyers, and real-estate focused investors, engaging with over 25 parties
- Board recently increased dividend 100% and authorized a new $3B share repurchase program, including plans to repurchase at least $1B in 2022

# Our Board is conducting a thorough, disciplined process to explore strategic alternatives

| JANUARY / FEBRUARY | JANUARY / FEBRUARY | FEBRUARY / MARCH | CURRENT |
|---|---|---|---|
| **First unsolicited bids received on January 19** | **Authorized Goldman Sachs to run broad process with no restrictions** | **Commencement of broad outreach** | **Continuing to engage with select bidders** |
| • Reviewed unsolicited bids relative to internal plan and external valuation metrics<br>• Board determined that initial expressions of interest did not adequately reflect the Company's value in light of its future growth and cash flow generation | • Board designated Finance Committee, entirely composed of independent directors, to oversee process<br>• Chose to make public announcement of process to ensure all interested parties can be involved<br>• Implemented shareholder rights plan in order to ensure that the Board could conduct a fair and orderly process, particularly since one bidder had publicly acquired a significant stake and had filed for HSR approval to materially increase its stake | • Between outreach and inbounds, Goldman Sachs has engaged with over 25 parties, including strategics, financial buyers, and real estate oriented firms<br>• Signed confidentiality agreements with interested parties<br>• Shared diligence information / opened data room<br>• Provided access to management<br>• Requested preliminary non-binding indications of interest | • **Received non-binding proposals** (without financing commitments)<br>• **Goldman Sachs authorized to engage with select bidders to refine and improve proposals**<br>• **Working towards request for proposals with committed financing and binding documentation** |

**Kohl's has been engaging with potential bidders since the first receipt of unsolicited offers in January**

KOHL'S

# Despite opportunistic initial bids, our Board has put in place a thorough process aimed at value maximization

**Process Developments**



On the heels of public speculation, Kohl's engaged a broad set of parties both through proactive outreach and inbounds given a public press release

**25+ parties**

Qualified interested parties invited to execute a confidentiality agreement and gain access to further information and Kohl's management team

Interested parties, both through proactive outreach and inbounds given the public press release, submitted preliminary indications of interest without committed financing

More detailed diligence to support binding bids with committed financing

Through this process, our Board is seeking to understand whether there exists an actionable transaction at a compelling value and terms — we are open minded, but disciplined in driving value for our shareholders

# Our Board, with assistance from Goldman Sachs, is conducting a typical process for sale of a public company

- Board is providing greater than typical public disclosure and transparency

- Timetable for transactions of this size and complexity with a particular focus on need for fully committed financing is typically 4 to 6 months

- Board is focused on managing the process to drive the most value for shareholders while also ensuring the ability to close a deal and the timetable will not be influenced to chase an artificial timeline or an inadequate proposal or an unfinanced proposal

- Board instructed Goldman Sachs to make outgoing phone calls to likely buyers capable of completing a transaction of this size and there were no limitations placed on outbound engagement with third parties other than expected interest combined with a likelihood of being able to complete a transaction of this size

- All qualified and interested parties executed a confidentiality agreement, had access to preliminary information including forecasts, store level data, and access to management for Q&A, and were instructed to prepare preliminary non-binding bids on that basis

- We have received preliminary indications from multiple bidders over the last several weeks

- Our second round is underway. We have invited participants into a data room, which currently has over 55,000 documents

- In addition, "expert sessions" with legal, HR, operations, finance, and general management are underway

- The parties involved have engaged external financial advisors, law firms, accounting firms, and consultants

- Contracts are being distributed and final bids will require a detailed markup identifying the exact terms that a buyer will be willing to execute

- Bids will need to be accompanied with committed financing on binding terms consistent with typical requirements for the sale of a public company

- The process has been public and transparent

- The process has not been artificially restricted and remains active and competitive

# Our Board is conducting a thorough, disciplined process to explore strategic alternatives



**>15**
Goldman Sachs / Kohl's Management meetings with prospective bidders

**>550,000**
pages of documents uploaded to data room

**30**
parties working with bidders admitted to data room

**>55,000**
documents uploaded to the data room

# Unsolicited bids emerged in a challenging environment for Retail valuations...



### Kohl's NTM P/E

11.8x

(25%)

8.8x

3-Year Pre-COVID Average | Multiple from Initial Indication[1]

Implied earnings multiple at initial offers was 25% lower than "normalized multiples"...

### Select Precedent Transactions
(EV / LTM EBITDA Multiples)

5.9x | 5.8x | 6.0x | 4.6x | 6.4x | 5.0x | 6.1x

Average LTM EV / EBITDA: 5.7x

4.5x Implied LTM EV/ EBITDA multiple at illustrative offer price of $65 per share

Target / Acquirer | Michaels / Apollo | At Home / Hellman & Friedman | Sportsman's / Great Outdoors[2] | Barnes & Noble / Elliott Mgmt.[2] | Nordstrom / Leonard Green[3] | Staples / Sycamore Partners | Belk / Sycamore

And initial offers were priced at a meaningful discount to precedent Retail transaction values

Source: Capital IQ. NTM analyst consensus estimates. Company filings, press releases, and other public disclosures.
1. Initial indication of $64/share received on 24-Jan-2022.
2. Transaction terminated.
3. Transaction rumored.

# Reversion to normalized trading multiples would imply meaningful upside to Kohl's current share price



**3-Year Pre-COVID Average Multiples[1]**

**Implied Kohl's Share Price At Historical Multiples[2,4]**

- Kohl's EV/NTM EBITDA[2] — 5.4x → $75
- Kohl's EV/LTM EBITDA[3] — 5.3x
- Direct Peers Median EV/NTM EBITDA[5] — 5.4x

Source: CapitalIQ & IBES Estimates
1 Assumes pre-COVID prior to 19-Feb-2020. 2 Based on median analyst consensus NTM EBITDA of $2.3bn as of 11-Apr-2022. 3 Based on LTM EBITDA of $2.5bn. 4 Assumes 131mm basic shares outstanding and $2.6bn net debt as of Q4'21. 5 Direct Peers comprised of Macy's, Nordstrom and Dillard's.

# We are committing necessary time and care to constructively evaluate alternatives in a complex environment

- Kohl's received opportunistic bids in January—a low valuation point for retail

- These initial indications of $64-65/share reflected not only a substantive discount to the intrinsic value of the business, but also a steep discount to normalized trading multiples

- Our Board took action to explore whether and how these indications could be improved, and has since engaged in a fulsome, transparent process while also mindfully approaching what is currently a complex deal environment

  - Avenues for financing are increasingly uncertain for bidders, as financing costs have increased 120-340bps year-to-date

  - With this in mind, the Board and management are working with bidders to line up committed financing

- Bids with committed financing will be measured against the risk-adjusted value of Kohl's standalone plan—a plan that present counterparties have commended for its value potential

  - Our long-term algorithm is attractive and management continues to execute on that plan in the meantime

- The Board is also considerate of downside risk and protection for shareholders if bids are found to be less attractive to the standalone plan based on value and/or certainty

  - An analysis of the hypothetical undisturbed share price (HUSP) of Kohl's shows a share price value in the range of $56 today

- We continue to proceed with an open mind and a firm backbone focused on fairly measuring the highest-value bids against the risk-adjusted value of our current plan

- The Board remains committed to choosing the path that best represents the maximum value for shareholders

# The Board is committed to maximizing outcomes of the current process

**Absent a sale, Kohl's represents long-term compelling value**

### 5-Year Discounted Cash Flow Analysis: Implied Price per Share[1]

| | | Illustrative Annual Revenue Growth 2023–2026 | | |
|---|---|---|---|---|
| | | 1.0% | 2.0% | 3.0% |
| Illustr. Annual EBIT Margin % (2023–2026) | 7.0% | $72 | $75 | $79 |
| | 7.5% | $76 | $80 | $84 |
| | 8.0% | $81 | $84 | $88 |

**Our Board is focused on properly managing potential downside risk for shareholders**

### Kohl's Trading Performance



$57.24

$56.08

Kohl's share price if it traded in line with direct peers since January[2]

21-Jan-22　　02-Mar-22　　11-Apr-22

— KSS Unadjusted Share Price　　— KSS Hypothetical Undisturbed Share Price[2]

Source: Company Guidance, Wall Street Research
Note: Data as of 11-Apr-2022. 1 Assumes 8.5% weighted average cost of capital and 5.4x Exit EV / EBITDA multiple; assumes Street Consensus for 2022; assumes $2.5bn in capital expenditures from 2022 – 2024 ($800m annual capital expenditure thereafter); assumes illustrative D&A of ~4.6% of revenue for 2023 – 2026 (consistent with "Pre-COVID" (2019)); assumes change in working capital for 2023 - 2026 estimated as 0.6% of revenue (consistent with "Pre-COVID" (2019)). 2 Calculated as Kohl's stock price prior to announcement of Acacia's initial bid ($46.84) multiplied by the median of the performance of direct peers (M/JWN/DDS) over time.

# Macellum has presented an empty agenda and a slate of unqualified nominees who lack experience

# Macellum is not fit to oversee Kohl's Board and strategy

⊗ Macellum is a **short-term investor fixated on profit-taking** versus sustainable long-term value creation

⊗ Macellum has repeatedly made **inconsistent and contradictory claims** regarding Kohl's

⊗ Previous director nominees (including Jonathan Duskin) have **significant track record of destroying value** at retail companies

⊗ **Six of ten** Macellum director nominees have **never served on a public board**

⊗ Director nominees are **underqualified with limited experience** in retail, and several are connected to **corporate issues and bankruptcies**

# Macellum's focus on short-term value is further evidenced by the firm's sale of Kohl's stock in the low $60s over the last several months and its "day trading" activity in Kohl's call options



**Macellum 2022 Accumulative Call Option Activity**
(Underlying Common Shares in Millions)[1]

Trading activity as disclosed in Macellum proxy filing

**Macellum Buying**    **Macellum Selling**

Duskin tells Kohl's Director he is aware of a pending takeover bid from Sycamore. Macellum starts buying options on that day

Macellum releases letter claiming Kohl's could be worth "$100 per share"

Kohl's publicly acknowledges receipt of unsolicited expressions of interest

Kohl's Closing Stock Price

| | Jan-12 | Jan-13 | Jan-14 | Jan-21 | Jan-24 | Jan-25 | Jan-26 | Jan-27 | Jan-28 |
|---|---|---|---|---|---|---|---|---|---|
| Call option activity | 0.6 | 1.1 | 1.7 | 2.6 | 1.9 | 1.3 | 1.1 | 1.1 | 1.0 |
| Closing price | $47.98 | $48.71 | $47.77 | $46.84 | $63.71 | $62.27 | $60.26 | $59.77 | $60.16 |

KOHL'S    Source: SEC Filings (Macellum Proxy), Capital IQ, Bloomberg. Note: 1 Represents shares of Common Stock underlying European-style call options with 15-Jul-2022 expiration date and $40.00 strike price purchased/sold in the over-the-counter market.    44

# Macellum's criticisms of Kohl's are misleading, uninformed and contradictory ...

## Contradictory Statements

| | |
|---|---|
| Macellum criticized Kohl's Board for rejecting a $64 bid... | ... while publicly stating the Company is worth "at least $100 per share" [1] |
| Macellum claimed Kohl's shareholder rights plan was "structured to chill a sale process"...[2] | ... while at the same time acknowledging it is "still a stop, look and listen mechanism" [4] |
| Macellum has advocated for Kohl's to spin-off e-commerce ...[1] | ... after publicly praising Kohl's omnichannel strategy in the summer of 2021 [5] |
| Macellum inaccurately speculates that Kohl's asked Senator Baldwin to publicly comment on situation ... | ... while Senator Baldwin publicly confirmed she had no contact with Kohl's prior to sending the letter to the Kohl's Board |

| Macellum's Inaccurate Narrative | Reality |
|---|---|
| Macellum claims 2021 was a "lost year" for Kohl's [1] | Kohl's reported all-time record earnings per share for 2021 and made significant progress against strategic initiatives |
| Macellum claims that Kohl's "hastily rejected" recent indications of interest [2] | At the direction of the Kohl's Board, financial advisors are engaging with the parties who submitted expressions of interest |
| Macellum claims that Kohl's Board is not evaluating alternative opportunities to create value, with no knowledge of the process [1] | At the direction of the Kohl's Board, financial advisors engaged with over 25 parties, including those who submitted expressions of interest |
| Macellum claimed to be "engaging in good faith" with Kohl's Board [1] | Macellum refused to enter a confidentiality agreement to hear detail about and provide input on the Kohl's strategic initiatives and capital allocation plans |
| Macellum accused the Board of moving the record date "in an apparent attempt to protect itself" [2] | The 2022 annual meeting date has been within one week of the Company's record date for more than a decade other than in 2021 |
| Macellum claimed the Kohl's Board does not have "a lot of retail experts" [3] | All thirteen directors have significant retail or consumer facing experience with six members of the Board being current or former retail CEOs |

(1) Macellum Letter to Shareholders January 18, 2022.
(2) Macellum Letter to Shareholders February 24, 2022.
(3) Yahoo Finance: Retail Roundup January 18, 2022.
(4) Yahoo Finance: Retail Roundup February 7, 2022.
(5) Yahoo Finance: Activist investor who shook up Bed Bath & Beyond and Kohl's says this is the next big retail opportunity June 23, 2021.

# ... while Macellum's claims that 2021 was a "lost year" don't match reality

"**Continue to see competitive advantages for KSS within the department store group through its value-oriented, full-family offering in a convenient off-mall footprint** with expanded brand and category offerings...digital continued to be an important driver of growth, though stores remained integral in supporting demand. In fact, in 4Q21, over 40% of digital sales were fulfilled by stores, with digital sales increasing 21% ."

*- Telsey Advisory Group, March 2, 2022*

"We think management is taking a prudent approach given a number of headwinds, which include: 1) cost inflation; 2) elevated freight expenses; 3) wage investments; and 4)increasing digital penetration. Overall, we reiterate our Buy rating on KSS **given the company's margin-enhancing initiatives and differentiated top-line drivers vs. department store peers.**"

*- Deutsche Bank, March 7, 2022*

"**We look favorably upon the Sephora rollout,** and continue to see strong new customer acquisition in Sephora stores who are younger and more diverse. We believe that **Sephora shops will be a key driver of growth** throughout 2022 with the opening of another 400 new shops in April – August, for a total of 600. We also **remain impressed by the company's capital allocation program.**"

*- Guggenheim, March 2, 2022*

"Today's update **showcased a team on offense, with a well-rounded growth plan.**"

*- Baird, March 7, 2022*

"Kohl's (KSS) is **differentiating its product offering** to gain share, enhancing productivity to drive margins, and **has historically shown a more disciplined financial policy, stable credit metrics and IG commitment relative to department store peers.**"

*- Bank of America, March 3, 2022*

"Building destination status is key to courting the next-gen consumer; omni-channel, mobile app, and loyalty are competitive table stakes at this point. **Sephora is a proxy for what could be several other scaled partnerships, leveraging KSS real estate**. Stores with Sephora saw a +MSD% sales lift (vs. base store cohort) with new customers accounting for 25% and half attaching items (women's, accessories, and active most common."

*- Jefferies, March 2, 2022*

# Macellum's proposed initiatives were already underway or are not in the best interests of shareholders over the long-term

| | Initiatives Board Could Consider | | Kohl's Actions |
|---|---|---|---|
| ✅ | Prioritize top line growth and market share gains | → | • Committed to driving top line growth with key initiatives including Sephora, Active, Women's, digital, loyalty, and new store expansion |
| ✅ | Significantly larger repurchases of up to an additional $2 billion | → | • Repurchased $1.35 billion in 2021 and in 2022 the Board authorized a $3 billion share repurchase program, with at least $1.0 billion planned in 2022 |
| ✅ | Bring investors on journey by committing to top line growth, margin outlook and communicate capital allocation strategy | → | • Kohl's Investor Day 2022 presentation included a long-term financial framework, which included our commitment to low-single digits % sales growth, delivering a 7% to 8% operating margin, and a 3-year capital allocation roadmap |
| ❌ | Liability management exercise and indenture amendments and execution of a sale-leaseback transaction | → | • As an investment grade rated company, sale-leaseback transactions are typically an inefficient means to accessing capital and would add unnecessary operating risk and likely impact our IG rated status<br>• Utilized sale-leaseback transitions in the past when it was a clear efficient cost of capital (May 2020) |
| ✅ | Share specific metrics for Sephora | → | • We have continued to disclose key metrics related to our Sephora partnership, starting with the economic terms of the deal when announced in December 2020, and subsequently performance and capital investment metrics |
| ❌ | Splitting out e-commerce too powerful to ignore | → | • Kohl's undertook a review of the kohls.com e-commerce and Kohl's brick-and-mortar operations to consider the best path forward to enhance long-term value for shareholders, concluding that the operational efficiencies and broader customer benefit of our omnichannel experience deliver greater value to shareholders than a separation of the e-commerce and physical store assets. |

# Macellum's Empty Agenda: Superficial and Weak Operating Ideas

Macellum's proposed 'operating strategy' is hollow and features basic initiatives which retailers, including Kohl's, routinely practice. In addition, this is the same superficial approach it used with Bed, Bath & Beyond in 2019.

Shareholders deserve better than Macellum's copy and paste strategy.



# Sale leaseback remains an inefficient means of financing



| | |
|---|---|
| **1** | Kohl's continues to return capital to shareholders |
| **2** | No immediate need for capital |
| **3** | Remains an inefficient source of financing |

**Illustrative Cost of Financing**

- Kohl's Current Cost of Debt[1]: 4.9%
- "Advertised" Cap Rate: 7.0%
- Rent Escalation[2]: 1.1%
- Taxation & Debt Friction Costs: 2.5%
- Illustrative Adj. After-Tax Cap Rate: 10.6%

Adding high-cost capital with increasing rents does not make sense for an investment grade entity; at over 10% cost of funds, it is attractive financing only in scenarios where marginal capital is measured against a very high cost such as reducing the size of an equity check in a leveraged buyout

KOHL'S
Source: Company filings and projections
(1) Based on current capital structure. (2) Assumes 2% annual escalation, $5bn sale leaseback transaction, and 15-year lease duration.

# Macellum has a track record of value destruction in retail

| The addition of Duskin's nominees to precedent retail company targets has resulted in poor outcomes for shareholders | Several companies where Duskin's nominees are on the Board have been subject to further activist attacks or filed for bankruptcy |
| --- | --- |

| Macellum Directors Elected | Relative TSR | | Subsequent Events |
| --- | --- | --- | --- |
| | vs S&P Retail | vs S&P Retail | |
| 3 at **BIG LOTS!** | **Over Tenure** (Apr. 2020[1] – Current) (46%)[2] | **LTM** (30%)[2] | **BIG LOTS!** In Mar. 2022, activist **Mill Road Capital** disclosed a 5.1% stake and wrote a letter claiming "there is **significant disconnect** between the company's current public market valuation and the price a well-capitalized buyer could pay to **take the company private**" |
| 4 at **BED BATH & BEYOND** | (May 2019 – Current) (57%)[2] | (36%)[2] | |
| 3 at **CITI TRENDS** | (May 2017[3] – Current) (12%) | (49%) | **BED BATH & BEYOND** In Mar. 2022, activist **RC Ventures** disclosed a 9.8% stake and wrote a letter demanding that Bed Bath & Beyond "**explore strategic alternatives** that include separating Buy Buy Baby" or "**evaluate a full sale** to a well-capitalized acquirer" |
| 4 at **Christopher & Banks** | (June 2016 – Apr. 2019[4]) (95%) | N/A[4] | **Christopher & Banks** In Apr. 2019, Christopher & Banks was delisted from NYSE after its **market cap fell below the minimum** required for listing In Jan. 2021, the Company filed for Chapter 11 **bankruptcy** |
| 2 at **THE CHILDREN'S PLACE** | (May 2015 – Current) (72%) | (13%) | |

Note: Current defined as (Apr. 11, 2022). [1] 2 directors joined in Apr. 2020, 1 director joined in Jun. 2020; 2 of the 3 directors have left the Board. [2] Represents undisturbed TSR prior to activists publishing letters that pushed for the sale of each company; date of letter to BIG (Mar. 15, 2022) and date of letter to BBBY (Mar. 7, 2022). [3] 1 director joined in May 2017, 1 director joined in Jun. 2019, and 1 director joined Sep. 2019. [4] Christopher & Banks was delisted from the NYSE in Apr. 2019 after falling below the NYSE's minimum market capitalization standard for listing.

# Macellum's nominees are underqualified to oversee Kohl's

- The Macellum slate **lacks key skills and expertise critical to overseeing both execution of our strategy and the strategic process** with the best interests of all investors in mind

- Jonathan Duskin currently serves on the Board of Citi Trends and is **running two simultaneous proxy contexts in 2022**, nominating himself as a director candidate to both Kohl's and SpartanNash

| Skill or Expertise | Full Kohl's Board (13 Directors) | 10 Activist Nominees |
|---|---|---|
| Current or Former Public Company CEO | 6 | 0 |
| Public Company Board Experience (other than Kohl's) | 11 | 4 |
| Retail or Consumer-Facing Industries | 13 | 6 |
| Finance, Accounting or Financial Reporting Experience | 11 | 5 |
| Mergers and Acquisition Experience | 10 | 3 |
| Technology, E-Commerce or Digital Experience | 10 | 1 |
| Marketing, Public Relations or Brand Management Experience | 12 | 4 |
| Operations Management Experience | 11 | 6 |

### Summary of Macellum nominee skillsets

- **None** have public company CEO experience
- **None** have served on the board of a company of comparable size
- **Only six** have retail industry experience
- **Only one** has technology experience
- **Only three** have M&A experience

### Macellum nominees have overseen significant value destruction and are connected with serious corporate issues

- Audit Committee member of a SPAC that acquired a fraudulent company with negligible revenue
- One nominee served as a director at five companies that declared bankruptcy either during or shortly after their tenure
- Senior executives at 2 companies that filed for bankruptcy shortly after their departures

# Appendix

# World-class board brings valuable experience

## Michelle Gass
Chief Executive Officer of Kohl's | Age: 53



**DIRECTOR SINCE:** 2018

**COMMITTEES:**
- None

### Select Key Skills and Qualifications
- **RETAIL EXPERTISE:** 30+ years in retail and consumer goods; widely recognized for her innovative industry leadership, including by the National Retail Federation
- **E-COMMERCE:** Drives Kohl's digital growth by embracing e-commerce opportunities to meet evolving customer preferences
- **MARKETING AND BRAND MANAGEMENT:** Leads innovative partnerships with Amazon and Sephora, and previously led Kohl's merchandising, marketing, public relations and brand management; at Starbucks, popularized the Frappuccino, growing it into a $2B brand, and launched the loyalty program
- **OPERATIONS MANAGEMENT:** Invaluable knowledge of Kohl's operations and strategic opportunities; as President of Starbucks EMEA, oversaw more than 1,800 stores across 30 countries
- **HUMAN CAPITAL AND CULTURE:** Leads our workforce of more than 100,000 associates and evolved Kohl's culture by embedding it in our strategic framework

### Career Highlights:
- **Kohl's:** CEO since 2018; CEO-elect from 2017 to 2018; Chief Merchandising and Customer Officer from 2015 to 2018; Chief Customer Officer from 2013 to 2015
- **Starbucks:** Various leadership roles across marketing, global strategy, and merchandising for more than 16 years, including President, EMEA and Executive Vice President, Marketing and Category
- **Procter and Gamble:** Roles in product development and brand management

### Additional Public Company Boards:
- **Pepsi** (since 2019)
- **Cigna** (2014 to 2017)

## Peter Boneparth
Former Senior Advisor at The Blackstone Group, LLP | Age: 62



**DIRECTOR SINCE:** 2008

Chair of the Board effective following 2022 Annual Meeting

**INDEPENDENT**

**COMMITTEES:**
- Compensation
- Finance
- Nominating & ESG

### Select Key Skills and Qualifications
- **FORMER PUBLIC COMPANY CEO:** President and CEO of Jones Apparel Group for five years
- **RETAIL EXPERTISE:** Led Jones Apparel Group through expansion of apparel offerings and growth via key acquisitions including of Maxwell Shoe Company, Gloria Vanderbilt, and Barneys
- **FINANCE, ACCOUNTING, OR FINANCIAL REPORTING:** Chaired JetBlue's Audit Committee for 10 years, and currently chairs JetBlue's Finance Committee
- **MERGERS AND ACQUISITIONS:** Deal expertise of 30+ years and $25 billion+ in transaction value from career in law, investment banking and private equity
- **MARKETING, PUBLIC RELATIONS, OR BRAND MANAGEMENT:** Oversaw acquisition and development of over a dozen footwear and apparel brands, as well as the marketing and distribution of an extensive portfolio of licensed brands

### Career Highlights:
- **The Blackstone Group:** Former Senior advisor to retail division from 2018 to 2021
- **Irving Place Capital Partners:** Former Senior Advisor from 2009 to 2014
- **Jones Apparel Group:** Former President and CEO from 2002 to 2007

### Additional Public Company Boards:
- **JetBlue** (since 2008; Chair since 2020)

### Recent Recognition:
- **2022 NACD Directorship 100 Honoree**

# World-class board brings valuable experience

## Michale Bender

President & Chief Executive Officer of Eyemart Express  |  Age: 60



**DIRECTOR SINCE:** 2019

**INDEPENDENT**

**COMMITTEES:**
- Nominating & ESG (Chair effective 202 Annual Meeting)

### Select Key Skills and Qualifications

- **RETAIL EXPERTISE:** Senior management roles at prominent retailers including Walmart and Victoria's Secret; current CEO of Eyemart Express
- **MERGERS AND ACQUISITIONS:** Led the successful integration of Jet.com at Walmart, transforming Walmart's omni-channel presence
- **TECHNOLOGY, E-COMMERCE, AND DIGITAL:** Served as COO of Global eCommerce at Walmart, bridging the gap between the digital and physical capabilities of the retail giant
- **OPERATIONS MANAGEMENT:** Expertise in optimizing supply chain operations from 30 years in operational roles, including at Pepsi, L-Brands and Walmart
- **HUMAN CAPITAL AND CULTURE:** As CEO of Eyemart Express, responsible for shaping the company's customer-focused culture

### Career Highlights:

- **Eyemart Express:** President and CEO since 2018;  former President from 2017 to 2018
- **Walmart:** Former COO of Global eCommerce from 2014 to 2017, following other executive management positions over five years
- **Cardinal Health:** Held a number of senior positions over four years
- **L-Brands (Victoria's Secret):** Former Vice President of Store Operations from 1999 to 2002
- **Pepsi:** 15 years in a variety of sales, finance, and operating roles

### Additional Public Company Boards:

- **Ryman Hospitality Properties** (2004 to 2019)

## Yael Cosset

Senior Vice President and Chief Information Officer of The Kroger Co.  |  Age: 48



**DIRECTOR SINCE:** 2020

**INDEPENDENT**

**COMMITTEES:**
- Audit

### Select Key Skills and Qualifications

- **RETAIL EXPERTISE:** Named one of "ten people transforming retail" by Business Insider for expanding Kroger's distribution network and introducing "digital shelving" to increase shopping efficiency
- **MERGERS AND ACQUISITIONS:** Helped steer Kroger's sale of You Technology and dunnhumby's acquisition of KSS Retail
- **TECHNOLOGY, E-COMMERCE, AND DIGITAL:** Leads Kroger's Technology function and digital strategy, using data analytics expertise to drive monetization of media and insights
- **OPERATIONS MANAGEMENT:** Served as CEO of an enterprise software company and as a consultant providing insight and direction on market expansion, product launches, and growth strategies for global companies

### Career Highlights:

- **Kroger:** Senior VP and CIO since 2019, with responsibility for 84.51° subsidiary as of 2020; former Global VP and Chief Digital Officer from 2017 to 2019; former CIO/Chief Commercial Officer of 84.51° from 2015 to 2017
- **dunnhumby:** Global CIO from 2010 to 2015 following various senior management positions
- **MicroStrategy Incorporated:** Various senior management positions from 2000 to 2009

# World-class board brings valuable experience

## Christine Day
Chief Executive Officer, Executive Chair and Co-Founder of The House of LR&C | Age: 59



**DIRECTOR SINCE:** 2021

**INDEPENDENT**

**COMMITTEES:**
- Audit
- Compensation

### Select Key Skills and Qualifications
- **FORMER PUBLIC COMPANY CEO:** Served as the CEO of lululemon from 2008 to 2014
- **RETAIL EXPERTISE:** 30+ years experience in retail and consumer goods, including six years as CEO of lululemon and over 20 years in leadership roles at Starbucks
- **OPERATIONS MANAGEMENT:** At lululemon, oversaw all retail operations in North America and on an international basis as former Executive Vice President – Retail Operations

### Career Highlights:
- **The House of LR&C:** CEO since 2021 and Executive Chair and Co-Founder since 2020
- **Performance Kitchen (LUVO):** Founder and CEO from 2014 to 2020; Director from 2013 to 2021
- **lululemon:** Director and CEO from 2008 to 2014
- **Starbucks Corporation:** President, Asia Pacific Group from 2004 to 2007 following various leadership roles for over 15 years

## H. Charles Floyd
Global President of Operations at Hyatt Hotels Corporation | Age: 62



**DIRECTOR SINCE:** 2017

**INDEPENDENT**

**COMMITTEES:**
- Compensation

### Select Key Skills and Qualifications
- **CONSUMER EXPERTISE:** 40-year career with Hyatt Hotels has provided extensive experience in a dynamic, consumer-driven industry
- **FINANCE, ACCOUNTING, AND FINANCIAL REPORTING:** In his current role, oversees a multi-billion dollar budget and has P&L accountability for several regions
- **MERGERS AND ACQUISITIONS:** As Chairman of Thayer Ventures Acquisition Corp., led merger with luxury travel brand Inspirato and has helped lead the acquisitions and divestitures of many brands during his time at Hyatt
- **MARKETING, PUBLIC RELATIONS, OR BRAND MANAGEMENT:** Was a key leader in the creation of seven of Hyatt's hotel brands
- **OPERATIONS MANAGEMENT:** In his current role, responsible for the successful operation of hotels globally, including ensuring operating efficiency in the roll-out of new innovations and unifying global operations

### Career Highlights:
- **Hyatt:** Global President of Operations since 2014; former Executive VP, Group President—Global Operations Center from 2012 to 2014; former COO—North America from 2006 to 2012; various other senior positions

### Additional Public Company Boards:
- **Thayer Ventures Acquisition** (since 2020)
- **Playa Hotels and Resorts N.V.** (2018 to 2021)

# World-class board brings valuable experience

## Margaret L. Jenkins

Former Senior Vice President, Chief Marketing Officer of Denny's Corporation | Age: 70



**DIRECTOR SINCE:** 2021

**INDEPENDENT**

**COMMITTEES:**
- Audit

### Select Key Skills and Qualifications

- **CONSUMER-FACING EXPERTISE:** Extensive senior management experience in consumer-facing industries, including leadership roles at Denny's and El Pollo Loco
- **FINANCE, ACCOUNTING, OR FINANCIAL REPORTING EXPERIENCE:** Audit Committee expertise developed through service on the Audit Committee at Citi Trends
- **MERGERS AND ACQUISITIONS EXPERIENCE:** As a director of PVH, helped lead the transformative acquisitions of Tommy Hilfiger and Warnaco, ultimately creating one of the largest global branded lifestyle apparel companies
- **MARKETING, PUBLIC RELATIONS, OR BRAND MANAGEMENT EXPERIENCE:** Served as Chief Marketing Officer of restaurant corporations Denny's and El Pollo Loco

### Career Highlights:

- **Denny's:** Senior VP, Chief Marketing Officer from 2002 to 2007
- **El Pollo Loco:** Chief Marketing Officer from 1999 to 2002
- **Other:** Prior to 1999, held several management positions at Taco Bell and Pepsi

### Additional Public Company Boards:

- **Citi Trends** (since 2017)
- **PVH Corp.** (2006-2014)

## Thomas A. Kingsbury

Former President and Chief Executive Officer of Burlington Stores, Inc. | Age: 69



**DIRECTOR SINCE:** 2021

**INDEPENDENT**

**COMMITTEES:**
- Audit
- Finance

### Select Key Skills and Qualifications

- **FORMER PUBLIC COMPANY CEO:** Served as CEO of Burlington Stores for 11 years, driving a successful turnaround and growing it into a Fortune 500 company
- **RETAIL EXPERTISE:** Over 40 years of senior retail leadership experience at several department stores including at May Department Stores and Filene's
- **TECHNOLOGY, E-COMMERCE, AND DIGITAL:** Previously managed e-commerce as Senior Executive Vice President – Information Services, E-Commerce, Marketing and Business Development at Kohl's
- **MARKETING, PUBLIC RELATIONS, OR BRAND MANAGEMENT:** Managed marketing function as former Senior Executive Vice President at Kohl's

### Career Highlights:

- **Burlington:** President and CEO from 2008 to 2019; Director from 2008 to 2020, including Chair from 2014 to 2019, and Executive Chair from 2019 to 2020
- **Kohl's:** Senior Executive VP– Information Services, E-Commerce, Marketing and Business Development from 2006 to 2008
- **The May Department Stores Company:** Various management positions from 1976 to 2006, including President and CEO of the Filene's division from 2000 to 2006

### Additional Public Company Boards:

- **Tractor Supply Company** (since 2017)
- **BJ's Wholesale Club** (since 2020)
- **Big Lots** (since 2020)
- **Burlington** (2008 to 2020)

# World-class board brings valuable experience

## Robbin Mitchell
Senior Advisor at The Boston Consulting Group | Age: 57



**DIRECTOR SINCE:** 2021

**INDEPENDENT**

**COMMITTEES:**
- Audit
- Nominating & ESG

### Select Key Skills and Qualifications
- **RETAIL EXPERTISE:** Strong industry experience across retail and e-commerce and across multiple categories through her roles at a number of prominent retail firms and on the Fashion & Luxury team at BCG
- **MERGERS AND ACQUISITIONS EXPERIENCE:** Significant M&A experience developed at BCG, advising private equity firms on a number of sellside and buyside transactions in the fashion and luxury space
- **MARKETING AND BRAND MANAGEMENT EXPERIENCE:** Strong multi-brand experience bridges from luxury to contemporary fashion segments, including 15 years at Ralph Lauren
- **OPERATIONS MANAGEMENT EXPERIENCE:** Has led various aspects of operations at three major apparel companies, including four years as Chief Operating Officer at Club Monaco

### Career Highlights:
- **Boston Consulting Group (BCG):** Senior Advisor since 2021; Partner and Managing Director on the Fashion & Luxury leadership team 2016 to 2021
- **Club Monaco:** COO from 2011 to 2015
- **Ralph Lauren:** Held several executive management positions from 2001 to 2011, including Senior VP, Chief of Staff, and Senior VP Global Business Process Integration
- **Tommy Hilfiger and GFT USA:** Held various senior executive roles in strategy and operations from 1997 to 2000

### Additional Public Company Boards:
- **Piper Sandler** (since 2021)

## Jonas Prising
Chair and Chief Executive Officer of ManpowerGroup | Age: 57



**DIRECTOR SINCE:** 2015

**INDEPENDENT**

**COMMITTEES:**
- Compensation (Chair)

### Select Key Skills and Qualifications
- **PUBLIC COMPANY CEO:** CEO of ManpowerGroup, a large company with complex operations in 80 countries and territories, for over 8 years
- **RETAIL EXPERTISE:** 10 years of international retail product development experience through various roles at Electrolux, including as a divisional head of Global Sales and Marketing
- **FINANCE, ACCOUNTING, OR FINANCIAL REPORTING EXPERIENCE:** Has direct oversight of finance, accounting, and financial reporting functions as President and CEO of ManpowerGroup
- **MERGERS AND ACQUISITIONS EXPERIENCE:** Has driven more than 20 acquisitions in his career at ManpowerGroup, including the recent acquisition of ettain group
- **HUMAN CAPITAL, CULTURE AND COMPENSATION:** Leads an organization of 30,000 full-time equivalent employees, and recruits millions of permanent, temporary, and contract workers on a worldwide basis each year

### Career Highlights:
- **ManpowerGroup:** Chair and CEO since 2015
- **Electrolux:** Various international positions over ten years, including as a divisional head of Global Sales and Marketing

### Additional Public Company Boards:
- **ManpowerGroup** (since 2014; Chair since 2015)

# World-class board brings valuable experience

## John E. Schlifske
Chair and Chief Executive Officer of The Northwestern Mutual Life Insurance Co. | Age: 62



**DIRECTOR SINCE:** 2011

**INDEPENDENT**

**COMMITTEES:**
- Finance (Chair)
- Nominating & ESG

### Select Key Skills and Qualifications

- **CONSUMER-FACING INDUSTRY EXPERTISE:** CEO of organization that ranks #1 in the industry for market share of individual life insurance
- **FINANCE, ACCOUNTING, OR FINANCIAL REPORTING EXPERIENCE:** Direct oversight of organization that is subject to complex regulatory capital and financial reporting requirements and has deep investment management expertise through various leadership roles at Northwestern Mutual
- **MERGERS AND ACQUISITIONS EXPERIENCE:** Participated in more than 40 M&A processes during his time at Northwestern Mutual, including Northwestern Mutual's acquisition of Russell Investments and divestiture of Robert W. Baird
- **TECHNOLOGY, E-COMMERCE, AND DIGITAL:** Led a team that transformed Northwestern Mutual from a traditional life insurance company to a digital business
- **HUMAN CAPITAL, CULTURE AND COMPENSATION:** Leads a workforce of more than 22,000 employees and financial professionals and oversees Northwestern Mutual's ESG program

### Career Highlights:

- **The Northwestern Mutual Life Insurance Company:** Chair and CEO, President since 2010; various prior leadership roles

## Adrianne Shapira
Managing Director of Eurazeo Brands | Age: 51



**DIRECTOR SINCE:** 2016

**INDEPENDENT**

**COMMITTEES:**
- Nominating & ESG
- Finance

### Select Key Skills and Qualifications

- **RETAIL EXPERTISE:** Spent 13 years as a research analyst in the retail sector, and currently serves as a Managing Director of Eurazeo Brands focused on consumer brands
- **FINANCE, ACCOUNTING, AND FINANCIAL REPORTING EXPERIENCE:** As CFO of David Yurman, oversaw accounting, financial planning and analysis, treasury, tax, and loss prevention
- **MERGERS AND ACQUISITIONS EXPERIENCE:** Leads Eurazeo Brands' North America effort investing in consumer brands with global growth potential
- **MARKETING AND BRAND MANAGEMENT EXPERIENCE:** Has directed marketing decisions and spending to enhance brand management results at David Yurman and Eurazeo Brands

### Career Highlights:

- **Eurazeo Brands:** Managing Director since 2017
- **David Yurman:** CFO from 2012 to 2016
- **Goldman Sachs:** Managing Director in Global Investment Research covering the Broadlines Retail sector and lead equity analyst covering department stores, discounters, luxury, and online from 1999 to 2012

### Additional Public Company Boards:

- **The Hain Celestial Group** (2014 to 2018)

# World-class board brings valuable experience



## Stephanie Streeter
Former Chief Executive Officer of Libbey, Inc. | Age: 64

**DIRECTOR SINCE:** 2007

**INDEPENDENT**

**COMMITTEES:**
- Audit (Chair)
- Compensation

### Select Key Skills and Qualifications

- **FORMER PUBLIC COMPANY CEO:** Led two NYSE-listed companies – Banta, Inc. and Libbey, Inc. – for six and five years, respectively

- **RETAIL EXPERTISE:** As CEO of Libbey, oversaw marketing, sales and distribution of consumer products to global retailers including Walmart, Target, Alibaba, and Amazon

- **FINANCE, ACCOUNTING, AND FINANCIAL REPORTING EXPERIENCE:** Developed Libbey's corporate strategy and reconstructed its balance sheet; served as the Chair of Finance Committee at Goodyear and a member of Audit Committee at Western Digital

- **MERGERS AND ACQUISITIONS:** As its Chair and CEO, drove the sale of Banta to RR Donnelley and as Finance Committee Chair, drove Goodyear's transformative acquisition of Cooper

- **TECHNOLOGY AND DIGITAL:** Led Banta in using technology to streamline the capture and distribution of print and digital information

### Career Highlights:

- **Libbey:** CEO and Director from 2011 to 2016
- **United States Olympic Committee:** Interim CEO from 2009 to 2010
- **Banta:** Chair, President, and CEO from 2004 until 2007; President and CEO from 2002 to 2004; President and COO from 2001 to 2002 2016
- **Idealab:** COO from 2000 to 2001
- **Avery Dennison:** various senior positions over 14 years

### Additional Public Company Boards:

- **Goodyear Tire & Rubber Company** (since 2008)
- **Western Digital** (since 2018)
- **Olin Corporation** (2018 to 2019)
- **Libbey** (2011 to 2016)
- **Banta** (2001 – 2007)

KOHL'S

* Ms. Streeter has notified Goodyear that she will not stand for re-election as a Director of Goodyear at its 2022 Annual Meeting of Shareholders, as disclosed in Goodyear's Form 8-K filed on February 16, 2022

59

# Committed to best-in-class governance practices informed by shareholder feedback

| Key Governance Practices |
| --- |

- ✓ **Independent board leadership**, with Peter Boneparth becoming our new independent Chair as of the 2022 AGM
- ✓ **Commitment to thoughtful Board refreshment** demonstrated by addition of six new independent directors in past three years
- ✓ **Robust shareholder engagement program** that informs our corporate governance practices
- ✓ Shareholder right to **proxy access**
- ✓ Shareholder right to call **special meetings** (10% ownership threshold)
- ✓ **Board oversight of ESG programs**; in 2021, expanded scope of Nominating & ESG Committee to lead this oversight
- ✓ **100% independent** Board committees
- ✓ **Annual elections** for all directors
- ✓ **No supermajority** vote requirements
- ✓ **Annual evaluation** of Board, committees and individual directors

In February, we adopted a **shareholder rights plan** to ensure the Board can conduct an **orderly review** of expressions of interest

- ✓ **Limited duration** of less than one year, and adopted for specific purpose of ensuring a thoughtful review of strategic alternatives
- ✓ Does not preclude the Board from considering an **offer that recognizes the value** of the Company
- ✓ Gives shareholders the **right to call a special meeting** for purposes of exempting a qualifying offer

# 2021 executive compensation program overview



| Pay Element | Vehicle | Purpose | Basis / Metrics |
|---|---|---|---|
| Base Salary | Cash | Regular, fixed income source tied to the scope and responsibilities of each executive's role | Annual adjustments based on individual and Company performance and competitive marketplace data |
| Annual Incentive | Cash | At-risk cash motivates executives to perform to meet or exceed our short-term financial performance and strategic goals | Absolute objective performance measures, with opportunity based on a percentage of each NEO's base salary: <br>• Net Sales (50%) <br>• Operating Income (50%) |
| Long-Term Incentive | Performance Share Units (60%) | Combination of PSUs and RSUs: <br>• Aligns executives' interests with those of our shareholders <br>• Rewards sustained performance <br>• Incentivizes future performance <br>• Enables retention of top talent | 3-year performance period[1]: <br>• Net Sales (40%) <br>• Operating Margin (30%) <br>• Operating Cash Flow (30%) <br><br>+/- 25% TSR modifier |
| | Restricted Share Units (40%) | | Time-based vesting over 4 years |

• Drive Top Line Growth
• Disciplined Capital Management
• Expand Operating Margin
• Strong Organizational Core

## 2021 Target CEO Pay Mix



87%
13%
23%
64%

| Base Salary |
| Annual Cash Incentive |
| Long-Term Equity Incentive |
| Aligned with Stockholders ("At Risk") |

KOHL'S   2020-2022 and 2021-2023 PSUs still in flight; data on PSU payout not included.
(1) Reflects 2021-2023 LTI. Note: 2020-2022 LTI metrics were Net Sales (40%), Operating Income (30%), and Operating Cash Flow (30%).

# Reconciliations

## Adjusted EPS (2021 and 2019)

| Diluted Earnings (Loss) per Share | Twelve Months Ended | | | |
|---|---|---|---|---|
| | January 29, 2022 | | February 1, 2020 | |
| GAAP | $ | 6.32 | $ | 4.37 |
| Impairments, store closing, and other | | — | | 0.71 |
| (Gain) on sale of real estate | | — | | — |
| Loss on extinguishment of debt | | 1.35 | | (0.06) |
| Income tax impact of items noted above | | (0.34) | | (0.16) |
| | $ | **7.33** | $ | **4.86** |

# Reconciliations

**2021 EBITDA**

*($ in millions)*

|  | January 29, 2022 | % of Revenue |
|---|---|---|
| Operating Income | 1,680 | 8.6% |
| Depreciation and Amortization | 838 | 3.2% |
| **EBITDA** | **2,518** | **11.8%** |

**THE FOLLOWING PRESS RELEASE WAS ISSUED ON APRIL 21, 2022 IN CONNECTION WITH THE PRESENTATION:**



**Kohl's Releases Investor Presentation Highlighting Strong, Highly Qualified
Board of Directors and Strategy to Create Value**

**MENOMONEE FALLS, Wis. – April 21, 2022** – Kohl's Corporation (NYSE:KSS) ("Kohl's" or the "Company") today released an additional presentation detailing progress on its strategy and initiatives to maximize shareholder value. The Company provided an overview of Kohl's high caliber Board of Directors (the "Board"), which has the right experience to oversee the go-forward strategy while evaluating the ongoing review of expressions of interest to buy the Company. By comparison, the proposed slate nominated by Macellum Advisors GP ("Macellum") is unqualified and inexperienced.

The presentation, along with other resources for shareholders, is available at KohlsMomentum.com. The website is regularly updated with relevant information for shareholders.

Highlights of the presentation include:

**Kohl's is executing a compelling strategy to drive significant, sustainable value.**

- Our transformative strategy set in October 2020 delivered record EPS and margin improvement in 2021 alongside significant capital return to shareholders, including over $1.5 billion in share repurchases and dividends.

- Key building blocks to drive top-line growth include the Sephora partnership, enhanced brand portfolio, and omnichannel strategy.

- Our financial framework is driven by a sustainable formula of annual low-single-digit % top-line growth, a solid operating margin of 7% to 8% and mid-to-high single-digit percentage EPS growth leading to strong cash flow generation.

- Kohl's is implementing a disciplined capital allocation strategy that prioritizes investment in high ROI growth driving initiatives, while also returning significant capital to shareholders through dividends and share repurchases; in March 2022, the Board approved a 100% increase in the dividend and new $3 billion share repurchase authorization.

**Our strong, thoughtfully refreshed Board has positioned Kohl's to drive shareholder value.**

- Kohl's Board has proactively added the right capabilities and skill sets to accelerate Kohl's transformation into the most trusted retailer of choice for the Active and Casual lifestyle.

- Our directors bring highly relevant experience from top roles at leading retail companies, such as Walmart, Burlington, lululemon, and Kroger, as well as deep experience in M&A, technology, and operations.

- The Board has recent refreshment with six new independent directors in the last three years, including three added as part of the 2021 settlement agreement with Macellum and other investors.[1]

---

[1] 2021 settlement agreement reached with Macellum Advisors GP, LLC, Ancora Holdings, Inc., Legion Partners Asset Management, LLC, and 4010 Capital, LLC.

# KOHL'S

**The Kohl's Board is running a robust process to explore all pathways to maximize value.**

- Our engaged Board is thoroughly testing Kohl's standalone strategic plan against potential alternatives and has designated its Finance Committee to lead the ongoing review of expressions of interest.

- The Board engaged Goldman Sachs to conduct a broad process to explore strategic alternatives.

- To date, Goldman Sachs has engaged with over 25 parties. Select bidders have been invited to a data room containing over 550,000 pages across over 55,000 documents, as well as meetings with management.

- While preliminary, non-binding proposals have been received, further diligence is ongoing with requests for proposals including committed financing and binding documentation.

- The Board has the right skills and expertise to drive our strategy forward while evaluating any value-creating opportunities for shareholders.

**Macellum has presented an empty agenda and an inexperienced, unqualified slate.**

- In spite of our Board's open invitation to constructively share ideas and over a year of good-faith engagement, Macellum has presented no value-additive ideas.

- Macellum's actions and inconsistent claims demonstrate a focus on short-term gains at the expense of long-term value.

- Six of ten Macellum nominees have never served on a public company board, and none have served on a retail company board of comparable size to Kohl's.

- Several Macellum nominees are directly associated with bankruptcies or have overseen significant value destruction.

**PROTECT THE VALUE OF YOUR INVESTMENT. VOTE THE BLUE CARD TODAY FOR ALL 13 OF KOHL'S HIGHLY QUALIFIED DIRECTORS**

**VISIT WWW.KOHLSMOMENTUM.COM FOR MORE INFORMATION**

---

**YOUR VOTE IS IMPORTANT!**

**Please refer to the enclosed BLUE proxy card for information on how to vote by telephone or by Internet, or simply sign and date the BLUE proxy card and return it in the postage-paid envelope provided.**

If you have any questions, or need assistance in voting your shares, please call our proxy solicitor:

**INNISFREE M&A INCORPORATED**
**TOLL-FREE, at 1-877-687-1874**
**BANKS AND BROKERS MAY CALL COLLECT, at 1-212-750-5833**



**Cautionary Statement Regarding Forward-Looking Information**

This communication contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The Company intends forward-looking terminology such as "believes," "expects," "may," "will," "should," "anticipates," "plans," or similar expressions to identify forward-looking statements. Such statements, including statements regarding the outcome and timing of the sale process, are subject to certain risks and uncertainties, which could cause the Company's actual results to differ materially from those anticipated by the forward-looking statements, and there can be no guarantee that the process will result in an agreement to sell the Company or that any such agreement will ultimately be consummated. These risks and uncertainties include, but are not limited to, risks described more fully in Item 1A in the Company's Annual Report on Form 10-K, which are expressly incorporated herein by reference, and other factors as may periodically be described in the Company's filings with the SEC. Forward-looking statements relate to the date initially made, and Kohl's undertakes no obligation to update them.

**About Kohl's**

Kohl's (NYSE: KSS) is a leading omnichannel retailer. With more than 1,100 stores in 49 states and the online convenience of Kohls.com and the Kohl's App, Kohl's offers amazing national and exclusive brands at incredible savings for families nationwide. Kohl's is uniquely positioned to deliver against its strategy and its vision to be the most trusted retailer of choice for the active and casual lifestyle. Kohl's is committed to progress in its diversity and inclusion pledges, and the company's environmental, social and corporate governance (ESG) stewardship. For a list of store locations or to shop online, visit Kohls.com. For more information about Kohl's impact in the community or how to join our winning team, visit Corporate.Kohls.com or follow @KohlsNews on Twitter.

Investor Relations:

Mark Rupe, (262) 703-1266, mark.rupe@kohls.com

Media:

Jen Johnson, (262) 703-5241, jen.johnson@kohls.com
Lex Suvanto, (646) 775-8337, lex.suvanto@edelman.com

**THE FOLLOWING LETTER WAS ALSO MAILED TO SHAREHOLDERS ON APRIL 21, 2022:**



## PROTECT THE VALUE OF YOUR INVESTMENT IN KOHL'S BY VOTING THE **BLUE** PROXY CARD TODAY.

Dear Fellow Shareholder,

The value of your investment is at stake at Kohl's Annual Meeting this year. We want you to know that your voice matters to our Board – regardless of the number of shares you hold – and we want to make sure that you are heard. By voting using the **BLUE** card enclosed, we believe you can have a significant impact on the future value of your investment.

Your Board, working closely with Kohl's management team, has acted decisively to put the Company on a new trajectory for improved performance, making key investments to support the strategy we announced in October 2020. In 2021, Kohl's execution of that strategy delivered record earnings per share (EPS) and expanded margins alongside significant capital return to shareholders. The table below provides an overview of the actions the Board has and will continue to take to maximize value for shareholders, as well as a summary of Macellum's empty agenda.

### World-Class Board and Management Team Committed to Maximizing Value for Shareholders

**1** **Successfully executing a compelling strategy driving significant, sustainable value**

- Transformative strategy set in October 2020 delivered record 2021 EPS and expanded margins alongside significant capital return to shareholders, including over $1.5B in share repurchases and dividends.
- Several building blocks implemented to drive top-line growth including the Sephora partnership, enhanced brand portfolio and omnichannel strategy.
- Disciplined capital allocation strategy with plans to repurchase an additional $1B+ in 2022 under new $3B share repurchase authorization and a 100% increase in dividend for 2022 equating to an annual rate of $2.00 per share, while investing in high ROI growth driving initiatives.

**2** **Our strong, thoughtfully refreshed Board has positioned Kohl's to drive shareholder value**

- Our directors bring highly relevant experience from top roles at leading retail companies, such as Walmart, Burlington, lululemon, and Kroger, as well as deep experience in M&A, technology, and operations.
- Recent refreshment with 6 new independent directors in the last 3 years, including 3 added as part of the 2021 settlement agreement with Macellum and other investors.[1]

**3** **Your Board is running a robust process to explore all strategic alternatives to maximize value**

- Your Board engaged Goldman Sachs to conduct a broad process to explore strategic alternatives.
- To date, Goldman Sachs has engaged with over 25 parties. Select bidders have been invited to a data room containing over 550,000 pages across over 55,000 documents, as well as meetings with management.
- While preliminary, non-binding proposals have been received, further diligence is ongoing with requests for proposals with committed financing and binding documentation.
- The Board has the right skills and expertise to drive our strategy forward while evaluating any value-creating opportunities for shareholders.

**4** **Macellum has presented an empty agenda**

- In spite of our Board's open invitation to constructively share ideas and over a year of good-faith engagement, Macellum has presented no value-additive ideas.
- Macellum's actions and inconsistent claims demonstrate a focus on short-term profit-taking over long-term value.
- Six of 10 Macellum nominees have never served on a public company board, and none have served on a retail company board of comparable size to Kohl's.
- Several Macellum nominees are directly associated with bankruptcies and have overseen significant value destruction.

# KOHL'S HAS OUTPERFORMED IN A CHALLENGING ENVIRONMENT[2]



EBITDA

$2,016 — Pre-COVID 2021 Analyst Consensus Estimate

25% Increase

$2,158 — 2021 Actual Results

EPS

$4.62 — Pre-COVID 2021 Analyst Consensus Estimate

57% Increase

$7.33 — 2021 Actual Results

## KOHL'S EBITDA MARGIN IS BEST-IN-CLASS RELATIVE TO DIRECT PEERS

### 2017-2022E Average EBITDA Margins[3]



- Kohl's: 11.9%
- Direct Peers: 10.3%
- Off-Price: 13.0%
- Other Retail: 10.6%
- 10.8% Average

## ROBUST 5-YEAR SHAREHOLDER RETURNS RELATIVE TO OTHER RETAILERS[4]



- Kohl's (HUSP): 72%
- Kohl's (Actual): 76%
- Dept. Store: 7%
- Off-Price: 72%
- Other Retail: -15%

Kohl's recent performance relative to peers can be objectively assessed using the hypothetical undisturbed share price (HUSP), which adjusts for stock price increases associated with media coverage of expressions of interest to buy the Company. This methodology assumes that from the unaffected date, Kohl's stock price would have likely traded in-line with its direct department store peers.

# KOHL'S BOARD HAS THE RIGHT SKILLS AND EXPERIENCE TO OVERSEE CONTINUED VALUE CREATION

| Skill or Experience | Full Kohl's Board (13 Directors) | 10 Activist Nominees |
|---|---|---|
| Current or Former Public Company CEO | 6 ✓ | 0 ✗ |
| Public Company Board Experience (other than Kohl's) | 11 ✓ | 4 ✗ |
| Retail or Consumer-Facing Industry Reporting Experience | 13 ✓ | 6 ✗ |
| Finance, Accounting, or Financial Reporting Experience | 11 ✓ | 5 ✗ |
| Mergers and Acquisitions Experience | 10 ✓ | 3 ✗ |
| Technology, E-Commerce or Digital Experience | 10 ✓ | 1 ✗ |
| Marketing, Public Relations or Brand Management Experience | 12 ✓ | 4 ✗ |
| Operating Management Experience | 11 ✓ | 6 ✗ |

**KOHL'S**

# PROTECT THE VALUE OF YOUR INVESTMENT. VOTE THE BLUE CARD TODAY FOR ALL 13 OF KOHL'S HIGHLY QUALIFIED DIRECTORS.

## VISIT WWW.KOHLSMOMENTUM.COM FOR MORE INFORMATION

**YOUR VOTE IS IMPORTANT!**

Please refer to the enclosed BLUE proxy card for information on how to vote by telephone or by Internet, or simply sign and date the BLUE proxy card and return it in the postage-paid envelope provided.

If you have any questions, or need assistance in voting your shares, please call our proxy solicitor:

**INNISFREE M&A INCORPORATED**

**TOLL-FREE, at 1-877-687-1874**

**BANKS AND BROKERS MAY CALL COLLECT, at 1-212-750-5833**

## Cautionary Statement Regarding Forward-Looking Information

This communication contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The Company intends forward-looking terminology such as "believes," "expects," "may," "will," "should," "anticipates," "plans," or similar expressions to identify forward-looking statements. Such statements, including statements regarding the outcome and timing of the strategic review process, are subject to certain risks and uncertainties, which could cause the Company's actual results to differ materially from those anticipated by the forward-looking statements, and there can be no guarantee that the process will result in an agreement to sell the Company or that any such agreement will ultimately be consummated. These risks and uncertainties include, but are not limited to, risks described more fully in Item 1A in the Company's Annual Report on Form 10-K, which are expressly incorporated herein by reference, and other factors as may periodically be described in the Company's filings with the SEC. Forward-looking statements relate to the date initially made, and Kohl's undertakes no obligation to update them.

## Non-GAAP Financial Measures

In addition, this letter contains non-GAAP financial measures, including Adjusted EPS and Adjusted EBITDA. Reconciliations of all non-GAAP measures to the most directly comparable GAAP measures are included in the appendix of the Company's presentation date March 7th, 2022, filed with the SEC.

## About Kohl's

Kohl's (NYSE: KSS) is a leading omnichannel retailer. With more than 1,100 stores in 49 states and the online convenience of Kohls.com and the Kohl's App, Kohl's offers amazing national and exclusive brands at incredible savings for families nationwide. Kohl's is uniquely positioned to deliver against its strategy and its vision to be the most trusted retailer of choice for the active and casual lifestyle. Kohl's is committed to progress in its diversity and inclusion pledges, and the company's environmental, social and corporate governance (ESG) stewardship. For a list of store locations or to shop online, visit Kohls.com. For more information about Kohl's impact in the community or how to join our winning team, visit Corporate.Kohls.com or follow @KohlsNews on Twitter.

[1] 2021 settlement agreement reached with Macellum Advisors GP, LLC, Ancora Holdings, Inc., Legion Partners Asset Management, LLC, and 4010 Capital, LLC.

[2] Adjusted Earnings per Share.

[3] FY2017-FY2022, excluding FY2020 due to COVID. 2022E based on consensus average as of 14-Mar-2022. Direct Peers comprised of Macy's, Nordstrom and Dillard's, and the average calculated as average of each's EBITDA margins between 2017-2022E, excluding 2020.

[4] As of April 11, 2022. TSR assumes dividends reinvested. Direct peers include DDS, M, JWN; Off-price peers include BURL, TJX, ROST; Other peers include the other retailers in the Company's TSR Peer Group which represent a wide cross-section of retailers.