# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): May 19, 2022**

# KOHL'S CORPORATION
**(Exact name of registrant as specified in its charter)**

| **Wisconsin** | **001-11084** | **39-1630919** |
|:---:|:---:|:---:|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

| **N56 W17000 Ridgewood Drive** | |
|:---:|:---:|
| **Menomonee Falls, Wisconsin** | **53051** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (262) 703-7000**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| **Common Stock, $.01 par value** | **KSS** | **New York Stock Exchange** |
| **Preferred Stock Purchase Rights** | **—** | **New York Stock Exchange** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02.** <u>**Results of Operations and Financial Condition.**</u>

On May 19, 2022, Kohl's Corporation issued a press release reporting its earnings for the quarter ended April 30, 2022 and updated its earnings guidance for fiscal 2022. A copy of the press release is attached as Exhibit 99.1 and incorporated by reference herein. A copy of the presentation materials for the May 19, 2022 quarterly earnings conference call is attached as Exhibit 99.2 and incorporated by reference herein.

**Item 7.01.** <u>**Regulation FD Disclosure.**</u>

The information in Items 2.02 and 7.01, including the exhibits attached hereto, is furnished solely pursuant to Items 2.02 and 7.01 of Form 8-K. Consequently, such information is not deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, or otherwise subject to the liabilities of that section. Further, the information in Items 2.02 and 7.01, including the exhibits, shall not be deemed to be incorporated by reference into the filings of the registrant under the Securities Act of 1933.

**Item 8.01.** <u>**Other Events.**</u>

As previously announced, on May 10, 2022, the Board of Directors of Kohl's Corporation declared a quarterly cash dividend of $0.50 per share. The dividend will be paid on June 22, 2022 to all shareholders of record at the close of business on June 8, 2022.

**<u>Cautionary Statement Regarding Forward-Looking Information and Non-GAAP Measures</u>**

*This current report on Form 8-K contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The Company intends forward-looking terminology such as "believes," "expects," "may," "will," "should," "anticipates," "plans," or similar expressions to identify forward-looking statements. Such statements, including statements regarding the outcome and timing of the strategic review process, are subject to certain risks and uncertainties, which could cause the Company's actual results to differ materially from those anticipated by the forward-looking statements, and there can be no guarantee that the process will result in an agreement to sell the Company or that any such agreement will ultimately be consummated. These risks and uncertainties include, but are not limited to, risks described more fully in Item 1A in the Company's Annual Report on Form 10-K, which are expressly incorporated herein by reference, and other factors as may periodically be described in the Company's filings with the SEC. Forward-looking statements relate to the date initially made, and Kohl's undertakes no obligation to update them.*

*In the attached press release and presentation materials, the Company provides information regarding adjusted net income, adjusted diluted earnings per share, and free cash flow, which are not recognized terms under U.S. generally accepted accounting principles ("GAAP") and do not purport to be alternatives to net income as a measure of operating performance. Reconciliations of adjusted net income, adjusted diluted earnings per share, and free cash flow are provided in this press release and presentation materials. The Company believes that the use of these non-GAAP financial measures provides investors with enhanced visibility into its results with respect to the impact of certain costs. Because not all companies use identical calculations, these presentations may not be comparable to other similarly titled measures of other companies.*

**Item 9.01.** <u>**Financial Statements and Exhibits.**</u>

| Exhibit No. | Description |
|---|---|
| 99.1 | [Press Release dated May 19, 2022](#) |
| 99.2 | [Presentation Materials for May 19, 2022 Quarterly Earnings Conference Call](#) |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: May 19, 2022

KOHL'S CORPORATION

By:  /s/ Jason J. Kelroy

Jason J. Kelroy
Senior Executive Vice President,
General Counsel and Corporate Secretary

**Exhibit 99.1**

# Kohl's Reports First Quarter Fiscal 2022 Financial Results

- First quarter net sales and comparable sales decrease 5.2%

- First quarter diluted earnings per share of $0.11

- Updates full year 2022 financial outlook

- Board continues to run a robust process to explore all strategic initiatives to maximize value

MENOMONEE FALLS, Wis.—(BUSINESS WIRE)—May 19, 2022— Kohl's Corporation (NYSE:KSS) today reported results for the quarter ended April 30, 2022.

| | Three Months | | |
| --- | --- | --- | --- |
| ($ in millions, except per share data) | 2022 | 2021 | Change |
| **Total revenue** | **$3,715** | $3,887 | (4.4%) |
| **Net sales**[1] | **(5.2%)** | 69.5% | |
| **Gross margin** | **38.3%** | 39.0% | (69) bps |
| **Selling, general, and administrative expenses** | **$1,293** | $1,170 | 10.5% |
| **Reported** | | | |
| Net income | $ 14 | $ 14 | 0% |
| Diluted earnings per share | $ 0.11 | $ 0.09 | 22% |
| **Non-GAAP**[2] | | | |
| Adjusted net income | $ 14 | $ 165 | (92%) |
| Adjusted diluted earnings per share | $ 0.11 | $ 1.05 | (90%) |

(1)  Represents change in Net sales vs. prior year period.
(2)  Amounts shown for the three months ended April 30, 2022 are GAAP as there are no adjustments to Non-GAAP. These amounts are shown for comparability purposes.

"The year has started out below our expectations. Following a strong start to the quarter with positive low-single digits comps through late March, sales considerably weakened in April as we encountered macro headwinds related to lapping last year's stimulus and an inflationary consumer environment. We remain committed to our long-term strategy and are encouraged that our updated store experience, with Sephora at Kohl's shops, delivered positive comparable store sales across these 200 locations for the quarter. We continue to expect our business to improve as the year progresses, with growth in the second half as we benefit from the roll out of 400 additional Sephora stores, enhanced loyalty rewards and further investment in our stores," said Michelle Gass, Kohl's chief executive officer.

"Regarding our review of strategic alternatives, we continue to engage with multiple interested parties. We have formally communicated the specific procedures for the submission of actionable bids due in the coming weeks. We continue with our detailed diligence phase and are pleased with the number of parties who recognize the value of our business and plan," said Gass.

## Updated 2022 Financial Outlook

The Company is updating its full year 2022 financial outlook to include the following:

- **Net sales** is now expected to be in the range of 0% to 1% as compared to the prior year

- **Operating margin** is now expected to be in the range of 7.0% to 7.2%

- **Earnings per share** is now expected to be in the range of $6.45 to $6.85, excluding any non-recurring charges

## Process Update

The Kohl's Board is thoroughly testing the Company's standalone strategic plan against potential alternatives and has designated its Finance Committee to lead the ongoing review of expressions of interest. The Board engaged Goldman Sachs to conduct a broad process to explore strategic alternatives, which to date has included engagement with over 25 parties. Multiple bidders have been invited to a data room containing over 550,000 pages across over 55,000 documents, as well as meetings with management. While preliminary, non-binding proposals have been received, further diligence is ongoing and the Board has requested fully-financed final bids to be submitted in the coming weeks.

## Dividend

As previously announced, on May 10, 2022, Kohl's Board of Directors declared a quarterly cash dividend on the Company's common stock of $0.50 per share. The dividend is payable June 22, 2022 to shareholders of record at the close of business on June 8, 2022.

**First Quarter 2022 Earnings Conference Call**

Kohl's will host its quarterly earnings conference call at 9:00 am ET on May 19, 2022. A webcast of the conference call and the related presentation materials will be available via the Company's web site at investors.kohls.com, both live and after the call.

**Cautionary Statement Regarding Forward-Looking Information and Non-GAAP Measures**

*This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The Company intends forward-looking terminology such as "believes," "expects," "may," "will," "should," "anticipates," "plans," or similar expressions to identify forward-looking statements. Such statements, including statements regarding the outcome and timing of the strategic review process, are subject to certain risks and uncertainties, which could cause the Company's actual results to differ materially from those anticipated by the forward-looking statements, and there can be no guarantee that the process will result in an agreement to sell the Company or that any such agreement will ultimately be consummated. These risks and uncertainties include, but are not limited to, risks described more fully in Item 1A in the Company's Annual Report on Form 10-K, which are expressly incorporated herein by reference, and other factors as may periodically be described in the Company's filings with the SEC. Forward-looking statements relate to the date initially made, and Kohl's undertakes no obligation to update them.*

*In this press release, the Company provides information regarding adjusted net income and adjusted diluted earnings per share, which are not recognized terms under U.S. generally accepted accounting principles ("GAAP") and do not purport to be alternatives to net income as a measure of operating performance. A reconciliation of adjusted net income and adjusted diluted earnings per share is provided in this release. The Company believes that the use of these non-GAAP financial measures provides investors with enhanced visibility into its results with respect to the impact of certain costs. Because not all companies use identical calculations, these presentations may not be comparable to other similarly titled measures of other companies.*

**About Kohl's**

Kohl's (NYSE: KSS) is a leading omnichannel retailer. With more than 1,100 stores in 49 states and the online convenience of Kohls.com and the Kohl's App, Kohl's offers amazing national and exclusive brands at incredible savings for families nationwide. Kohl's is uniquely positioned to deliver against its strategy and its vision to be the most trusted retailer of choice for the active and casual lifestyle. Kohl's is committed to progress in its diversity and inclusion pledges, and the company's environmental, social and corporate governance (ESG) stewardship. For a list of store locations or to shop online, visit Kohls.com. For more information about Kohl's impact in the community or how to join our winning team, visit Corporate.Kohls.com or follow @KohlsNews on Twitter.

**Contacts**
**Investor Relations:**
Mark Rupe, (262) 703-1266, mark.rupe@kohls.com

**Media:**
Jen Johnson, (262) 703-5241, jen.johnson@kohls.com

# KOHL'S CORPORATION
## CONSOLIDATED STATEMENTS OF OPERATIONS
(Unaudited)

| | Three Months Ended | |
|---|---|---|
| **(Dollars in Millions, Except per Share Data)** | **April 30, 2022** | **May 1, 2021** |
| Net sales | **$ 3,471** | $3,662 |
| Other revenue | **244** | 225 |
| Total revenue | **3,715** | 3,887 |
| Cost of merchandise sold | **2,140** | 2,233 |
| *Gross margin rate* | ***38.3%*** | *39.0%* |
| Operating expenses: | | |
| Selling, general, and administrative | **1,293** | 1,170 |
| *As a percent of total revenue* | ***34.8%*** | *30.1%* |
| Depreciation and amortization | **200** | 211 |
| Operating income | **82** | 273 |
| Interest expense, net | **68** | 67 |
| Loss on extinguishment of debt | **—** | 201 |
| Income before income taxes | **14** | 5 |
| (Benefit) for income taxes | **—** | (9) |
| Net income | **$     14** | $     14 |
| **Average number of shares:** | | |
| Basic | **127** | 154 |
| Diluted | **129** | 156 |
| **Earnings per share:** | | |
| Basic | **$  0.11** | $ 0.09 |
| Diluted | **$  0.11** | $ 0.09 |

## ADJUSTED NET INCOME AND DILUTED EARNINGS PER SHARE, NON-GAAP FINANCIAL MEASURES
(Unaudited)

| | Three Months Ended | |
|---|---|---|
| **(Dollars in Millions, Except per Share Data)** | **April 30, 2022** | **May 1, 2021** |
| **Net income** | | |
| GAAP | **$     14** | $     14 |
| Loss on extinguishment of debt | **—** | 201 |
| Income tax impact of items noted above | **—** | (50) |
| Adjusted (non-GAAP)[1] | **$     14** | $  165 |
| **Diluted earnings per share** | | |
| GAAP | **$  0.11** | $ 0.09 |
| Loss on extinguishment of debt | **—** | 1.29 |
| Income tax impact of items noted above | **—** | (0.33) |
| Adjusted (non-GAAP)[1] | **$  0.11** | $ 1.05 |

(1)   Amounts shown for the three months ended April 30, 2022 are GAAP as there are no adjustments to Non-GAAP. These amounts are shown for comparability purposes.

# KOHL'S CORPORATION
## CONSOLIDATED BALANCE SHEETS
(Unaudited)

| (Dollars in Millions) | April 30, 2022 | May 1, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 646 | $ 1,609 |
| Merchandise inventories | 3,736 | 2,667 |
| Other | 381 | 919 |
| Total current assets | 4,763 | 5,195 |
| Property and equipment, net | 7,790 | 6,653 |
| Operating leases | 2,224 | 2,392 |
| Other assets | 476 | 449 |
| Total assets | $15,253 | $14,689 |
| **Liabilities and Shareholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 1,679 | $ 1,378 |
| Accrued liabilities | 1,316 | 1,289 |
| Current portion of: | | |
| Long-term debt | 164 | — |
| Finance leases and financing obligations | 108 | 112 |
| Operating leases | 127 | 159 |
| Total current liabilities | 3,394 | 2,938 |
| Long-term debt | 1,746 | 1,909 |
| Finance leases and financing obligations | 2,584 | 1,473 |
| Operating leases | 2,474 | 2,620 |
| Deferred income taxes | 209 | 242 |
| Other long-term liabilities | 390 | 390 |
| Shareholders' equity | 4,456 | 5,117 |
| Total liabilities and shareholders' equity | $15,253 | $14,689 |

**KOHL'S CORPORATION**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
(Unaudited)

| (Dollars in Millions) | Three Months Ended | |
|---|---|---|
| | April 30, 2022 | May 1, 2021 |
| **Operating activities** | | |
| Net income | $ 14 | $ 14 |
| Adjustments to reconcile net income to net cash (used in) provided by operating activities: | | |
| Depreciation and amortization | 200 | 211 |
| Share-based compensation | 18 | 12 |
| Deferred income tax expense | 2 | (65) |
| Loss on extinguishment of debt | — | 201 |
| Non-cash lease expense | 31 | 38 |
| Other non-cash expense | 3 | 7 |
| Changes in operating assets and liabilities: | | |
| Merchandise inventories | (668) | (75) |
| Other current and long-term assets | (42) | 31 |
| Accounts payable | (4) | (99) |
| Accrued and other long-term liabilities | 17 | 42 |
| Operating lease liabilities | (31) | (39) |
| Net cash (used in) provided by operating activities | (460) | 278 |
| **Investing activities** | | |
| Acquisition of property and equipment | (221) | (59) |
| Proceeds from sale of real estate | 4 | 2 |
| Net cash used in investing activities | (217) | (57) |
| **Financing activities** | | |
| Proceeds from issuance of debt | — | 500 |
| Deferred financing costs | — | (5) |
| Treasury stock purchases | (158) | (46) |
| Shares withheld for taxes on vested stock-based awards | (18) | (22) |
| Dividends paid | (63) | (39) |
| Reduction of long-term borrowings | — | (1,044) |
| Premium paid on redemption of debt | — | (192) |
| Finance lease and financing obligation payments | (29) | (33) |
| Proceeds from financing obligations | 4 | — |
| Proceeds from stock option exercises | — | 1 |
| Other | — | (3) |
| Net cash used in financing activities | (264) | (883) |
| Net decrease in cash and cash equivalents | (941) | (662) |
| Cash and cash equivalents at beginning of period | 1,587 | 2,271 |
| Cash and cash equivalents at end of period | $ 646 | $ 1,609 |












Exhibit 99.2

# KOHL'S

## Q1 2022 Results Presentation
May 19, 2022




### Cautionary Statement Regarding Forward-Looking Information

This presentation contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The Company intends forward-looking terminology such as "believes," "expects," "may," "will," "should," "anticipates," "plans," or similar expressions to identify forward-looking statements. Such statements, including statements regarding the outcome and timing of the strategic review process, are subject to certain risks and uncertainties, which could cause the Company's actual results to differ materially from those anticipated by the forward-looking statements, and there can be no guarantee that the process will result in an agreement to sell the Company or that any such agreement will ultimately be consummated. These risks and uncertainties include, but are not limited to, risks described more fully in Item 1A in the Company's Annual Report on Form 10-K, which are expressly incorporated herein by reference, and other factors as may periodically be described in the Company's filings with the SEC. Forward-looking statements relate to the date initially made, and Kohl's undertakes no obligation to update them.

### Non-GAAP Financial Measures

In addition, this presentation contains non-GAAP financial measures, including Adjusted EPS, Adjusted Net Income, and Free Cash Flow. Reconciliations of all non-GAAP measures to the most directly comparable GAAP measures are included in the Appendix of this presentation.





**Q1 2022 Results** ................................... 4

**Updated 2022 Outlook** ................ 10

**Our Strategy** ................................. 12

# Q1 2022 Results

# Q1 2022 Summary

## Key Takeaways

- Q1 results were below our expectations. The quarter started off strong with positive low-single digits comp growth through late March, however in April demand considerably weakened as we lapped last year's stimulus and as consumers started to experience inflationary pressures

- Recent trends in May have notably improved as we moved past key stimulus weeks from last year and as the weather turned favorable, which has accelerated demand for our spring seasonal classifications

- The 200 stores with Sephora at Koh's shops delivered positive low-single digits comp store sales growth for the quarter

- The sale process is ongoing with due diligence entering the final phase. The Board has requested that the multiple parties submit fully-financed bids in the coming weeks



## Q1 2022

- Net sales decreased by (5%) versus Q1 2021

- Gross margin decreased (69 bps) compared to last year due to increased freight costs

- SG&A expense increased 10.5% in Q1, driven largely by investments in key strategic initiatives, including Sephora store openings and store refreshes, as well as expenses related to the proxy contest and ongoing sale process, and higher wages and transportation costs

- Operating margin of 2.2% in Q1 2022 with diluted earnings per share of $0.11

- Inventory increased 40% to last year due primarily to the investment in beauty inventory to support the 200 Sephora shops opened last Fall as well as the Sephora openings this year, higher in-transit and pack and hold inventory

 

KOHL'S

# Q1 Key Metrics

## Consolidated Statement of Operations

| (Dollars in Millions) | Three Months Ended | | | |
|---|---|---|---|---|
| | April 30, 2022 | | May 1, 2021 | |
| Net Sales | $ | 3,471 | $ | 3,662 |
| Total Revenue | | 3,715 | | 3,887 |
| Gross Margin Rate | | 38.3% | | 39.0% |
| SG&A | | 1,293 | | 1,170 |
| Depreciation | | 200 | | 211 |
| Operating Income | | 82 | | 273 |
| Interest Expense | | 68 | | 67 |
| Loss on extinguishment of debt | | — | | 201 |
| Benefit for Income Taxes | | — | | (9) |
| Net Income | | 14 | | 14 |
| Diluted EPS | | $0.11 | | $0.09 |
| Adjusted Net Income (Non-GAAP)[1] | | 14 | | 165 |
| Adjusted Diluted EPS (Non-GAAP)[1] | | $0.11 | | $1.05 |

## Key Balance Sheet Items

| (Dollars in Millions) | April 30, 2022 | | May 1, 2021 | |
|---|---|---|---|---|
| Cash and Cash Equivalents | $ | 646 | $ | 1,609 |
| Merchandise Inventories | | 3,736 | | 2,667 |
| Accounts Payable | | 1,679 | | 1,378 |
| Current portion of Long-term debt | | 164 | | 0 |
| Long-term Debt | | 1,746 | | 1,909 |

## Key Cash Flow items

| (Dollars in Millions) | Three Months Ended | |
|---|---|---|
| | April 30, 2022 | |
| Operating Cash Flow | $ | (460) |
| Capital Expenditures | | (221) |
| Net, Finance lease and Financing obligations | | (25) |
| Free Cash Flow[1] | $ | (706) |

KOHL'S   (1)-Free Cash Flow, Adjusted Net Income, and Adjusted EPS are non-GAAP financial measures. Please refer to the reconciliations included in the Appendix for more information.
Amounts shown for Adjusted Net Income and Adjusted EPS for the three months ended April 30, 2022 are GAAP as there are no adjustments to Non-GAAP. These amounts are shown for comparability purposes.

# Q1 2022 Gross Margin & SG&A Expense Performance

## Gross Margin

Decreased (69 bps) versus Q1 2021



**Q1 2022 Gross Margin Takeaways**

- ⊖ Higher freight costs due to global supply chain challenges
- ⊕ Continue to benefit from ongoing pricing and promotional optimization strategies

## SG&A Expense

Deleveraged (468 bps) vs Q1 2021



**Q1 2022 SG&A Takeaways**

- ⊖ Growth investments in our stores, including Sephora and store refreshes totaling nearly $50 million
- ⊖ Higher wages and transportation costs
- ⊖ Expenses related to proxy contest and ongoing sale process

# Q1 Inventory driven largely by unique factors



$2,667M    +$332M    +$214M    +$82M    +$441M    $3,736M

| Q1 2021 | Sephora / Beauty | In-Transit | Pack & Hold | Core | Q1 2022 |

**Q1 2022 Inventory Increased 40% Y/Y Driven By:**

- The investment in beauty inventory to support the 200 Sephora shops opened last Fall as well as the Sephora openings this year
- In-transit inventory increased as we incorporated additional transportation time to ensure we meet consumer demand
- Pack & hold strategies were leveraged for late holiday receipts including sleepwear and fleece
- **Excluding these three unique factors, inventory would be up 16.5% to last year, but down (15%) to Q1 2019**

# Sephora at Kohl's continues to drive impressive results in Q1







- Positive low-single digits comp growth in the 200 stores with Sephora

- Sales strength across all categories, including Skincare, Makeup, and Fragrance

- 400 Sephora stores to open in 2022 (48 stores opened during the last week of April, nearly 300 planned in Q2 and remainder in early August)

- Continue to target $2 billion in sales by 2025



# Updated 2022 Outlook

# 2022 Updated Outlook

| Metric | Full Year Guidance |
|---|---|
| Net Sales | **Flat to +1% increase** versus 2021 |
| Operating Margin | **7.0% to 7.2%** |
| EPS | **$6.45 to $6.85** |

## Capital Allocation Strategy

- **Capex:** ~$850 million

- **Dividend:** $0.50 quarterly dividend payable on June 22, 2022

- **Share Repurchase Program:** As part of its $3.0 billion share repurchase authorization, the Company plans to repurchase at least $1.0 billion in shares in 2022, of which $500 million is expected to be repurchased through an ASR program executed in Q2 2022







KOHL'S



# Our Strategy



**Our Strategy**
*Introduced Oct. 2020*

## The most trusted retailer of choice for the Active and Casual lifestyle

| Drive Top Line Growth | | | Expand Operating Margin | Disciplined Capital Management | Strong Organizational Core |
|---|---|---|---|---|---|
| Destination for Active & Casual Lifestyle | Leading with Loyalty & Value | Differentiated Omnichannel Experience | Operating Margin Goal of 7% to 8% | Maintain Strong Balance Sheet | Agile, Accountable & Inclusive Culture |

### Creating Long-term Shareholder Value

 Return to growth  Expand operating margin

Solid cash flow generation  Maintain strong balance sheet   Return capital to shareholders

KOHL'S

# Committed to Creating Value

| Kohl's Financial Framework | | |
|---|---|---|
| SALES GROWTH | OPERATING MARGIN | EPS GROWTH [1] |
| Low-Single Digits % | 7% to 8% | Mid-to-High Single Digits % |



## Capital Allocation Principles

Strong Balance Sheet

Invest in Growth

Significant Capital Returns

(1) Mid-to-High single digits EPS growth off of FY22 base

# Multiple initiatives to support sales growth









## Destination for the Active & Casual Lifestyle

- Fuel growth in Active to at least 30% of sales, driven by key national brands (Nike, Under Armour, and Adidas)
- Reignite growth in Women's
  - Lead in Women's casual apparel
  - Lean into adjacent categories (dresses, swim)
  - Amplify inclusivity
- Strong, differentiated brand and category portfolio
  - Scale new, traffic driving brands
  - Deliver through quality private brands
  - Pipeline of newness and discovery

## Grow Sephora to a $2 Billion Business

- Sephora at Kohl's will become a leading beauty destination as we expand to 850 stores by 2023 (600 open by Fall 2022)
- Positive low-single digits % comps in 200 Sephora at Kohl's locations in Q1
- Sephora is driving new, younger and more diverse customers to Kohl's (25% of Sephora customers are new to Kohl's)
- Drive innovation across partnership (cross company BOPUS, impulse merchandising)

## Leading with Loyalty & Value

- Kohl's Cash: Iconic and differentiated loyalty device that provides a fly-wheel effect on customer return visits
- Kohl's Rewards: 30M+ loyalty members spend 2x more than non-loyalty members
- Kohl's Card: Industry-leading private label credit card
  - Enhanced rewards to get 50% more on every purchase (7.5%)
  - Launching co-branded card
- Loyalty platform drives enhanced personalized marketing and efficiencies

## Differentiated Omnichannel Experience

- Planning to open 100+ new smaller format stores in next four years, expanding reach with $500M+ sales opportunity
- Expanding omni capabilities in stores (e.g. self-service BOPUS in all stores in 2022, piloting self-service returns in 100 stores, and testing self-service checkout)
- Enhancing digital experience to drive growth
  - Expanded online assortment
  - Kohl's Media Network

**Driving Sustainable Low-Single-Digits % Sales Growth**

# Multiple initiatives to support sales growth in 2022 and beyond...



**Net Sales** (in millions)

$18,471

2021 — Sephora[1] — New Stores[2] — Other Initiatives[3] — Displacement[4] — 2026[5]

+LSD% Growth

1. Sephora sales goal of $2 billion by 2025 from a base of less than $200 million in 2021.
2. New store sales opportunity of $500 million plus as company opens 100 or more new smaller format stores during 2022-2025
3. Other initiatives include Women's growth as well as digital and loyalty, distinct from sales generated in new stores.
4. Displacement includes pre-Sephora beauty business at Kohl's (800 sq. ft. in-store and online), as well as additional square footage in stores impacted by launch of 2,500 sq. ft. Sephora shops (e.g. fine jewelry, men's dress, and accessories)
5. 2026 referenced to capture the majority of the key sales initiatives as outlined in the company's recent investor day presentation. Chart assumes mid-point of 2022 sales guidance of 2-3%, as well as mid-point of long-term sales guidance of low-single digits % for 2023-2026.

# Sephora at Kohl's is driving impressive results



- Sephora becomes Kohl's exclusive beauty partner online and in at least 850 stores

- 200 Sephora shops opened in 2021 and opening an additional 400 in 2022 and 250 in 2023

- Innovating and testing to drive engagement including cross-company BOPUS, impulse merchandising, and Men's offering

- Partnership structured to drive joint success with equal share in the operating profit

- Large cross-selling opportunity with 50% of Sephora baskets having an additional category purchased

- Significant return on investment (capex per store of ~$850k) with expected payback period of less than 3.5 years

**$2 billion**
sales goal by 2025

**Positive low-single digits comps**
in the 200 stores with Sephora in Q1

**50% of Sephora baskets**
have an additional category purchased

**Highly accretive to operating margin**

# New store expansion opportunity allows Kohl's to expand reach



**$500M+**
sales opportunity

**Smaller Format**
primarily 35k sq ft



**5 stores**
opening in 2022

Tacoma, WA
Morgantown, WV
Lenox, MA
San Angelo, TX
Bonney Lake, WA

**15%+**
targeted return



**New Store Economics**

- 100+ new small store openings planned in the next four years allowing Kohl's to reach smaller markets
- Testing new experiences, including more localized assortments and Sephora at Kohl's in smaller stores
- Expansion follows successful pilot of 20+ smaller stores
- Avg. fulfilled sales per store of $5M
- Avg. 4-wall cash flow of ~$1.0M per store
- Solid targeted return on investment (capex per store of ~$5M) with expected payback period of 5 years

# Fundamental business model improvements in place, driving a consistent 7% to 8% operating margin



**Gross Margin Drivers**

| | |
|---|---|
| **Inventory Management** | • Drive inventory turn of 4.0x+<br>• Dynamic inventory allocation<br>• Strategic focus on more productive categories |
| **Sourcing Cost Savings** | • Continue to leverage our centralized sourcing and direct factory negotiations<br>• Developing strategies to further reduce reliance on third party agents |
| **Optimizing Price / Promotion Strategies** | • Simplified pricing while reducing promoted offers<br>• Greater deployment of targeted and personalized offers |

**Gross Margin 36% to 37%**

**SG&A Expense Management Initiatives**

| | |
|---|---|
| **Transform labor across stores and fulfillment centers to mitigate wage inflation** | • Scale self-service across chain<br>• Drive productivity across fulfillment centers |
| **Build on initial success in improving marketing efficiency** | • Goal to lower spend ratio to 4.0% of sales or below<br>• Reduced marketing expenses by more than $130M since 2019 |
| **Focused on maintaining technology efficiency** | • Reduced technology expenses by more than $100M since 2019<br>• Rebalanced technology staff with more internal labor |

**SG&A Expense Ratio 27% to 28%**

**We are confident in our ability to navigate ongoing margin pressure from cost inflation, higher freight expense, wage investments, and increasing digital penetration**

# Significant cash flow generation allows investment in high ROI growth initiatives...

| Strong Expected Cash Flow ... | ... Which Goes Towards Impactful Organic Investments |
|---|---|

**Operating Cash Flow**

**~$5.5B+**

2022-2024E

**Free Cash Flow**

**~$2.5B**

2022-2024E

**1 Sephora Opportunity**
- $2B sales opportunity
- Will be in 850+ locations by 2023
- Drives overall traffic and new customer acquisition

**2 New Store Expansion**
- $500M+ sales opportunity
- 100+ smaller format stores in next four years
- Injecting localization and new initiatives to broaden reach

**3 Technology**
- Kohl's Media Network
- Store automation
- Localization
- Personalization

**4 Enhancing Supply Chain**
- Distribution network optimization
- Strategic sourcing opportunities
- Improved inventory management

**We have developed a powerful data analytics engine which will enable us to invest our substantial cash flow in the highest-growth opportunities**

Note: Operating Cash Flow defined as cash flow from operations; free cash flow defined as operating cash flow less capex and finance lease and financing obligation payments.

20

# ...And commitment to returning capital to shareholders





| | |
|---|---|
| **$2.3B+ of Expected Share Repurchases in 2021 and 2022** | **Doubled the Annual Dividend in 2022** |

($ in mm)

$1.35B

$1.0B+

2021    2022

- Repurchased ~$13B in shares since 2006, reducing share count by ~60%
- Announced $3B share repurchase authorization in 2022
- **Plan to repurchase at least $1B shares in fiscal 2022,** with $500M expected to be repurchased in Q2 2022

($ per share)

$2.00

$1.00

2021    2022

- Distributed $3.4B in dividends since 2011
- Announced 100% increase in dividend per share in 2022
- Remain committed to **growing our dividend over time**

KOHL'S    (1) Direct peers include Macy's, Nordstrom, and Dillard's.

# Long-standing focus on ESG Stewardship

**KOHL'S ♡ Cares**
for People and Planet

| Culture | Community | Climate |
|---|---|---|
| **100,000**<br>Associates | **$815M+**<br>donations through Kohl's Cares | **Net Zero by 2050**<br>committed to reducing GHG emissions |
| **8**<br>Business Resource Groups | **5.5M+**<br>volunteer hours served by Kohl's associates | **165**<br>solar and wind locations |
| **D&I Framework**<br>introduced in 2020 | **Tripling Spend**<br>among diverse suppliers by 2025 | **146**<br>EV charging locations |

 

  

 



# Reconciliations

Adjusted Net Income and Diluted Earnings per Share, Non-GAAP Financial Measures (unaudited)

|  | Three Months Ended | |
| --- | --- | --- |
| (Dollars in Millions, Except per Share Data) | April 30, 2022 | May 1, 2021 |
| **Net Income** | | |
| GAAP | $ 14 | $ 14 |
| Impairments, store closing, and other | — | 201 |
| Income tax impact of items noted above | — | (50) |
| **Adjusted (non-GAAP)** | **$ 14** | **$ 165** |

| Diluted Earnings per Share | April 30, 2022 | May 1, 2021 |
| --- | --- | --- |
| GAAP | $ 0.11 | $ 0.09 |
| Loss on extinguishment of debt | — | 1.29 |
| Income tax impact of items noted above | — | (0.33) |
| **Adjusted (non-GAAP)** | **$ 0.11** | **$ 1.05** |

# Reconciliations

| Free Cash Flow<br>($ in millions) | Three Months Ended<br>April 30, 2022 | |
|---|---|---|
| Net cash provided by operating activities | $ | (460) |
| Acquisition of property and equipment | | (221) |
| Finance lease and financing obligation payments | | (29) |
| Proceeds from financing obligations | | 4 |
| **Free Cash Flow** | **$** | **(706)** |

KOHL'S

