# EXHIBIT S

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): May 19, 2020**

---

# KOHL'S CORPORATION
**(Exact name of registrant as specified in its charter)**

---

| **Wisconsin** | **001-11084** | **39-1630919** |
|:---:|:---:|:---:|
| **(State or other jurisdiction** | **(Commission** | **(IRS Employer** |
| **of incorporation)** | **File Number)** | **Identification No.)** |

**N56 W17000 Ridgewood Drive**
**Menomonee Falls, Wisconsin**     **53051**
**(Address of principal executive offices)**     **(Zip Code)**

**Registrant's telephone number, including area code: (262) 703-7000**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---|:---:|:---:|
| Common Stock, $.01 par value | KSS | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02.**     <u>**Results of Operations and Financial Condition.**</u>

On May 19, 2020, Kohl's Corporation issued a press release reporting its earnings for the quarter ended May 2, 2020. A copy of the press release is attached as Exhibit 99.1 and incorporated by reference herein.

**Item 7.01.**     <u>**Regulation FD Disclosure.**</u>

See Item 2.02. As part of its press release reporting earnings for the quarter ended May 2, 2020, Kohl's Corporation provided an update on actions taken in response to COVID-19, including the Company's actions against its priorities at the onset of the COVID-19 pandemic and the health and safety protocols it has incorporated into stores that have begun to reopen following the Company's previous announcement of nationwide store closures due to the pandemic.

The information in Items 2.02 and 7.01, including the exhibit attached hereto, is furnished solely pursuant to Items 2.02 and 7.01 of Form 8-K. Consequently, such information is not deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, or otherwise subject to the liabilities of that section. Further, the information in Items 2.02 and 7.01, including the exhibit, shall not be deemed to be incorporated by reference into the filings of the registrant under the Securities Act of 1933.

<u>**Cautionary Statement Regarding Forward-Looking Information and Non-GAAP Measures**</u>

*This current report on Form 8-K contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The Company intends forward-looking terminology such as "believes," "expects," "may," "will," "should," "anticipates," "plans," or similar expressions to identify forward-looking statements. Such statements are subject to certain risks and uncertainties, which could cause the Company's actual results to differ materially from those anticipated by the forward-looking statements. These risks and uncertainties include, but are not limited to, risks described more fully in Item 1A in the Company's Annual Report on Form 10-K, which is expressly incorporated herein by reference, and other factors as may periodically be described in the Company's filings with the SEC. Forward-looking statements relate to the date initially made, and Kohl's undertakes no obligation to update them.*

*In this press release and presentation materials, the Company provides information regarding adjusted net (loss) income and adjusted diluted (loss) earnings per share, which are not recognized terms under U.S. generally accepted accounting principles ("GAAP") and do not purport to be alternatives to net income as a measure of operating performance. A reconciliation of adjusted net (loss) income and adjusted diluted (loss) earnings per share is provided in this press release and presentation materials. The Company believes that the use of these non-GAAP financial measures provides investors with enhanced visibility into its results with respect to the impact of certain costs. Because not all companies use identical calculations, these presentations may not be comparable to other similarly titled measures of other companies.*

**Item 9.01.**     <u>**Financial Statements and Exhibits.**</u>

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release dated May 19, 2020 |
| 99.2 | Presentation Materials for May 19, 2020 Quarterly Earnings Conference Call |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: May 19, 2020                             KOHL'S CORPORATION

By:    /s/ Jason J. Kelroy
        Jason J. Kelroy
        Executive Vice President,
        General Counsel and Secretary

Exhibit 99.1

**Kohl's Corporation Reports Financial Results**

- Significantly increased financial flexibility during quarter, ending with $2.0 billion in cash

- Swift and aggressive actions taken in response to COVID-19 resulted in positive operating cash flow

- First quarter net sales decrease (43.5%)

- First quarter diluted loss per share of ($3.50); adjusted diluted loss per share[2] of ($3.20)

MENOMONEE FALLS, Wis.—(BUSINESS WIRE)—May 19, 2020— Kohl's Corporation (NYSE:KSS) today reported results for the quarter ended May 2, 2020.

| ($ in millions, except per share data) | Three Months | | |
| --- | --- | --- | --- |
| | 2020 | 2019 | Change |
| Total revenue | $2,428 | $4,087 | (40.6)% |
| Net sales[1] | (43.5)% | (3.3)% | |
| Gross margin | 17.3% | 36.8% | (1,950) bps |
| Selling, general, and administrative expenses | $1,066 | $1,275 | (16.4)% |
| **Reported** | | | |
| Net (loss) income | $ (541) | $ 62 | (973)% |
| Diluted (loss) earnings per share | $ (3.50) | $ 0.38 | (1,021)% |
| **Non-GAAP[2]** | | | |
| Adjusted net (loss) income | $ (495) | $ 98 | (605)% |
| Adjusted diluted (loss) earnings per share | $ (3.20) | $ 0.61 | (625)% |

(1)   Not reporting comparable sales due to store closures
(2)   Excludes Impairments, store closing, and other costs

"We entered the year in a strong financial position and our business was tracking to our expectations prior to the onset of the crisis. We immediately responded with actions to protect the health and safety of our associates and customers and to preserve our financial position. I am incredibly proud of how our associates stepped up to face this unprecedented challenge with speed and agility. Our actions to manage cash outflow and increase liquidity have been instrumental in enhancing our position to navigate this crisis, and we believe our history of prudent capital management will continue to serve us well," said Michelle Gass, Kohl's chief executive officer.

"We have begun the rebuilding process, recently reopening about 50% of our stores across the country. In doing so, we have taken special care to equip our stores with the latest health and safety measures as we welcome back our associates and customers," said Gass. "As we look ahead, we know this experience will have a lasting impact to customer behavior and the retail landscape, and we are evolving our strategies to ensure our relevance and to capture market share."

**Actions Taken In Response to COVID-19**

As part of the COVID-19 response, the Company has taken the following actions to preserve financial liquidity and financial flexibility:

- Managed inventory receipts meaningfully lower,

- Significantly reduced expenses across the business inclusive of marketing, technology, operations and payroll,

- Decreased planned capital expenditures by approximately $500 million,

- Suspended share repurchase program,

- Suspended regular quarterly cash dividend beginning in the second quarter of 2020,

- Replaced and upsized revolver to $1.5 billion secured facility, and

- Issued $600 million notes due 2025.

**First Quarter 2020 Earnings Conference Call**

Kohl's will host its quarterly earnings conference call at 9:00 am ET on May 19, 2020. A webcast of the conference call and the related presentation materials will be available via the Company's web site at http://corporate.kohls.com/investors/events-and-presentations, both live and after the call.

**Cautionary Statement Regarding Forward-Looking Information and Non-GAAP Measures**

*This current report on Form 8-K contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The Company intends forward-looking terminology such as "believes," "expects," "may," "will," "should," "anticipates," "plans," or similar expressions to identify forward-looking statements. Such statements are subject to certain risks and uncertainties, which could cause the Company's actual results to differ materially from those anticipated by the forward-looking statements. These risks and uncertainties include, but are not limited to, risks described more fully in Item 1A in the Company's Annual Report on Form 10-K, which is expressly incorporated herein by reference, and other factors as may periodically be described in the Company's filings with the SEC. Forward-looking statements relate to the date initially made, and Kohl's undertakes no obligation to update them.*

*In this press release, the Company provides information regarding adjusted net (loss) income and adjusted diluted (loss) earnings per share, which are not recognized terms under U.S. generally accepted accounting principles ("GAAP") and do not purport to be alternatives to net income as a measure of operating performance. A reconciliation of adjusted net (loss) income and adjusted diluted (loss) earnings per share is provided in this release. The Company believes that the use of these non-GAAP financial measures provides investors with enhanced visibility into its results with respect to the impact of certain costs. Because not all companies use identical calculations, these presentations may not be comparable to other similarly titled measures of other companies.*

## About Kohl's

Kohl's (NYSE: KSS) is a leading omnichannel retailer with more than 1,100 stores in 49 states. With a commitment to inspiring and empowering families to lead fulfilled lives, Kohl's offers amazing national and exclusive brands, incredible savings and an easy shopping experience in our stores, online at Kohls.com and on Kohl's mobile app. Since its founding, Kohl's has given more than $750 million to support communities nationwide, with a focus on family health and wellness. For a list of store locations or to shop online, visit Kohls.com. For more information about Kohl's impact in the community or how to join our winning team, visit Corporate.Kohls.com or follow @KohlsNews on Twitter**.**

## Contacts

**Investor Relations:**

Mark Rupe, (262) 703-1266, mark.rupe@kohls.com

**Media:**

Jen Johnson, (262) 703-5241, jen.johnson@kohls.com

# KOHL'S CORPORATION
## CONSOLIDATED STATEMENTS OF OPERATIONS
(Unaudited)

| | Three Months Ended | |
|---|---|---|
| (Dollars in Millions, Except per Share Data) | May 2, 2020 | May 4, 2019 |
| Net sales | $ 2,160 | $ 3,821 |
| Other revenue | 268 | 266 |
| Total revenue | 2,428 | 4,087 |
| Cost of merchandise sold | 1,787 | 2,415 |
| *Gross margin rate* | *17.3%* | *36.8%* |
| Operating expenses: | | |
| Selling, general, and administrative | 1,066 | 1,275 |
| *As a percent of total revenue* | *43.9%* | *31.2%* |
| Depreciation and amortization | 227 | 230 |
| Impairments, store closing, and other costs | 66 | 49 |
| Operating (loss) income | (718) | 118 |
| Interest expense, net | 58 | 52 |
| (Loss) income before income taxes | (776) | 66 |
| Provision for income taxes | (235) | 4 |
| Net (loss) income | $ (541) | $ 62 |
| Average number of shares: | | |
| Basic | 154 | 161 |
| Diluted | 155 | 162 |
| (Loss) earnings per share: | | |
| Basic | $ (3.52) | $ 0.38 |
| Diluted | $ (3.50) | $ 0.38 |

## ADJUSTED NET (LOSS) INCOME AND DILUTED (LOSS) EARNINGS PER SHARE, NON-GAAP FINANCIAL MEASURES
(Unaudited)

| | Three Months Ended | |
|---|---|---|
| (Dollars in Millions, Except per Share Data) | May 2, 2020 | May 4, 2019 |
| **Net (loss) income** | | |
| GAAP | $ (541) | $ 62 |
| Impairments, store closing, and other costs | 46 | 36 |
| Adjusted (non-GAAP) | $ (495) | $ 98 |
| **Diluted (loss) earnings per share** | | |
| GAAP | $ (3.50) | $ 0.38 |
| Impairments, store closing, and other costs | 0.30 | 0.23 |
| Adjusted (non-GAAP) | $ (3.20) | $ 0.61 |

# KOHL'S CORPORATION
## CONSOLIDATED BALANCE SHEETS
(Unaudited)

| (Dollars in Millions) | May 2, 2020 | | May 4, 2019 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | **2,039** | $ | 543 |
| Merchandise inventories | | **3,557** | | 3,680 |
| Income tax receivable | | **174** | | 15 |
| Other | | **400** | | 397 |
| Total current assets | | **6,170** | | 4,635 |
| Property and equipment, net | | **7,169** | | 7,211 |
| Operating leases | | **2,373** | | 2,453 |
| Other assets | | **157** | | 167 |
| Total assets | $ | **15,869** | $ | 14,466 |
| **Liabilities and Shareholders' Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | **1,866** | $ | 1,295 |
| Accrued liabilities | | **1,070** | | 1,184 |
| Income taxes payable | | **68** | | 40 |
| Current portion of: | | | | |
| Finance leases and financing obligations | | **124** | | 115 |
| Operating leases | | **159** | | 158 |
| Total current liabilities | | **3,287** | | 2,792 |
| Long-term debt | | **3,449** | | 1,855 |
| Finance leases and financing obligations | | **1,351** | | 1,225 |
| Operating leases | | **2,605** | | 2,680 |
| Deferred income taxes | | **165** | | 233 |
| Other long-term liabilities | | **222** | | 239 |
| Shareholders' equity | | **4,790** | | 5,442 |
| Total liabilities and shareholders' equity | $ | **15,869** | $ | 14,466 |

# KOHL'S CORPORATION
## CONSOLIDATED STATEMENTS OF CASH FLOWS
(Unaudited)

| | Three Months Ended | |
| --- | --- | --- |
| (Dollars in Millions) | May 2, 2020 | May 4, 2019 |
| **Operating activities** | | |
| Net (loss) income | $ (541) | $ 62 |
| Adjustments to reconcile net (loss) income to net cash provided by operating activities: | | |
| Depreciation and amortization | 227 | 230 |
| Share-based compensation | 15 | 15 |
| Deferred income taxes | (91) | 18 |
| Impairments, store closing, and other costs | 51 | 49 |
| Non-cash inventory costs | 187 | — |
| Non-cash lease expense | 37 | 37 |
| Other non-cash expenses | 5 | 2 |
| Changes in operating assets and liabilities: | | |
| Merchandise inventories | (205) | (202) |
| Other current and long-term assets | (21) | 6 |
| Accounts payable | 660 | 108 |
| Accrued and other long-term liabilities | (98) | (141) |
| Income taxes | (139) | 1 |
| Operating lease liabilities | (34) | (49) |
| Net cash provided by operating activities | 53 | 136 |
| **Investing activities** | | |
| Acquisition of property and equipment | (162) | (238) |
| Net cash used in investing activities | (162) | (238) |
| **Financing activities** | | |
| Proceeds from issuance of debt | 2,097 | — |
| Deferred financing costs | (19) | — |
| Treasury stock purchases | (8) | (121) |
| Shares withheld for taxes on vested restricted shares | (20) | (25) |
| Dividends paid | (108) | (108) |
| Reduction of long-term borrowings | (497) | (6) |
| Finance lease and financing obligation payments | (23) | (31) |
| Proceeds from stock option exercises | — | 2 |
| Proceeds from financing obligations | 3 | — |
| Net cash provided by (used in) financing activities | 1,425 | (289) |
| Net increase (decrease) in cash and cash equivalents | 1,316 | (391) |
| Cash and cash equivalents at beginning of period | 723 | 934 |
| Cash and cash equivalents at end of period | $ 2,039 | $ 543 |



Exhibit 99.2

# Q1 2020 Results Presentation
May 19, 2020

## Cautionary Statement Regarding Forward-Looking Information

This presentation contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Words such as "believes," "anticipates," "plans," "may," "intends," "will," "should," "expects," and similar expressions are intended to identify forward-looking statements. Forward-looking statements include, but are not limited to, comments about Kohl's future financial plans, capital generation, management and deployment strategies, adequacy of capital resources and the competitive environment, including statements related to the ongoing implications of the novel coronavirus (COVID-19). Such statements are subject to certain risks and uncertainties, which could cause Kohl's actual results to differ materially from those anticipated by the forward-looking statements. These risks and uncertainties include, but are not limited to, those described in Item 1A in Kohl's Annual Report on Form 10-K, which is expressly incorporated herein by reference, and other factors as may periodically be described in Kohl's filings with the SEC. Any number of risks and uncertainties could cause actual results to differ materially from those Kohl's expresses in its forward-looking statements, including the ability of Kohl's to successfully navigate the impact of COVID-19; the short and long-term impact of COVID-19 on the economy, and retail and economic activity; changes in consumer behavior and confidence, including those changes related to rising unemployment rates; the duration and scope of COVID-19, and the pace of recovery thereafter; the actions that governments, businesses and individuals take in response to COVID-19, including store closures and limiting or prohibiting certain retail activities; general economic uncertainty and a worsening of economic conditions or low levels of economic growth; the effects of steps Kohl's takes to reduce operating costs and increase its cash position; competitive conditions in the retail industry; relationships with Kohl's associates, customers, vendors, lenders, and stockholders; and the availability of capital to operate Kohl's business. Forward-looking statements speak as of the date they are made, and Kohl's undertakes no obligation to update them.

## Non-GAAP Financial Measures

In addition, this presentation contains non-GAAP financial measures, including Adjusted EPS. Reconciliations of all non-GAAP measures to the most directly comparable GAAP measures are included in the Appendix of this presentation.



# Key Historical Highlights

- Leading omnichannel retailer with 65 million customers in 2019

- Accelerating, high growth digital business with sales penetration of 24% in 2019

- History of strong free cash flow generation and prudent capital management

- Demonstrated commitment to Investment Grade: $940M+ debt paid down in 2018-2019

- Unmatched brand portfolio with collection of strong private and national brands

- Convenient, off-mall stores located primarily in suburban neighborhood strip centers

- Industry leading loyalty program, including strong Kohl's Charge Card sales penetration of 56% in 2019

- Strong culture with best-in-class customer and associate engagement

**1** COVID-19 Update

**2** Q1 2020 Results

**3** Strategic Highlights

4

# Our Top Priorities

➡ Protecting the health and safety of our associates and customers

➡ Preserving our financial position








# Protecting Associates And Customers

## Store Closures to Help Slow the Spread of the Virus

- Closed all of our stores on March 20th
- Temporarily furloughed 85,000 associates on March 30th and supported them with two calendar weeks of pay and continuation of existing health benefits

## Enhanced Safety Measures as Stores Reopen

- Reopened about 50% of our stores across the country since May 4, 2020
- Following a set of criteria, including state guidelines, health data, store readiness, and field insights
- Significant enhancements to the store environment and operations made to prioritize the health and safety of Kohl's customers and associates
  - Limited store hours
  - Social distancing measures
  - Elevated cleaning and sanitization measures
  - Associate wellness and temperature checks, safety training and the use of masks

7

# Preserving Financial Position

**Drive Digital Sales**

- Leaned into Digital business and quickly updated digital site content to reflect customer interest
- Launched Store Drive Up on April 2nd in most stores

**Reduced Cash Outflow**

- Inventory: Managed receipts lower and extended payment terms
- SG&A: Significantly reduced expenses across all areas
- Capex: Lowered 2020 forecast by $500 million
- Dividend: Suspended beginning in Q2 2020
- Share repurchases: Suspended

**Increased Financial Liquidity**

- Revolver: Replaced, securitized, and upsized to $1.5 billion
- New Debt: Issued $600 million notes due 2025



# Q1 2020 Results

## Key Takeaways

- Entered 2020 in a strong financial position with business tracking to expectations prior to the crisis
- Immediately responded with aggressive actions to significantly enhance financial flexibility
- Positive operating cash flow in Q1 achieved through collective actions
- Ended quarter with $2.0 billion in cash and $500 million of availability on our revolver

## Q1 2020 Results

- COVID-19 materially impacted results as all stores were closed beginning on March 20th
- Total revenue (41%), with net sales (43%) and other revenue flat
- Digital sales +24%, and accelerated to +60% in the month of April
- Gross margin significantly contracted due to COVID-19 impact
- SG&A expense declined 16% in Q1, yet declined 19.5% excluding COVID-19 expenses
- Adjusted EPS[1] ($3.20) vs. $0.61 in prior year
- Inventory declined 3% year-over-year and receipts were down over 30%

(1) Adjusted EPS is a non-GAAP financial measure. Please refer to the reconciliation included in the Appendix for more information.

# Q1 2020 Key Metrics

| Consolidated Statement of Operations | Three Months Ended | |
|---|---|---|
| (Dollars in Millions, Except EPS data) | May 2, 2020 | May 4, 2019 |
| Net Sales | $ 2,160 | $ 3,821 |
| Total Revenue | 2,428 | 4,087 |
| Gross Margin Rate | 17.3% | 36.8% |
| SG&A Expenses | 1,066 | 1,275 |
| Depreciation and Amortization | 227 | 230 |
| Impairments, Store Closings, and Other Costs | 66 | 49 |
| Operating (Loss) Income | $ (718) | $ 118 |
| Interest Expense, Net | 58 | 52 |
| Provision for Income Taxes | (235) | 4 |
| Net (Loss) Income | $ (541) | $ 62 |
| Diluted (Loss) Earnings per Share | ($3.50) | $0.38 |
| Adusted Net (Loss) Income (Non-GAAP) | $ (495) | $ 98 |
| Diluted Adjusted (Loss) Earnings per Share (Non-GAAP) | ($3.20) | $0.61 |

| Key Balance Sheet Items | May 2, 2020 | May 4, 2019 |
|---|---|---|
| (Dollars in millions) | | |
| Cash and Cash Equivalents | $ 2,039 | $ 543 |
| Merchandise Inventories | 3,557 | 3,680 |
| Accounts Payable | 1,866 | 1,295 |
| Long-term Debt | 3,449 | 1,855 |

Adjusted EPS is a non-GAAP financial measure. Please refer to the reconciliation included in the Appendix for more information.

11

# Q1 Gross Margin

| | | |
|---|---|---|
| **Q1 2019 Gross Margin** | 36.8% | |
| **Inventory Actions** | (~1,500) bps | • **Usual clearance permanent markdowns** in February spread across significantly lower sales due to COVID-19<br>• Established a **reserve for excess seasonal inventory** given the lower sales demand due to COVID-19 |
| **Cost of Shipping** | (~250) bps | • Cost of shipping pressure driven by **significant shift of sales to Digital** in Q1 2020 (45% of total sales) vs. Q1 2019 (21% of total sales) due to store closures related to COVID-19 |
| **Mix / Other** | (~200) bps | • Unfavorable product mix as **Home category outperformed** and increased promotional activity |
| **Q1 2020 Gross Margin** | 17.3% | |

2

# Enhanced Liquidity Position

## Key Q1 2020 Balance Sheet & Cash Flow Items

February 1, 2020
**Beginning Cash** ......................................... **$723M**

**Sources**

Revolver ................................................ $1,000M
New Debt ............................................... $600M
Operating Cash Flow .............................. $53M

**Uses**

Capex ..................................................... ($162M)
Dividend ................................................ ($108M)
Share Repurchase ................................. ($8M)

May 2, 2020
**Ending Cash** ......................................... **$2,039M**

### Key Takeaways

- Long history of disciplined and prudent capital management

- More than two decades of maintaining Investment Grade rating

- Swift and aggressive actions taken to ensure appropriate financial liquidity to manage through crisis

- Confident that actions taken will successfully preserve financial position of the company

13

# Strategic Highlights

# Kohl's is a leading **omnichannel** retailer with a **strong** foundation, and a **large** and **loyal** customer base of **65 million**

| An **unmatched brand portfolio** at the best value | Easy and **inspiring experiences** | **Leading loyalty** program |
|---|---|---|

  



**KOHL'S**

## Strategic Focus Areas

**Strengthening** product leadership

**Elevating** the experience

**Leading** the next generation of loyalty

**Operating** with excellence

# Brands

## Strong collection of **private brands**



$7B
private
brand sales



4 of top 5
brands are
private



Two
$1B
brands

**SONOMA**
GOODS FOR LIFE

Croft&Barrow

**APT.9**

*jumping beans*

**EVRI**

*food*



THE
**BIG**
ONE

SimplyVera
VERA WANG

LC LAUREN CONRAD

**TEK GEAR**

urban PIPELINE

# Brands

## Strong collection of **national brands**











# The power of our store base



| | |
|---|---|
| **1,159**<br>stores in 49 states | **80%**<br>of Americans live within<br>15 miles of a Kohl's Store |
| **95%**<br>of Kohl's stores<br>are off mall | **99%**<br>of stores 4-wall cash-flow<br>positive in 2019 |
| **35%+**<br>of digital orders<br>fulfilled by stores | Digital sales are<br>**higher**<br>with proximity to stores |

# Customer behaviors are influencing their expectations of the retail experience

### Shift to digital



of Kohl's digital sales are on mobile

### Mobile use increase



of Kohl's traffic occurs through smartphones

### Social media influence



active Kohl's App users

# Digital has been key growth driver



# Kohl's has a leading loyalty program









Loyalty program
4 years running

Loyalty
members

Kohl's Charge card
penetration

Based on 2019 Figures
Source: Bond Loyalty Report

# Recent investments are paying off






## Active

Sales nearly **doubled** since 2013

## Beauty

Sales **increased** nearly **40**% in past 5 years

## Digital

Achieved **17**% 5-year sales CAGR

## Amazon

**Innovation** to **drive traffic** into stores

# Our Capital Allocation Priorities



1. Invest in the business
2. Dividend
3. Opportunistic, complementary M&A
4. Share repurchases

## Maintain **strong** balance sheet
*Long-term objective of maintaining investment grade*

Due to COVID-19, the Company has reduced its investment in the business and has suspended its dividend and share repurchase program.

24

# Appendix

25

# Reconciliations

Adjusted Net (Loss) Income and Diluted (Loss) Earnings per Share, Non-GAAP Financial Measures
(Unaudited)

| (Dollars in Millions, Except per Share Data) | Three Months Ended | | | |
|---|---|---|---|---|
| | May 2, 2020 | | May 4, 2019 | |
| **Net (Loss) Income** | | | | |
| GAAP | $ | (541) | $ | 62 |
| Impairments, store closing, and other costs | | 46 | | 36 |
| Adjusted (non-GAAP) | $ | (495) | $ | 98 |
| **Diluted (Loss) Earnings per Share** | | | | |
| GAAP | $ | (3.50) | $ | 0.38 |
| Impairments, store closing, and other costs | | 0.30 | | 0.23 |
| Adjusted (non-GAAP) | $ | (3.20) | $ | 0.61 |

