# EXHIBIT T

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

---

# FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): May 20, 2021**

---

# KOHL'S CORPORATION

**(Exact name of registrant as specified in its charter)**

---

| **Wisconsin** | **001-11084** | **39-1630919** |
|:---:|:---:|:---:|
| **(State or other jurisdiction** | **(Commission** | **(IRS Employer** |
| **of incorporation)** | **File Number)** | **Identification No.)** |

**N56 W17000 Ridgewood Drive**
**Menomonee Falls, Wisconsin**          **53051**
**(Address of principal executive offices)**          **(Zip Code)**

**Registrant's telephone number, including area code: (262) 703-7000**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| **Common Stock, $.01 par value** | **KSS** | **New York Stock Exchange** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02.   Results of Operations and Financial Condition.**

On May 20, 2021, Kohl's Corporation issued a press release reporting its earnings for the quarter ended May 1, 2021 and updated its earnings guidance for fiscal 2021. A copy of the press release is attached as Exhibit 99.1 and incorporated by reference herein. A copy of the presentation materials for the May 20, 2021 quarterly earnings conference call is attached as Exhibit 99.2 and incorporated by reference herein.

**Item 7.01.   Regulation FD Disclosure.**

See Item 2.02.

The information in Items 2.02 and 7.01, including the exhibits attached hereto, is furnished solely pursuant to Items 2.02 and 7.01 of Form 8-K. Consequently, such information is not deemed "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, or otherwise subject to the liabilities of that section. Further, the information in Items 2.02 and 7.01, including the exhibits, shall not be deemed to be incorporated by reference into the filings of the registrant under the Securities Act of 1933.

**Item 8.01.   Other Events.**

On May 12, 2021, Kohl's Board of Directors declared a quarterly cash dividend of $0.25 per share. The dividend will be paid on June 23, 2021 to all shareholders of record at the close of business on June 9, 2021.

**Cautionary Statement Regarding Forward-Looking Information and Non-GAAP Measures**

*This current report on Form 8-K contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The Company intends forward-looking terminology such as "believes," "expects," "may," "will," "should," "anticipates," "plans," or similar expressions to identify forward-looking statements. Such statements are subject to certain risks and uncertainties, which could cause the Company's actual results to differ materially from those anticipated by the forward-looking statements. These risks and uncertainties include, but are not limited to, risks described more fully in Item 1A in the Company's Annual Report on Form 10-K, which are expressly incorporated herein by reference, and other factors as may periodically be described in the Company's filings with the SEC. Forward-looking statements relate to the date initially made, and Kohl's undertakes no obligation to update them.*

*In the attached press release and presentation materials, the Company provides information regarding adjusted net income (loss), adjusted diluted earnings (loss) per share, and free cash flow, which are not recognized terms under U.S. generally accepted accounting principles ("GAAP") and do not purport to be alternatives to net income as a measure of operating performance. Reconciliations of adjusted net income (loss), adjusted diluted earnings (loss) per share, and free cash flow are provided in this press release and presentation materials. The Company believes that the use of these non-GAAP financial measures provides investors with enhanced visibility into its results with respect to the impact of certain costs. Because not all companies use identical calculations, these presentations may not be comparable to other similarly titled measures of other companies.*

**Item 9.01.   Financial Statements and Exhibits.**

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release dated May 20, 2021 |
| 99.2 | Presentation Materials for May 20, 2021 Quarterly Earnings Conference Call |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Dated: May 20, 2021                                          KOHL'S CORPORATION

                                                             By:   /s/ Jason J. Kelroy
                                                                   Jason J. Kelroy
                                                                   Senior Executive Vice President,
                                                                   General Counsel and Corporate Secretary

**Exhibit 99.1**

**Kohl's Reports First Quarter Fiscal 2021 Financial Results**

- First quarter net sales and earnings exceed expectations and company raises full year 2021 financial outlook

- First quarter net sales increase 69.5%

- First quarter diluted earnings per share of $0.09; adjusted diluted earnings per share[2] of $1.05

- Strengthened financial position during the quarter, reducing long-term debt by over $500 million and ending with $1.6 billion in cash

- Raises full year 2021 net sales to increase in the mid-to-high teens percentage range as compared to 2020, operating margin to be in the range of 5.7% to 6.1% and adjusted earnings per share to be in the range of $3.80 to $4.20, excluding any non-recurring charges

MENOMONEE FALLS, Wis.—(BUSINESS WIRE)—May 20, 2021— Kohl's Corporation (NYSE:KSS) today reported results for the quarter ended May 1, 2021.

| | Three Months | | |
| --- | --- | --- | --- |
| **($ in millions, except per share data)** | **2021** | **2020** | **Change** |
| **Total revenue** | **$3,887** | $2,428 | 60.1% |
| **Net sales**[1] | **69.5%** | (43.5)% | |
| **Gross margin** | **39.0%** | 17.3% | 2,173bps |
| **Selling, general, and administrative expenses** | **$1,170** | $1,066 | 9.8% |
| **Reported** | | | |
| Net income (loss) | $ 14 | $ (541) | 100%+ |
| Diluted earnings (loss) per share | $ 0.09 | $ (3.52) | 100%+ |
| **Non-GAAP**[2] | | | |
| Adjusted net income (loss) | $ 165 | $ (495) | 100%+ |
| Adjusted diluted earnings (loss) per share | $ 1.05 | $ (3.22) | 100%+ |

(1) Represents change in Net sales vs. prior year period.
(2) Excludes Loss on extinguishment of debt and Impairments, store closing, and other costs.

"We are very pleased with our strong start to 2021 with both sales and earnings materially exceeding expectations. Along with a favorable consumer spending backdrop, we continue to see our key strategic initiatives gain traction and resonate with customers. We saw momentum build through the quarter, especially in our stores where we continue to elevate the experience. We are eagerly preparing for the upcoming launch of our Sephora partnership as well as the introduction of several new exciting brands this fall," said Michelle Gass, Kohl's chief executive officer.

"We are positioned to capitalize on growth opportunities during the balance of 2021 and remain firmly on track to achieving our 2023 strategic goals. Based on our first quarter results, we are raising our full year 2021 guidance," said Gass.

**Updated 2021 Financial Outlook**

The Company is raising its full year 2021 financial outlook to include the following:

- **Net sales** is now expected to increase in the mid-to-high teens percentage range compared to the previous expectation of mid-teens percentage rate increase

- **Operating margin** is now expected to be in the range of 5.7% to 6.1% compared to the previous expectation of 4.5% to 5.0%

- **Adjusted earnings per share** is now expected to be in the range of $3.80 to $4.20, excluding any non-recurring charges, compared to the previous expectation of $2.45 to $2.95

**Dividend**

On May 12, 2021, Kohl's Board of Directors declared a quarterly cash dividend on the Company's common stock of $0.25 per share. The dividend is payable June 23, 2021 to shareholders of record at the close of business on June 9, 2021.

**First Quarter 2021 Earnings Conference Call**

Kohl's will host its quarterly earnings conference call at 9:00 am ET on May 20, 2021. A webcast of the conference call and the related presentation materials will be available via the Company's web site at investors.kohls.com, both live and after the call.

**Cautionary Statement Regarding Forward-Looking Information and Non-GAAP Measures**

*This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. The Company intends forward-looking terminology such as "believes," "expects," "may," "will," "should," "anticipates," "plans," or similar expressions to identify forward-looking statements. Such statements are subject to certain risks and uncertainties, which could cause the Company's actual results to differ materially from those anticipated by the forward-looking statements. These risks and uncertainties include, but are not limited to, risks described more fully in Item 1A in the Company's Annual Report on Form 10-K, which is expressly incorporated herein by reference, and other factors as may periodically be described in the Company's filings with the SEC. Forward-looking statements relate to the date initially made, and Kohl's undertakes no obligation to update them.*

*In this press release, the Company provides information regarding adjusted net income (loss) and adjusted diluted earnings (loss) per share, which are not recognized terms under U.S. generally accepted accounting principles ("GAAP") and do not purport to be alternatives to net income as a measure of operating performance. A reconciliation of adjusted net income (loss) and adjusted diluted earnings (loss) per share is provided in this release. The Company believes that the use of these non-GAAP financial measures provides investors with enhanced visibility into its results with respect to the impact of certain costs. Because not all companies use identical calculations, these presentations may not be comparable to other similarly titled measures of other companies.*

**About Kohl's**

Kohl's (NYSE: KSS) is a leading omnichannel retailer. With more than 1,100 stores in 49 states and the online convenience of Kohls.com and the Kohl's App, Kohl's offers amazing national and exclusive brands at incredible savings for families nationwide. Kohl's is uniquely positioned to deliver against its strategy and its vision to be the most trusted retailer of choice for the active and casual lifestyle. Kohl's is committed to progress in its diversity and inclusion pledges, and the company's environmental, social and corporate governance (ESG) stewardship. For a list of store locations or to shop online, visit Kohls.com. For more information about Kohl's impact in the community or how to join our winning team, visit Corporate.Kohls.com or follow @KohlsNews on Twitter.

**Contacts**
**Investor Relations:**
Mark Rupe, (262) 703-1266, mark.rupe@kohls.com

**Media:**
Jen Johnson, (262) 703-5241, jen.johnson@kohls.com

Source: Kohl's

## KOHL'S CORPORATION
## CONSOLIDATED STATEMENTS OF OPERATIONS
(Unaudited)

| (Dollars in Millions, Except per Share Data) | Three Months Ended | |
| --- | --- | --- |
| | May 1, 2021 | May 2, 2020 |
| Net sales | $ 3,662 | $ 2,160 |
| Other revenue | 225 | 268 |
| Total revenue | 3,887 | 2,428 |
| Cost of merchandise sold | 2,233 | 1,787 |
| Gross margin rate | 39.0% | 17.3% |
| Operating expenses: | | |
| Selling, general, and administrative | 1,170 | 1,066 |
| *As a percent of total revenue* | 30.1% | 43.9% |
| Depreciation and amortization | 211 | 227 |
| Impairments, store closing, and other | — | 66 |
| Operating income (loss) | 273 | (718) |
| Interest expense, net | 67 | 58 |
| Loss on extinguishment of debt | 201 | — |
| Income (loss) before income taxes | 5 | (776) |
| (Benefit) provision for income taxes | (9) | (235) |
| Net income (loss) | $ 14 | $ (541) |
| **Average number of shares:** | | |
| Basic | 154 | 154 |
| Diluted | 156 | 154 |
| **Earnings (loss) per share:** | | |
| Basic | $ 0.09 | $ (3.52) |
| Diluted | $ 0.09 | $ (3.52) |

## ADJUSTED NET INCOME (LOSS) AND DILUTED EARNINGS (LOSS) PER SHARE, NON-GAAP FINANCIAL MEASURES
(Unaudited)

| (Dollars in Millions, Except per Share Data) | Three Months Ended | |
| --- | --- | --- |
| | May 1, 2021 | May 2, 2020 |
| Net income (loss) | | |
| GAAP | $ 14 | $ (541) |
| Impairments, store closing, and other | — | 66 |
| Loss on extinguishment of debt | 201 | — |
| Income tax impact of items noted above | (50) | (20) |
| Adjusted (non-GAAP) | $ 165 | $ (495) |
| Diluted earnings (loss) per share | | |
| GAAP | $ 0.09 | $ (3.52) |
| Impairments, store closing, and other | — | 0.43 |
| Loss on extinguishment of debt | 1.29 | — |
| Income tax impact of items noted above | (0.33) | (0.13) |
| Adjusted (non-GAAP) | $ 1.05 | $ (3.22) |

## KOHL'S CORPORATION
## CONSOLIDATED BALANCE SHEETS
(Unaudited)

| (Dollars in Millions) | May 1, 2021 | May 2, 2020 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 1,609 | $ 2,039 |
| Merchandise inventories | 2,667 | 3,557 |
| Other | 919 | 574 |
| Total current assets | 5,195 | 6,170 |
| Property and equipment, net | 6,653 | 7,169 |
| Operating leases | 2,392 | 2,373 |
| Other assets | 449 | 157 |
| Total assets | $ 14,689 | $ 15,869 |
| **Liabilities and Shareholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 1,378 | $ 1,866 |
| Accrued liabilities | 1,289 | 1,138 |
| Current portion of: | | |
| Finance leases and financing obligations | 112 | 124 |
| Operating leases | 159 | 159 |
| Total current liabilities | 2,938 | 3,287 |
| Long-term debt | 1,909 | 3,449 |
| Finance leases and financing obligations | 1,473 | 1,351 |
| Operating leases | 2,620 | 2,605 |
| Deferred income taxes | 242 | 165 |
| Other long-term liabilities | 390 | 222 |
| Shareholders' equity | 5,117 | 4,790 |
| Total liabilities and shareholders' equity | $ 14,689 | $ 15,869 |

# KOHL'S CORPORATION
## CONSOLIDATED STATEMENTS OF CASH FLOWS
(Unaudited)

| (Dollars in Millions) | Three Months Ended | |
| --- | --- | --- |
| | May 1, 2021 | May 2, 2020 |
| **Operating activities** | | |
| Net income (loss) | $ 14 | $ (541) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | |
| Depreciation and amortization | 211 | 227 |
| Share-based compensation | 12 | 15 |
| Deferred income tax expense | (65) | (91) |
| Impairments, store closing, and other costs | — | 51 |
| Loss on extinguishment of debt | 201 | — |
| Non-cash inventory costs | — | 187 |
| Non-cash lease expense | 38 | 37 |
| Other non-cash expense | 7 | 5 |
| Changes in operating assets and liabilities: | | |
| Merchandise inventories | (75) | (205) |
| Other current and long-term assets | 31 | (180) |
| Accounts payable | (99) | 660 |
| Accrued and other long-term liabilities | 42 | (78) |
| Operating lease liabilities | (39) | (34) |
| Net cash provided by operating activities | 278 | 53 |
| **Investing activities** | | |
| Acquisition of property and equipment | (59) | (162) |
| Proceeds from sale of real estate | 2 | — |
| Net cash used in investing activities | (57) | (162) |
| **Financing activities** | | |
| Proceeds from issuance of debt | 500 | 2,097 |
| Deferred financing costs | (5) | (19) |
| Treasury stock purchases | (46) | (8) |
| Shares withheld for taxes on vested restricted shares | (22) | (20) |
| Dividends paid | (39) | (108) |
| Reduction of long-term borrowings | (1,044) | (497) |
| Premium paid on redemption of debt | (192) | — |
| Finance lease and financing obligation payments | (33) | (23) |
| Proceeds from stock option exercises | 1 | — |
| Proceeds from financing obligations | — | 3 |
| Other | (3) | — |
| Net cash (used in) provided by financing activities | (883) | 1,425 |
| Net (decrease) increase in cash and cash equivalents | (662) | 1,316 |
| Cash and cash equivalents at beginning of period | 2,271 | 723 |
| Cash and cash equivalents at end of period | $ 1,609 | $ 2,039 |

Exhibit 99.2



# KOHL'S

## Q1 2021 Results Presentation
May 20, 2021

## Cautionary Statement Regarding Forward-Looking Information

This presentation contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Words such as "believes," "anticipates," "plans," "may," "intends," "will," "should," "expects," and similar expressions are intended to identify forward-looking statements. Forward-looking statements include, but are not limited to, comments about Kohl's future financial plans, capital generation, management and deployment strategies, adequacy of capital resources and the competitive environment. Such statements are subject to certain risks and uncertainties, which could cause Kohl's actual results to differ materially from those anticipated by the forward looking statements. These risks and uncertainties include, but are not limited to, those described in Item 1A in Kohl's Annual Report on Form 10-K, which is expressly incorporated herein by reference, and other factors as may periodically be described in Kohl's filings with the SEC. Any number of risks and uncertainties could cause actual results to differ materially from those Kohl's expresses in its forward-looking statements, including the short and long-term impact of COVID-19 on the economy and the pace of recovery thereafter. Forward-looking statements speak as of the date they are made, and Kohl's undertakes no obligation to update them.

## Non-GAAP Financial Measures

In addition, this presentation contains non-GAAP financial measures, including Adjusted EPS, Adjusted Net Income, and Free Cash Flow. Reconciliations of all non-GAAP measures to the most directly comparable GAAP measures are included in the Appendix of this presentation.





# Q1 2021

## Results Presentation

| Q1 2021 Results | 4 |
| Updated 2021 Outlook | 9 |
| Our Strategy | 11 |



# Q1 2021 Results

## Key Takeaways

- Q1 2021 net sales and earnings exceeded expectations
- Growth driven by continued traction of key strategic initiatives and a favorable consumer spending backdrop
- Earnings improvement delivered through strong sales growth, significant gross margin expansion and disciplined expense management
- Strengthened financial position during the quarter, reducing long-term debt by over $500 million and ending with $1.6 billion in cash
- Resumed returning capital to shareholders during Q1 2021

## Q1 2021 Results

- Net sales increased 69%, with store sales more than doubling and digital sales increasing 14% compared to last year
- Gross margin increased 2,173 bps compared to last year driven primarily through managing inventories tightly and further scaling our pricing and promotion optimization strategies
- SG&A expense increased 9.8% in Q1, though leveraged as a percentage of revenue driven by improved store labor productivity and declines in marketing and technology spend
- Operating margin of 7.0% in Q1 2021
- Adjusted diluted EPS[1] $1.05 vs ($3.22) in prior year, excluding non-recurring charges
- Inventory declined 25% versus prior year and inventory turn reached at 10-year high
- Strong operating cash flow of $278 million in Q1 2021







# Q1 Key Metrics

| Consolidated Statement of Operations | Three Months Ended | | | |
|---|---|---|---|---|
| (Dollars in Millions) | May 1, 2021 | | May 2, 2020 | |
| Net Sales | $ | 3,662 | $ | 2,160 |
| Total Revenue | | 3,887 | | 2,428 |
| Gross Margin Rate | | 39.0% | | 17.3% |
| SG&A | | 1,170 | | 1,066 |
| Depreciation | | 211 | | 227 |
| Impairments, Store Closings, and Other Costs | | — | | 66 |
| Operating Income | | 273 | $ | (718) |
| Interest Expense | | 67 | | 58 |
| Loss on extinguishment of debt | | 201 | | — |
| Provision for Income Taxes | | (9) | | (235) |
| Net Income | $ | 14 | | (541) |
| Diluted EPS | | $0.09 | | ($3.52) |
| Adjusted Net Income (Non-GAAP)[1] | $ | 165 | $ | (495) |
| Adjusted Diluted EPS (Non-GAAP)[1] | | $1.05 | | ($3.22) |

| Key Balance Sheet Items | May 1, 2021 | | May 2, 2020 | |
|---|---|---|---|---|
| (Dollars in Millions) | | | | |
| Cash and Cash Equivalents | $ | 1,609 | $ | 2,039 |
| Merchandise Inventories | | 2,667 | | 3,557 |
| Accounts Payable | | 1,378 | | 1,866 |
| Long-term Debt | | 1,909 | | 3,449 |

| Key Cash Flow items | Three Months Ended | | | |
|---|---|---|---|---|
| (Dollars in Millions) | May 1, 2021 | | May 2, 2020 | |
| Operating Cash Flow | $ | 278 | $ | 53 |
| Capital Expenditures | | (59) | | (162) |
| Net, Finance lease and financing obligations | | (33) | | (20) |
| Free Cash Flow[1] | $ | 186 | $ | (129) |

# Q1 2021 Gross Margin & SG&A Expense Performance

## Gross Margin
Increased 2,173 bps versus Q1 2020 and 223 bps versus Q1 2019



**Q1 2021 Gross Margin Takeaways**

- ⊕ Tightly managed inventories and achieved 10 year high in inventory turn
- ⊕ Further scaled pricing and promotion optimization strategies
- ⊕ Cost of Shipping tailwind from lower digital penetration of 30% versus 45% in Q1 2020
- ⊕ Favorable industry backdrop provided for a greater percentage of full price selling

## SG&A Expense
SG&A leveraged 1,379 bps versus Q1 2020 and 107 bps versus Q1 2019



**Q1 2021 SG&A Takeaways**

- ⊕ Reduced marketing to sales ratio to 4.2% in Q1 2021
- ⊕ Lowered technology spend by more than 15% versus Q1 2020
- ⊕ Store labor productivity offset wage inflation

KOHL'S

# Enhanced Liquidity Position

**Key Balance Sheet & Cash Flow Items: Q1 2021**

January 31, 2021
**Beginning Cash** ............................................ **$2,271M**

**Sources**

New Debt ............................................ $500M

Operating Cash Flow ............................................ $278M

**Uses**

Reductions in LT Debt ............................................ ($1,044M)

Other* ............................................ ($252M)

Capex ............................................ ($59M)

Share Repurchase ............................................ ($46M)

Dividend ............................................ ($39M)

May 1, 2021
**Ending Cash** ............................................ **$1,609M**

## Key Takeaways

- Reduced long-term debt by -$540M in Q1 2021, improving our leverage profile

- Long history of disciplined and prudent capital management

- More than two decades of maintaining Investment Grade rating

- Well-positioned to capitalize on evolving customer behaviors and the retail industry disruption

Updated
2021 Outlook

# Updated 2021 Outlook

| Metric | Full Year Guidance |
| --- | --- |
| Net Sales | **Mid-to-high teens percent increase** versus 2020 <br> *From a mid-teens percent increase* |
| Operating Margin | **5.7% to 6.1%** <br> *From 4.5% to 5.0%* |
| EPS | **$3.80 to $4.20** <br> *From $2.45 to $2.95* |

## Capital Allocation Strategy

- **Capex:** $550 million to $600 million

- **Dividend:** $0.25 quarterly dividend payable on June 23, 2021

- **Share Repurchase Program:** $200 million to $300 million, including $46 million in Q1

- **Optimized Debt Structure:** Reduced long-term debt by ~$540M, improving leverage profile and lowering weighted average interest rate



    

KOHL'S



Our
Strategy

# Kohl's has built a powerful foundation



## Customers

**65M** — Active Customers

**30M** — Loyalty Members

**29M** — Kohl's Charge Card holders

## Accessible and Aspirational Brand Portfolio





## Stores

**90%** — of stores generated $1M+ in 4-wall cash flow

**95%** — of Kohl's stores are off-mall

**1,162** — stores in 49 states at year end 2020

**80%** — of Americans live within 15 miles of a Kohl's store

**43%** — of digital sales fulfilled by stores in 2020

**10%** — higher digital sales in markets with stores

**600M** — store visits

## Digital

**40%** — Digital sales penetration in 2020

**1.6B** — Website visits in 2020

**21%** — Kohl's App user growth in Q1 2021



17% CAGR

$2.7B  $3B  $3.6B  $4B  $4.5B  $5.9B

2015  2016  2017  2018  2019  2020

Digital Sales Growth



KOHL'S    All figures are 2019 except as noted



**Our Strategy**

# The most trusted retailer of choice for the active and casual lifestyle

| **Drive Top Line Growth** | | | **Expand Operating Margin** | **Disciplined Capital Management** | **Strong Organizational Core** |
|---|---|---|---|---|---|

**Destination for Active & Casual Lifestyle**

- Expand Active and Outdoor
- Reignite growth in Women's
- Build a sizable Beauty business
- Drive category productivity and inventory turn
- Capture market share from retail industry disruption

**Leading with Loyalty & Value**

- Best-in-class loyalty
- Drive productivity through deeper engagement
- Deliver personalized experiences

**Differentiated Omni-channel Experience**

- Healthy store base in evolving landscape
- Modernize the store experience
- Continue digital growth
- Further enhance omni-channel capabilities

**Operating Margin Goal of 7% to 8%**

- End-to-end supply chain transformation
- SG&A efficiency through store labor, marketing, and technology
- Operational excellence

**Maintain Strong Balance Sheet**

- Sustain Investment Grade rating
- Solid cash flow generation
- Committed to returning capital to shareholders

**Agile, Accountable & Inclusive Culture**

- Innovative and adaptive learning approach
- Focused on diversity and inclusion
- ESG stewardship

## Creating Long-term Shareholder Value

 Return to growth     Expand operating margin

 Solid cash flow generation    Maintain strong balance sheet    $ Return capital to shareholders

KOHL'S    13

# Driving top line growth



### Grow Active to 30% of Sales

- **Fuel growth with key national brands**, Nike, Under Armour and Adidas
- **Expand Active** space by at least 20% in 2021
- **Drive athleisure** through launch of FLX, our new private brand, Calvin Klein basics and loungewear, and expand assortment of Champion
- **Grow outdoor** through expansion of Lands' End and launch of Eddie Bauer



### Beauty Growth with Sephora

- Highly complementary strategic partnership to **establish Kohl's as a leading beauty destination**
- **Comprehensive digital launch** August 2021
- **Launch in 200 stores Fall 2021** and expand to at least 850 stores by 2023
- Assortment will include **125+ emerging and established brands** emulating freestanding Sephora store
- Expected to drive significant traffic and **acquisition of new younger customer**



### Reignite Women's Growth

- New organization structure and leadership to drive improved performance
- **Significant portfolio reinvention** with exit of 10 downtrending brands
- **Refresh and differentiate** a more focused portfolio of private brands (e.g. Sonoma, So, LC Lauren Conrad)
- **Distort denim opportunity** (e.g. Levi's, key private brands)
- **Improving merchandising and clarity** through significant choice count reduction and building depth



### Extend Casual Lifestyle to Home

- **Expand soft home** category (e.g. Koolaburra by Ugg, Sonoma)
- **Expand underdeveloped categories** (e.g. decor, kid's bedroom, storage)
- Lean into healthy home (e.g. sleep and cookware)

# Driving top line growth



**Investing in Omni-channel**



## Loyalty Members are More Productive

- Recently launched Kohl's Rewards loyalty program, adding new features, enhancing personalization and simplifying rewards in Kohl's Cash
- **Kohl's Cash:** Iconic and differentiated loyalty device that provides a fly-wheel effect on customer return visits
- **Kohl's Card:** Provides more opportunities for customers to save

## Transforming the Role of the Store

- Modernizing the store experience through refresh program and category reflow to highlight outsized growth businesses
- Simplified and edited shopping experience through fixture de-densification (standard to small strategy)
- Inspired solutions and product storytelling through continued investments in merchandising (e.g. expanding the learnings from the Outfit Bar concept)
- Evolve existing omni experiences: BOPUS/BOSS, Store Drive Up, Amazon Returns
- Continue to pursue innovation and discovery (e.g. Curated by Kohl's, emerging brands)

## Enhance Digital Capabilities to Drive Growth

- Continue to invest in the evolution of the digital experience (e.g. Kohls.com, App)
- Expanding digital brand portfolio (e.g. Fanatics, Sephora, Lands' End, Eddie Bauer)
- New e-commerce fulfillment center opening in 2021 will be significantly more productive

**30 million loyalty members spend 2x more than non-loyalty members and highest tier Kohl's Card members ("Most Valuable Customer") spend 10x more than non-loyalty members**

**Omni-customer is 4x more productive than store-only shopper and 6x more productive than digital-only customer**

# We are confident in our ability to expand operating margin to 7% to 8% by 2023



**Gross Margin**
~36% Goal
+20 to +40 basis points increase

**SG&A Expense Rate**
-27% to -28% Goal
+70 to +150 basis points improvement

7.0% to 8.0%

6.1%

- ⊕ Inventory management
- ⊕ Sourcing
- ⊕ Pricing / Promo optimization
- ⊕ Supply chain transformation

- ⊖ Digital penetration / cost of shipping

- ⊕ Stores
- ⊕ Marketing
- ⊕ Technology
- ⊕ Corporate
- ⊖ Wage inflation

FY 2019 Adj. Operating Margin *

Gross Margin

SG&A

FY 2023

KOHLS

\* Adjusted Operating Margin is a non-GAAP financial measure. For reference, the reconciliation can be found in the Appendix.

# We have a history of strong cash flow generation along with a focus on maintaining a balanced capital allocation strategy

## Maintain strong balance sheet
*Long-term objective of maintaining Investment Grade rating*

**1** Invest in the business

**2** Dividend

**3** Opportunistic, complementary M&A

**4** Share repurchases

### Q1 2021 Takeaways

- Delivered $186M of free cash flow
- Invested $59M in the business
- Paid $39M in dividends to our shareholders
- Repurchased $46M of shares
- Reduced long-term debt by ~$540M, improving our leverage profile

### History of Capital Allocation

- $3.0B of cumulative free cash flow generated from 2018 to 2020
- $1.8B invested in our business from 2018 to 2020 to help drive our omnichannel strategies
- Over $900M returned to shareholders over the past 3 years through our dividend program
- Nearly $900M of shares repurchased from 2018 to 2020
- History of employing liability management strategies to enhance our leverage profile and remain committed to Investment Grade Rating

# Agile, accountable & inclusive culture

## We are evolving how we work to accelerate our path forward



- Kohl's management, led by CEO Michelle Gass, is committed to fostering a diverse, equitable, and inclusive environment for the Company's associates, customers and suppliers.

- A diversity and inclusion framework was established in 2020, which includes a number of key initiatives across three pillars: Our People, Our Customers, and Our Communities.

- Committed to strong culture (ethics, governance, talent acquisition and associate development, Business Resource Groups)

- Kohl's and Kohl's Cares have donated nearly $785 million since program inception benefiting various national and hometown organizations

## Kohl's is committed to ESG Leadership




- Kohl's ESG journey began more than a decade ago

- Kohl's is committed to the environment and has established 2025 goals related to climate change, waste and recycling, and sustainable sourcing.

- The Company's ESG efforts have earned frequent recognition



Appendix

# Reconciliations

**Adjusted Net (Loss) Income and Diluted (Loss) Earnings per Share, Non-GAAP Financial Measures** (unaudited)

| | Three Months Ended | |
|---|---|---|
| (Dollars in Millions, Except per Share Data) | May 1, 2021 | May 2, 2020 |
| **Net Income (Loss)** | | |
| GAAP | $ 14 | $ (541) |
| Impairments, store closing, and other | — | 66 |
| Loss on extinguishment of debt | 201 | — |
| Income tax impact of items noted above | (50) | (20) |
| **Adjusted (non-GAAP)** | $ 165 | $ (495) |
| | | |
| **Diluted (Loss) Earnings per Share** | | |
| GAAP | $ 0.09 | $ (3.52) |
| Impairments, store closing, and other | — | 0.43 |
| Loss on extinguishment of debt | 1.29 | — |
| Income tax impact of items noted above | (0.33) | (0.13) |
| **Adjusted (non-GAAP)** | $ 1.05 | $ (3.22) |

# Reconciliations

**Adjusted Operating Income**
*($ in millions)*

| | | 2019 |
|---|---|---|
| Operating Income | $ | 1,099 |
| Impairments, store closing, and other | | 113 |
| Adjusted Operating Income | | 1,212 |
| Total Revenue | $ | 19,974 |
| **Adjusted Operating Income as a % of Total Revenue** | | **6.1%** |

**Free Cash Flow**
*($ in millions)*

| | | May 1, 2021 Three Months Ended |
|---|---|---|
| Net cash provided by operating activities | $ | 278 |
| Acquisition of property and equipment | | (59) |
| Finance lease and financing obligation payments | | (33) |
| Proceeds from financing obligations | | — |
| **Free Cash Flow** | **$** | **186** |








# KOHL'S





