# EXHIBIT U

Case 2:22-cv-01016-LA    Filed 12/04/23    Page 1 of 4    Document 54-21



NEWS RELEASE

# Kohl's Announces Locations of 250 New Sephora at Kohl's Opening This Year

3/22/2023

- 2023 Sephora at Kohl's Additions Bring Store Count Total to More Than 850, Meeting Initial Planned Expectations of the Partnership
- Sephora at Kohl's Continues to See Incremental Sales and Traffic, Acquiring New Customers
- 50 Additional Small-Format Sephora at Kohl's to Open by the End of 2023

MILWAUKEE--(BUSINESS WIRE)-- Today, Kohl's (NYSE: KSS) announced the **250 stores** that will be adding the full-sized, 2,500 square foot Sephora at Kohl's experience in 2023. The addition of 250 new locations brings the total Sephora at Kohl's fleet to more than 850, achieving the partnership's initial planned goal of the Sephora at Kohl's rollout.

"We are making great strides in building a formidable beauty business with the addition of Sephora at Kohl's," said Karen Daoust, Kohl's senior vice president, general manager, Sephora at Kohl's. "The completion of our 850 stores in 2023 is just the beginning as we look to expand Sephora at Kohl's to all stores, enhance the customer experience and deliver prestige beauty to our customers across the country."

The 850 full-sized Sephora at Kohl's shops feature a fully immersive beauty experience that mimics the look and feel of a freestanding Sephora. Within all Sephora at Kohl's locations, customers can explore the signature Sephora experience with a carefully curated assortment of prestige makeup, skincare, hair, and fragrance brands, as well as innovations in clean beauty and self-care. In all 850 stores, Sephora-trained Beauty Advisors offer personalized beauty consultations and assistance with finding products, while testing and discovery zones serve up a rotating assortment of new, emerging or trending products.

In addition to expanding across more than 40 states, Sephora at Kohl's will enter seven new states in 2023 including Arkansas, Idaho, Louisiana, Mississippi, New Mexico, South Dakota, and Utah, bringing Sephora at Kohl's presence to 48 states.

In 2020, Kohl's and Sephora announced their strategic partnership to bring prestige beauty to millions of Kohl's customers around the country through a rollout of 850 Sephora at Kohl's stores over three years. In 2021, the companies introduced the first 200 stores, followed by 400 additional Sephora at Kohl's locations in 2022. This year's 250 store addition completes the planned execution of the initial partnership, and its early success serves as a foundation for future growth of Sephora at Kohl's.

## Continued Success and the Future of Sephora at Kohl's Partnership

As a result of the promising trajectory of the initial Sephora at Kohl's stores, Kohl's and Sephora **announced** last year that the companies would further their transformative partnership by expanding the Sephora at Kohl's presence to all Kohl's 1,100+ locations. As a part of this expansion, Kohl's will open 50 smaller format Sephora shops by the end of 2023, with a plan to roll out to the remainder of the chain by 2025.

The Sephora at Kohl's partnership has been proving mutually beneficial to both companies since the start of the venture. Kohl's projects that

1

Case 2:22-cv-01016-LA    Filed 12/04/23    Page 2 of 4    Document 54-21

Sephora at Kohl's will grow to achieve $2 billion in annual sales by 2025. In 2022, nearly 8 million Kohl's customers purchased beauty products at Sephora at Kohl's, and approximately 50% of Sephora at Kohl's baskets had an additional category purchased. Further, in the fourth quarter of 2022, total beauty sales increased 90%. Kohl's achieved high-single-digits percent comparable beauty sales growth in the 200 Sephora shops that opened in 2021, and better than expected beauty sales in the 400 shops opened in 2022, with continued strong digital sales growth on Kohls.com.

Beauty brands currently found in Sephora at Kohl's are also seeing the benefits of expanded reach and a new customer base. Strong momentum has also attracted new brands to Sephora at Kohl's with the recent additions of K18 and JVN Hair.

View the map of all Sephora at Kohl's locations that will be open by the end of 2023 **here**.

## Cautionary Statement Regarding Forward-Looking Information

This press release contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. Words such as "believes," "anticipates," "plans," "may," "intends," "will," "should," "expects" and similar expressions are intended to identify forward-looking statements. Forward-looking statements are based on management's then current views and assumptions and, as a result, are subject to certain risks and uncertainties, which could cause the Company's actual results to differ materially from those projected. These risks and uncertainties include, but are not limited to, risks described more fully in Item 1A in the Company's Annual Report on Form 10-K, which are expressly incorporated herein by reference, and other factors as may periodically be described in the Company's filings with the SEC. Forward-looking statements relate to the date initially made, and Kohl's undertakes no obligation to update them.

## About Kohl's

Kohl's (NYSE: KSS) is a leading omnichannel retailer. With more than 1,100 stores in 49 states and the online convenience of Kohls.com and the Kohl's App, Kohl's offers amazing national and private brands at incredible savings for families nationwide. Kohl's is committed to progress in its diversity, equity and inclusion strategy, and the company's environmental, social and corporate governance (ESG) stewardship. For a list of store locations or to shop online, visit Kohls.com. For more information about Kohl's impact in the community or how to join our winning team, visit **Corporate.Kohls.com**.

## About Sephora

Since its debut in North America more than 20 years ago, Sephora has been a leader in prestige omni-retail with the mission of creating an inviting beauty shopping experience and inspiring fearlessness in our community. With the goal of delivering unbiased shopping support and a personalized experience, Sephora invites clients to discover thousands of products from more than 360 carefully curated brands, explore online and through our mobile app, enjoy services at the Beauty Studio and engage with expertly trained Beauty Advisors in more than 600 stores across the Americas. And with its new long-term retail strategic partnership, clients can now shop Sephora at Kohl's, a fully immersive, premium beauty destination, with 600 locations nationwide by year-end, and 850 locations by 2023. Clients can access the free-to-join Beauty Insider program and digital community, which together enhance the experience of Sephora's passionate clients.

Sephora has been an industry-leading champion of diversity, inclusivity, and empowerment, guided by our longstanding company values. In 2019, Sephora announced a new tagline and manifesto, "We Belong to Something Beautiful," to reinforce its dedication to fostering belonging amongst all clients and employees and to publicly strive for a more inclusive vision for retail in the Americas. Sephora continues to give back to our communities and advance inclusion in our industry through its social impact and equity programming, called the Sephora D&I Heart Journey. For more information, visit: **https://www.sephora.com/about-us** and @Sephora on social media. For media inquiries, please visit our Sephora newsroom or email **ExternalComms@sephora.com**.

Jackie Judkins, (262) 309-2474, **jacquelyn.judkins@kohls.com**

Source: Kohl's

Case 2:22-cv-01016-LA    Filed 12/04/23    Page 4 of 4    Document 54-21