SEAN SHANAPHY, Individually and on
Behalf of All Others Similarly Situated,

                     Plaintiff,

                v.

KOHL'S CORPORATION, MICHELLE
GASS, JILL TIMM, MICHAEL BENDER,
PETER BONEPARTH, YAEL COSSET,
CHRISTINE DAY, H. CHARLES FLOYD,
ROBBIN MITCHELL, JONAS PRISING,
JOHN E. SCHLIFSKE, ADRIANNE
SHAPIRA, and STEPHANIE A. STREETER,

                   Defendants.

Case No. 2:22-cv-01016-LA

**DEFENDANTS' MOTION TO CONSIDER DOCUMENTS UNDER THE
INCORPORATION-BY-REFERENCE DOCTRINE OR BY JUDICIAL NOTICE**

Defendants Kohl's Corporation, Michelle Gass, Jill Timm, Michael Bender, Peter

Boneparth, Yael Cosset, Christine Day, H. Charles Floyd, Robbin Mitchell, Jonas Prising, John E.

Schlifske, Adrianne Shapira, and Stephanie A. Streeter ("Defendants"), by and through their

attorneys, hereby move the Court to consider the exhibits attached to the Declaration of Jordan D.

Cook in adjudicating Defendants' Motion to Dismiss the Amended Class Action Complaint for

Violations of Federal Securities Laws because they are incorporated by reference to Plaintiff's

Amended Class Action Complaint for Violations of Federal Securities Laws, subject to judicial

notice, or both. The grounds in support of this Motion are set forth in the accompanying

Memorandum of Law in Support of Their Motion to Consider Documents Under the

1

Incorporation-by-Reference Doctrine or by Judicial Notice, filed concurrently herewith.

Dated: December 4, 2023

Respectfully submitted,

/s/ *Colleen C. Smith*
Colleen C. Smith

**LATHAM & WATKINS LLP**
Colleen C Smith
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
colleen.smith@lw.com

Michele D. Johnson
Jordan D. Cook
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
michele.johnson@lw.com
jordan.cook@lw.com

Zachary L. Rowen
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
zachary.rowen@lw.com

**GODFREY & KAHN SC**
John L. Kirtley
Matthew M. Wuest
Christie B. Carrino
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Telephone: (414) 273-3500
Facsimile: (414) 273-5198
jkirtley@gklaw.com
mwuest@gklaw.com
ccarrino@gklaw.com

***Attorneys for Defendants***