# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SEAN SHANAPHY, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

        v.

KOHL'S CORPORATION, MICHELLE GASS, JILL TIMM, MICHAEL BENDER, PETER BONEPARTH, YAEL COSSET, CHRISTINE DAY, H. CHARLES FLOYD, MARGARET JENKINS, THOMAS KINGSBURY, ROBBIN MITCHELL, JONAS PRISING, JOHN E. SCHLIFSKE, ADRIANNE SHAPIRA, and STEPHANIE A. STREETER,

                    Defendants.

Case No.: 2:22-cv-01016-LA

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONSIDER DOCUMENTS UNDER THE INCORPORATION-BY-REFERENCE DOCTRINE OR BY JUDICIAL NOTICE**

Before the Court is Defendants' Kohl's Corporation, Michelle Gass, Jill Timm, Michael Bender, Peter Boneparth, Yael Cosset, Christine Day, H. Charles Floyd, Margaret Jenkins, Thomas Kingsbury, Robbin Mitchell, Jonas Prising, John E. Schlifske, Adrianne Shapira, and Stephanie A. Streeter ("Defendants") Motion to Consider Documents Under the Incorporation-by-Reference Doctrine or by Judicial Notice (the "Motion to Consider"), dated December 4, 2023.

The Court, having considered Defendants' Motion to Consider and all other arguments and evidence before the Court, HEREBY ORDERS that the Motion to Consider is GRANTED.

DATED in Milwaukee, Wisconsin this \_\_\_\_\_ day of _____, 2023.

                  **BY THE COURT:**

                  _____

                  Hon. Lynn Adleman
                  United States District Judge