UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS FRAME, *on behalf
of himself and others similarly situated,*
    Plaintiff,

v.                       Case No. 22-CV-1016

KOHL'S CORPORATION, et al.,
    Defendants.
_____

## ORDER

On September 30, 2024, I granted defendants' motion to dismiss the amended class action complaint and allowed plaintiff to move for leave to file a second amended complaint pursuant to Federal Rule of Civil Procedure 15 and Civil Local Rule 15 by November 1, 2024. I explained that if plaintiff chose not to seek leave to amend by the deadline, I would enter final judgment for defendants. The November 1 deadline has passed, and plaintiff has not sought leave to file a second amended complaint. Accordingly, I will enter final judgment for defendants.

**THEREFORE, IT IS ORDERED** that this action is hereby **DISMISSED**. The Clerk of Court shall enter final judgment.

Dated at Milwaukee, Wisconsin, this 5th day of November, 2024.

                                              /s/ Lynn Adelman
                                              LYNN ADELMAN
                                              United States District Judge