# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

THOMAS FRAME,
*on behalf of himself and others similarly situated*,
    Plaintiff,

        v.                 CASE NUMBER: 22-CV-1016

KOHL'S CORPORATION, et al.,
    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED** for failure to state a claim upon which relief can be granted.

11/5/2024                                                                            Gina M. Colletti
Date                                                                                      Clerk

                                                                                           /s/ Alexis H.
                                                                                           (By) Deputy Clerk